UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| UNITED STATES OF AMERICA, | Criminal No. 16-CR-20394 |
| v. | The Honorable Sean F. Cox |
| OLIVER SCHMIDT,<br><br>Defendant. | **DEFENDANT OLIVER SCHMIDT'S MOTION FOR REVOCATION OF THE MAGISTRATE JUDGE'S <u>DETENTION ORDER</u>** |

## INDEX OF EXHIBITS

| Exhibit Letter | Exhibit Name |
|---|---|
| Ex. A | January 12, 2017 Minute Order of Detention as to Mr. Schmidt |
| Ex. B | Current Accounting of Assets of Defendant and His Wife |
| Ex. C | Hearing Transcript - January 9, 2017 |
| Ex. D | Hearing Transcript - January 12, 2017 |
| Ex. E | German Legal Opinion |
| Ex. F | Publication: Extradition To and From the United States: Overview of the Law and Recent Treaties |
| Ex. G | *Bagios* Bail Hearing Transcript |
| Ex. H | Chart of Defendants Released on Conditions Despite Close Ties to Countries that Do Not Extradite to the United States |
| Ex. I | *Ng* Transcript |
| Ex. J | *Benhamou* Transcript |
| Ex. K | Letters Submitted in Support of Mr. Schmidt |
| Ex. L | Valuation of German Residence |
| Exs M - S | Deed and Appraisal for Each Florida Property Owned by Mr. Schmidt and His Wife |
| Ex. T | Deed and Appraisal for Friend #1 Florida Property |
| Ex. U | Deed and Appraisal for Friend #2 Florida Property |
| Ex. V | Bank Account Records |

| Ex. W | Retirement Account Records |
|---|---|
| Ex. X | Brokerage Account Records |
| Ex. Y | Newspaper Articles with Photographs of Mr. Schmidt |
| Ex. Z | Canadian Legal Opinion |
| Ex. AA | News Article About Affected Cars |
| Ex. BB | Congressional Testimony |
| Ex. CC | German Search Warrant |
| Ex. DD | Form of Extradition Waiver |
| Ex. EE | Publication: The Eastern District of Michigan: How Does It Consistently Achieve High Release Rates? |
| Ex. FF | *Ng* Bail Conditions Order |
| Ex. GG | *Bagios* Order Setting Modified Conditions of Release |
| Ex. HH | *Ogiermann* Order Setting Conditions of Release |
| Ex. II | *Fata* Order |
| Ex. JJ | *Fellman* Bail Disposition |
| Ex. KK | *Reist* Bail Disposition |
| Ex. LL | *Buck* Bail Disposition |
| Ex. MM | *Bergantino* Order Setting Conditions of Release |
| Ex. NN | *Casadei* Appearance Bond and Conditions of Release |
| Ex. OO | *Frazetto* Appearance Bond and Conditions of Release |
| Ex. PP | *Marin* Release Order |
| Ex. QQ | *Dorig* Order Setting Conditions of Release |
| Ex. RR | *Bachman* Order Setting Conditions of Release |
| Ex. SS | *Weil* Detention Hearing Transcript |
| Ex. TT | *Paltzer* ECF Minute Entry (August 14, 2013) |
| Ex. UU | *Truong v. U.S.*, 439 U.S. 1326 (1978) |
| Ex. VV | *U.S. v. Hansen*, 108 Fd. App'x. 331, 332 (6th Cir. 2004) |
| Ex. WW | *United States v. Bodmer*, No. 03-CR-947, 2004 WL 169790 (S.D.N.Y. Jan. 28, 2004) |