# EXHIBIT A

# MINUTE ORDER

Page 9

## Magistrate Judge William C. Turnoff

Atkins Building Courthouse - 11th Floor     Date: 01.12.17     Time: 2:00 p.m.

Defendant: OLIVER SCHMIDT    J#: 09786-104    Case #: 17-2017-TURNOFF
AUSA: Benjamin Singer    Attorney: DAVID MASSEY (PHV) & JOHN CURIEL, ESQ.
Violation: WARR/COMPL/E/D/MI/CONSPIRACY    Surr/Arrest Date:    YOB:

Proceeding: PTD/REMOVAL HEARING    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: PTD
Bond Set at: Detention    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: English

Disposition:
Waiver of Rule 5 & 5.1
Removal / Identity Hearings
executed.
Detention Hearing held:
Government presented a factual
proffer.
Defense made a proffer.

Court finds Defendant to be
a risk of flight.

Court sets P.T.D.
Defendant ordered removed to
the Eastern District of Michigan

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:48:12    Time in Court: 60 minutes

s/William C. Turnoff    Magistrate Judge

A-2