# EXHIBIT B

**Exhibit B to the Memorandum of Law in Support of Defendant's Motion for Revocation of the Magistrate Judge's Detention Order**

Current Accounting of Assets of Defendant and His Wife

I. **Bank Accounts**

    A.    Schmidt

| Account | Evidence | Approximate Amount |
|---|---|---|
| VW Bank #7382 | December 26, 2016 statement[1] (Ex. V) | EUR 138,345.88 |
| Evangelische Bank #79 | February 14, 2017 screenshot (Ex. V) | EUR 140,299.19 |
| Bank of Scotland | None | EUR 4,000.00 |
| German Post Bank | None | EUR 1,000.00 |
| **TOTAL** | | EUR 283,645.07 = **USD 298,862.63**[2] |

    B.    Schmidt & Wife

| Account | Evidence | Approximate Amount |
|---|---|---|
| Bank of America #7595 | February 8, 2017 screenshot (Ex. V) | USD 3,642.73 |
| Bank of America Visa Card #0843 | February 8, 2017 screenshot (Ex. V) | USD 1,954.14[3] |
| Evangelische Bank #339 | February 14, 2017 screenshot (Ex. V) | EUR 2,650.79[4] = USD 2,793.00 |
| **TOTAL** | | **USD 8,389.87** |

---

[1] Mr. Schmidt's computer with all his banking passwords was seized by the German authorities pursuant to a search warrant. Because of this, and his detention here, it has been challenging for his wife to obtain copies of financial documents.

[2] This chart uses an exchange rate of approximately EUR 1 to USD 1.05365. The exchange rate available to Mr. Schmidt and his wife should they convert any assets to USD is likely to be different.

[3] This credit card has a positive balance. Mr. Schmidt's wife is using it for living expenses while in the U.S.

[4] This account is used for expenses relating to the Schmidt's German house.

C. Wife

| Account | Support | Approximate Amount |
|---|---|---|
| Evangelische Bank #877 | February 14, 2017 screenshot (Ex. V) | EUR 1,198.02 = USD 1,262.29 |
| Bank of Scotland #1250 | February 14, 2017 screenshot (Ex. V) | EUR 69 = USD 72.70 |
| VW Financial Services #4618 | February 14, 2017 screenshot (Ex. V) | EUR 100,431.35[5] = USD 105,819.49 |
| Bank-Fund Credit Union #9814 | January 31, 2017 statement (Ex. V) | USD 279.98 = EUR 265.72 |
| **TOTAL** |  | **USD 107,434.46** |

II. **Brokerage Accounts**

A. Schmidt

| Account | Support | Approximate Amount |
|---|---|---|
| Consors #6161 | February 14, 2017 screenshot (Ex. X) | EUR 9,608.60 (in securities) = USD 10,124.10 |
| **TOTAL** |  | **USD 10,124.10** |

III. **Retirement Accounts**

A. Schmidt *(Not liquid; cannot be accessed at present)*

| Account | Support | Approximate Amount |
|---|---|---|
| VW Retirement Funds | None | EUR 150,000.00 = USD 158,047.50 |
| **TOTAL** |  | **USD 158,047.50** |

---

[5] We believe that approximately 60% of the funds in this account were contributed by Mr. Schmidt.

B. Wife *(Not readily accessible)*

| Account | Support | Approximate Amount |
|---|---|---|
| MLP #1867 | January 30, 2017 statement (Ex. W) | EUR 91,128.57 = USD 96,017.62 |
| **TOTAL** | | **USD 96,017.62** |

IV. **Real Estate**

A. German house owned jointly by Schmidt and Wife.

| Property | Support | Approximate Amount |
|---|---|---|
| German House (Primary Residence) | January 2017 letter from Bank (Ex. L) | EUR 178,000 = USD 187,549.70 |
| **TOTAL** | | **USD 187,549.70** |

B. Florida property owned by Schmidt

| Property | Support | Approximate Amount |
|---|---|---|
| Ex. M | February 2017 appraisal and deed | USD 65,000.00 |
| **TOTAL** | | **USD 65,000.00** |

C. Florida property owned by Schmidt and Wife

| Property | Support | Approximate Amount |
|---|---|---|
| Ex. N | February 2017 appraisal and deed | USD 53,000 |
| Ex. O | February 2017 appraisal and deed | USD 52,000 |
| Ex. P | February 2017 appraisal and deed | USD 65,000 |
| Ex. Q | February 2017 appraisal and deed | USD 53,000 |

| | | |
|---|---|---|
| Ex. R | February 2017 appraisal and deed | USD 65,000 |
| Ex. S | February 2017 appraisal and deed | USD 80,000 net of mortgage |
| **TOTAL** | | **USD 368,000** |

    D.    Property pledged by others

| <u>Property</u> | <u>Support</u> | <u>Approximate Amount</u> |
|---|---|---|
| Ex. T | February 2017 appraisal and deed | USD 45,000 net of mortgage |
| Ex. U | February 2017 appraisal and deed | USD 65,000 |
| **TOTAL** | | **USD 110,000** |

V.    **Total**

    A.    Approximate Total Assets of Schmidt and Wife (liquid and illiquid): $1,299,425.88

        1.    Schmidt alone: $532,034.23

        2.    Wife alone: $203,452.08

        3.    Joint Schmidt and Wife: $563,939.57

    B.    Approximate Total Assets Available to be Posted: $1,457,686.96

        1.    Cash in bank accounts (Schmidt and Wife): $414,686.96

        2.    U.S. real estate net equity (Schmidt and Wife): $433,000

        3.    U.S. real estate net equity owned by friends: $110,000

        4.    Loan from VW's D&O insurance carrier:  $500,000