# EXHIBIT H

**Exhibit H**
**Oliver Schmidt's Motion to Revoke Magistrate Court's Detention Order**

**Defendants Released on Conditions Despite Close Ties to Countries that**
**<u>Do Not Extradite to the United States</u>**

A. **<u>Defendants Released Over the Government's Objection After Contested Hearings</u>**

| 1. | *United States v. Ng*, No. 15-CR-00706 (S.D.N.Y. Oct. 23, 2015) |
|---|---|
| Nationality | China |
| Extradition | Not possible to extradite from China to the United States |
| Charges | FCPA, money laundering, and conspiracy. |
| U.S. Ties | None |
| Conditions | <ul><li>$50 million personal recognizance bond, secured by $20 million in cash and residence, with three co-signers</li><li>Home detention with electronic monitoring by GPS and private security team</li><li>Passport surrendered; travel restricted</li><li>Phone line, computer, and visitors restricted and monitored</li><li>Assets, including private planes, reviewed</li></ul>*See* Bail Conditions Order, Ex. FF. |
| Contested or On Consent | Release was contested – Government sought detention on the grounds that "If [the defendant] hits Chinese soil, he will never return." Ex. I at I-12:11-12. |
| Compliance with Release Conditions | Defendant has not fled |

| 2. | *United States v. Bagios*, No. 11-MJ-6030-RSR (S.D. Fla. March 2, 2011) |
|---|---|
| Nationality | Greek citizen, Swiss resident |
| Extradition | Not possible to extradite from Greece to the United States; not possible to extradite from Switzerland to the United States in tax case |
| Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| U.S. Ties | None |
| Conditions | <ul><li>$500,000 corporate surety bond and $150,000 cash bond</li><li>Passport surrendered; travel restricted</li><li>Electronic monitoring by GPS</li><li>Curfew: 11pm to 7am</li><li>Waiver of extradition rights</li><li>May not visit commercial transportation establishments, including airports, seaport/marinas, bus terminals, and train stations</li></ul>*See* Detention Hearing Transcript at G-60-63. Ex. G. *See also* Order Setting Modified Conditions of Pretrial Release, Ex. GG. |
| Contested or | Release was contested – Government sought detention. The Court held that |

|   |   |
|---|---|
| On Consent | it could not detain a Greek citizen "solely because of [the defendant's] status as a foreign national without ties to the country." Ex. G at G-59:7-8. |
| Compliance with Release Conditions | Defendant did not flee |

| 3. | *United States v. Ogiermann*, No. 10-cr-80157-KAM (S.D. Fla. Jan. 26, 2011) – Defendants Ulrich Ogiermann and Robert Van de Weg |
|---|---|
| Nationality | Luxembourg |
| Extradition | Not possible to extradite from Luxembourg to the United States |
| Charges | Antitrust violations |
| Conditions | <ul><li>$300,000 cash bond</li><li>Permitted to travel to Luxembourg</li><li>Required to return to the Southern District of Florida 30 days before trial to surrender passport</li><li>Travel thereafter restricted to the Southern District of Florida</li><li>Required to obtain prior written permission from the Court prior to changing residence from Luxembourg</li><li>Required to notify Pretrial Services of dates and destination of travel outside Luxembourg</li></ul> *See* Order Setting Conditions of Pretrial Release, Ex. HH. |
| Contested or On Consent | Release was contested – Government sought detention |
| Compliance with Release Conditions | Defendants did not flee |

| 4. | *United States v. Benhamou*, No. 10 Mag. 2424 (S.D.N.Y. Nov. 17, 2010) |
|---|---|
| Nationality | French |
| Extradition | Not possible to extradite from France to the United States |
| Charges | Securities fraud and conspiracy. |
| U.S. Ties | Limited |
| Conditions | <ul><li>$3,000,000 personal recognizance bond with 3 co-signors and secured by $1,000,000 cash or property</li><li>Passport surrendered; travel restricted</li><li>Home incarceration in suiEx.le rental apartment in NYC and electronic monitoring</li><li>Waived extradition rights</li></ul> *See* Detention Hearing Transcript at J-24-28, Ex. J. |
| Contested or On Consent | Release was contested – Government sought detention on the grounds that the defendant "has the benefit of a safe haven in his home." Ex. J at J-7:1. |
| Compliance with Release Conditions | Defendant did not flee |

| 5. | *U.S. v. Hanson*, No. 09-cr-0071, 613 F. Supp. 2d 85 (D.D.C. 2009) | |
|---|---|---|
| | Nationality | Naturalized U.S. from China |
| | Extradition | Not possible to extradite from China to the United States |
| | Charges | Conspiracy to defraud the U.S.; Conspiracy to Violate the International Emergency Economic Powers Act and the Export Administration Regulations |
| | Conditions | <ul><li>Home detention with electronic monitoring by GPS</li><li>Passport surrendered; travel restricted</li><li>Posted property subject to immediate forfeiture upon any infraction of release conditions</li></ul> |
| | Contested or On Consent | Release was contested – Government sought detention on the grounds that "while [the defendant] is a naturalized citizen of the United States, she has more significant ties to China and sufficient financial resources to make her a serious flight risk."  *U.S. v. Hanson*, 613 F. Supp. 2d 85, 88 (D.D.C. 2009). |
| | Compliance with Release Conditions | Defendant did not flee |

| 6. | *United States v. Bodmer*, No. 03-CR-947, 2004 WL 169790 (S.D.N.Y. Jan. 28, 2004) | |
|---|---|---|
| | Nationality | Swiss |
| | Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| | Charges | Money laundering, fraud |
| | U.S. Ties | None |
| | Conditions | <ul><li>$1,500,000 personal recognizance bond</li><li>Home confinement with electronic monitoring</li><li>Passport surrendered; travel restricted</li><li>Waiver of extradition rights</li><li>Heightened supervision</li></ul> |
| | Contested or On Consent | Release was contested – Government sought detention.  The Court held that Swiss nationality "cannot be a basis for denying bail because if taken to its logical conclusion, no Swiss national would ever be eligible for bail." *United States v. Bodmer*, 2004 WL 169790 at *2 (S.D.N.Y. Jan. 28, 2004). |
| | Compliance with Release Conditions | Defendant did not flee |

| 7. | *United States v. Khashoggi*, 717 F. Supp. 1048 (S.D.N.Y. 1989) | |
|---|---|---|
| | Nationality | Saudi Arabia |
| | Extradition | Not possible to extradite from Saudi Arabia to the United States, though Saudi government promised to ensure that defendant would appear |
| | Charges | RICO, conspiracy to violate RICO, obstruction of justice, and mail fraud |
| | U.S. Ties | Limited |
| | Conditions | <ul><li>$10,000,000 personal recognizance bond</li></ul> |

|  |  |
|---|---|
|  | - Electronic monitoring<br>- Heightened reporting<br>- Passport surrendered; travel restricted |
| Contested or On Consent | Release was contested – Government sought detention |
| Compliance with Release Conditions | Defendant did not flee and was acquitted |

| 8. | *United States v. Hansen*, No. 04-CR-3884, 108 Fed. App'x. 331 (6th Cir. 2004) |
|---|---|
| Nationality | Denmark |
| Extradition | Not possible to extradite from Denmark to the United States |
| Charges | Currency smuggling |
| U.S. Ties | Not clear |
| Conditions | - $200,000 bond<br>*See* Order Setting Conditions of Release |
| Contested or On Consent | Release was contested – Government sought detention.  The Court held that the bail statute "does not [] require that foreign defendants be detained simply because their return cannot be guaranteed through extradition." *United States v. Hansen*, 108 Fed. Appx. 331, 332 (6th Cir. 2004) |
| Compliance with Release Conditions | Defendant did not flee |

| 9. | *United States v. Fata*, No. 13-CR-20600,  2013 WL 4084765 (E.D. Mich. Aug. 13, 2013) |
|---|---|
| Nationality | Naturalized U.S. (Lebanon) |
| Extradition | Not possible to extradite from Lebanon to the United States |
| Charges | Heath Care Fraud |
| U.S. Ties | U.S. citizen |
| Conditions | - $9,000,000 personal recognizance bond<br>- Passport surrendered; travel restricted<br>- Curfew<br>- Location monitoring<br>- Refrain from practicing medicine and writing checks<br>*See* Order Setting Conditions of Pretrial Release, Ex. II. |
| Contested or On Consent | Release was contested – Government sought detention |
| Compliance with Release Conditions | Defendant did not flee while released; defendant was later detained |

| 10. | *United States v. Bohn*, No. 02-cr-20165,  330 F. Supp. 2d 960 (W.D. Tenn. Aug. 17, |

|  | 2004) |
|---|---|
| Nationality | Vanuatu |
| Extradition | Not possible to extradite from Vanuatu to the United States |
| Charges | Racketeering, conspiracy, money laundering, and mail fraud |
| U.S. Ties | Former U.S. citizen |
| Conditions | - $250,000 personal recognizance bond<br>- Passport surrendered; travel restricted<br>- Maintain residence with relative in Omaha |
| Contested or On Consent | Release was contested – Government sought detention |
| Compliance with Release Conditions | Defendant did not flee |

### B.  Cases where the Government Consented to Release

| 11. | *United States v. Fellman et al*, No. 12-cr-00962-JPO (S.D.N.Y. Nov. 28, 2016) |
|---|---|
| Nationality | Swiss |
| Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| Conditions | - $150,000 personal recognizance bond, secured by $100,000 cash or property<br>- Passport surrendered; travel restricted<br>- Pretrial supervision as directed by Pretrial Services<br>- Reside at address identified in Pretrial Services report<br>*See* Bail Disposition, Ex. JJ. |
| Contested or On Consent | Government consented to release on conditions |
| Compliance with Release Conditions | Defendant has not fled |

| 12. | *United States v. Reist*, No. 12-cr-00962-JPO (S.D.N.Y. Nov. 28, 2016) |
|---|---|
| Nationality | Swiss |
| Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| Conditions | - $150,000 personal recognizance bond, secured by $100,000 cash or property<br>- Passport surrendered; travel restricted<br>- Pretrial supervision as directed by Pretrial Services<br>- Reside at address identified in Pretrial Services report.<br>*See* Bail Disposition, Ex. KK. |

| | | |
|---|---|---|
| | Contested or On Consent | Government consented to release on conditions |
| | Compliance with Release Conditions | Defendant has not fled |

| 13. | *United States v. Buck*, No. 13-cr-00282-VM (S.D.N.Y. Nov. 9, 2016) | |
|---|---|---|
| | Nationality | Swiss |
| | Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| | Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| | Conditions | • $500,000 personal recognizance bond, secured by $100,000 cash<br>• Passport surrendered; travel restricted<br>• Reside in Manhattan residence<br>*See* Bail Disposition, Ex. LL. |
| | Contested or On Consent | Government consented to release on conditions |
| | Compliance with Release Conditions | Defendant has not fled |

| 14. | *United States v. Bergantino*, No. 11-cr-00095-GBL USA (E.D. Va. June 22, 2016) | |
|---|---|---|
| | Nationality | Italian citizen, Swiss resident |
| | Extradition | Not possible to extradite from Italy to the United States; not possible to extradite from Switzerland to the United States in tax case |
| | Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| | Conditions | • $200,000 unsecured bond and $10,000 secured bond<br>• Must reside at current hotel until travel to Switzerland<br>• Travel permitted to Switzerland and Washington D.C. area<br>• Permitted to travel to New York to meet with monitor<br>*See* Order Setting Conditions of Release, Ex. MM. |
| | Contested or On Consent | Government consented to release on conditions |
| | Compliance with Release Conditions | Defendant has not fled |

| 15. | *United States v. Casadei*, No. 11-cr-00866-LTS (S.D.N.Y. Feb. 2, 2016) | |
|---|---|---|
| | Nationality | Swiss |
| | Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| | Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| | Conditions | • $1,000,000 personal recognizance bond, secured by $250,000 cash |

| | |
|---|---|
| | - Travel restricted<br>- Defendant permitted to travel to Switzerland after plea and before sentencing<br>*See* Appearance Bond and Conditions of Release, Ex. NN. |
| Contested or On Consent | Government consented to release on conditions |
| Compliance with Release Conditions | Defendant has not fled |

| 16. | *United States v. Frazzetto,* No. 11-cr-00866-LTS (S.D.N.Y. Feb. 2, 2016) |
|---|---|
| Nationality | Italian and Swiss |
| Extradition | Not possible to extradite from Italy to the United States; not possible to extradite from Switzerland to the United States in tax case |
| Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
| Conditions | - $1,000,000 personal recognizance bond, secured by $250,000 cash<br>- Travel restricted to S.D.N.Y./E.D.N.Y.<br>- Permitted to travel to Switzerland after plea and before sentencing<br>*See* Appearance Bond and Conditions of Release, Ex. OO. |
| Contested or On Consent | Government consented to release on conditions |
| Compliance with Release Conditions | Defendant did not flee |

| 17. | *United States v. Marin*, No. 15-cr-00252-PKC-RML (E.D.N.Y. Nov. 12, 2015) |
|---|---|
| Nationality | Brazilian |
| Extradition | Not possible to extradite from Brazil to the United States |
| Charges | Racketeering Conspiracy, Wire Fraud Conspiracy, Money Laundering Conspiracy |
| Conditions | - $2 million corporate surety bond and $1 million cash bond<br>- Home detention with electronic monitoring<br>- Passport surrendered; travel restricted<br>*See* Release Order, Ex. PP. |
| Contested or On Consent | Government consented to release on conditions |
| Compliance with Release Conditions | Defendant has not fled |

| 18. | *United States v. Dorig*, No. 11-cr-00095-GBL USA (E.D. Va. Apr. 29, 2014) |
|---|---|
| Nationality | Swiss |
| Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank |

|  |  |  |
|---|---|---|
|  |  | accounts |
|  | Conditions | <ul><li>$150,000 personal recognizance bond</li><li>Travel permitted to Switzerland and E.D. Va.</li><li>Cannot depart Washington, D.C. metro area without prior approval of Pretrial Services and must reside at Westin Hotel</li><li>Report regularly to Pretrial Services</li></ul>*See* Order Setting Conditions of Release, Ex. QQ. |
|  | Contested or On Consent | Government consented to release on conditions |
|  | Compliance with Release Conditions | Defendant did not flee |

| 19. | *United States v. Bachmann,* No. 11-cr-00095-GBL USA (E.D. Va. Mar. 11, 2014) | |
|---|---|---|
|  | Nationality | Swiss |
|  | Extradition | Not possible to extradite from Switzerland to the United States in tax case |
|  | Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
|  | Conditions | <ul><li>$200,000 personal recognizance bond</li><li>Travel permitted Switzerland and northern Virginia</li><li>Cannot depart Washington, D.C. metro area without prior approval of Pretrial Services and must reside at current hotel</li></ul>*See* Order Setting Conditions of Release, Ex. RR. |
|  | Contested or On Consent | Government consented to release on conditions |
|  | Compliance with Release Conditions | Defendant did not flee |

| 20. | *United States v. Weil,* No. 08-cr-60322-JIC (S.D. Fla. Dec. 16, 2013) | |
|---|---|---|
|  | Nationality | Swiss |
|  | Extradition | Not possible to extradite from Switzerland to the United States in tax case |
|  | Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts |
|  | Conditions | <ul><li>Bond set at $9 Million personal recognizance bond with $4 Million cash deposit, $500,000 personal surety bond and $1 Million corporate surety bond</li><li>Passport surrendered; travel restricted</li><li>Report to Pretrial Services</li><li>Home confinement with electronic monitoring</li></ul>*See* Detention Hearing Transcript at SS-44– 46, Ex. SS. |
|  | Contested or On Consent | Government consented to release on conditions; defendant was acquitted |
|  | Compliance with Release | Defendant did not flee |

| | Conditions | |
|---|---|---|

| 21. | *United States v. Paltzer*, No. 13-cr-00282-VM (S.D.N.Y. Aug. 14, 2013) | |
|---|---|---|
| | Nationality | Swiss |
| | Extradition | Not possible to extradite from Switzerland to the United States in tax case |
| | Charges | Conspiracy to defraud IRS by helping U.S. taxpayers hide Swiss bank accounts. |
| | Conditions | <ul><li>$2,000,000 personal recognizance bond secured by a painting worth at least $450,000</li><li>Waiver of extradition rights</li><li>Permitted to return to Switzerland during the pendency of case</li><li>Travel limited to Europe (including the United Kingdom) and the S.D.N.Y./E.D.N.Y. in the U.S.</li></ul> *See* ECF Minute Entry, dated Aug. 14, 2013, Ex. TT. |
| | Contested or On Consent | Government consented to release on conditions |
| | Compliance with Release Conditions | Defendant did not flee |

| 22. | *United States v. Sabhnani*, 493 F.3d 63 (2d Cir. 2007) – Defendants Mahender Sabhnani and Varsha Sabhnani | |
|---|---|---|
| | Nationality | Naturalized U.S. (Indonesia, India) |
| | Extradition | Not possible to extradite from Indonesia to the United States |
| | Charges | Conspiracy to defraud the U.S.; Forced labor; Bringing in and harboring aliens; Peonage: Obstructing enforcement; Document servitude |
| | Conditions | <ul><li>$4,500,000 personal recognizance bond for both defendants</li><li>Home confinement with 24-hour electronic monitoring</li><li>Assets reviewed and restrained</li></ul> |
| | Contested or On Consent | Government sought detention at first, but later consented to release on conditions |
| | Compliance with Release Conditions | Defendants did not flee |