# EXHIBIT  K

Kerstin Gerdes
Sassenburg
Germany

Sassenburg, Feb. 2nd 2017

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Cox,

My name is Kerstin Gerdes. I am the wife of Oliver Schmidt. We met at the
University of applied science in Hannover where we both received our
engineering degree. Since 1998 we have been a couple, moved in together.
We got married 2010 in Florida.

We love each other and have a very strong relationship. I would like to say
many more things. Most important I can assure you that my husband will
come to court to face his responsibility and ask you to release him on bail.

I am currently seeking for job opportunity in the Detroit area and will apply
for a visa. I will live with Oliver if he is out of jail. I promised to stand by his
side with unfailing love through the best and the worst. And I will keep my
promise.

Sincerely

Kerstin Gerdes

K-2

# Anja Adelt + Dieter Schmidt

7. Februar 2017

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Cox,

Your Honor, I am writing to you today to try to persuade you to allow my son Oliver Schmidt, to go free until his court hearing.

I know my son and I can assure you with all my heart that he is an upstanding and responsible adult who will abide by any promise he makes to you.

He is a loving and caring son who, during his studies nevertheless restored his step-mothers car. He also built custom bikes for both of his step-brothers. These two young boys are devastated by what is happening to their brother and extremely anxious about this very foreign and frightening situation that their big brother is facing.

Sir, Oliver has assured me, and I believe him absolutely that he will definitely remain in the United States for his trial and verdict.

He has told me that he wishes to be released so that he can prepare for his trial and he is desperate to reassure his family of his well-being. It all feels frightening and very far away for us.

I would plead that he deserves this opportunity. He will not flee from the United States of America and will face any and all accusations fully trusting in the United States justice system.

He continues to value and wishes to keep up with his many friends and acquaintances in the United States. This country has always held a very special place in his heart and he respects every aspect of life there. As I have said, he does not in any way wish to damage this and respects the seriousness of what he is facing.

Your Honor, although we are far away we want to assure you that we believe in Oliver. He will not flee his responsibilities. We will gladly offer a meaningful amount of our life savings towards bail fee for Oliver to prove how much we believe in him.

We thank you for hearing our petition and hope for a positive response.

Yours sincerely



Dieter Schmidt        Anja Adelt                Adelt            Adelt

31655 · STADTHAGEN

K-3

Elke Schmidt

████████████████

31655 Stadthagen

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Stadthagen, 08.02.2017

Dear Judge Cox,

Oliver ist mein älteres von 2 Kindern. Von klein auf war sein Lieblingsspielzeug Autos. Sein erstes Wort war „rolle-rolle" für Auto, noch bevor er „Mama" und „Papa" sagte. In seiner Kindheit wurden nur besonders seltene Spielzeugautos geschont, alle anderen wurden zerlegt und verändert wieder zusammen gebaut. Die Ausdauer und Geduld hat er bis heute bei Herausforderungen an sein technisches Geschick und Können. Als kleiner Junge begleitete er seinen Vater zu einem befreundeten KFZ-Mechaniker und half so gut er konnte beim Reparieren und Restaurieren alter Autos. Seine besondere Vorliebe galt schon immer Autos der Marke VW, besonders dem „Käfer". Als Jugendlicher restaurierte er 3 Käfer. Zu seiner Ausdauer gesellte sich besondere Sorgfalt und Liebe zum Detail. Nach dem Abitur war es selbstverständlich Maschinenbau zu studieren mit dem Ziel, bei VW zu arbeiten. Seine Freude darüber, dass ihm das gelang, zeigte er durch einen konzentrierten, engagierten und absolut loyalen Einsatz für seinen Arbeitgeber.

Nach seinem ersten Amerika Einsatz für VW war deutlich, dass er wieder in den USA arbeiten und leben wollte.

Der Einsatz in Detroit war die Erfüllung seiner Wünsche. Er identifizierte sich mit seiner Arbeit und erledigte sie verantwortungsbewusst. Bei meinem Besuch bei ihm zeigte er mir stolz seinen Arbeitsplatz, sein Lebensumfeld in Detroit und ich durfte ihn zu Ereignissen in der Autowelt begleiten.

Meinen Sohn habe ich nur stets verlässlich erlebt. Er steht zu seinem Wort, macht keine leeren Versprechungen, ist immer da, wenn er gebraucht wird und trägt die Konsequenzen für seine Fehler.

Mit der Bitte um die Zustimmung eine Freilassung auf Kaution bis zu seinem Gerichtstermin verbleibe ich mit freundlichen Grüßen

*Elke Schmidt*

Elke Schmidt

K-4

Elke Schmidt

██████████

31655 Stadthagen

Germany

The Honourable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Stadthagen, Feb. 8, 2017

Dear Judge Cox,

Oliver is the older of my two children. Even as a young child, cars were his favorite toys. His first word was "roll-roll" for cars, even before he said "Mama" and "Papa". During his childhood, only very rare toy cars were left alone, while all of the others were taken apart and reassembled after being modified. To this day, he still has the same perseverance and patience when it comes to challenges to his technical skills and expertise. As a young boy, he accompanied his father to visit a friend, who was a car mechanic, and helped out to the best of his ability in repairing and restoring old cars. He has always had a special preference for VW automobiles, especially the Beetle. As a teenager, he restored three Beetles. In addition to his perseverance, he was very meticulous and detail-oriented. After graduating from high school, it was clear that he would study mechanical engineering, with the goal of working for VW. The fact that he became a focused, committed, and absolutely loyal employee was a reflection of how pleased he was to have achieved his goal.

After his first assignment to the United States, it was clear that he wanted to live and work in the United States again.

His wish was fulfilled when he was assigned to Detroit. He identified with his work and performed it responsibly. When I visited him, he proudly showed me where he worked and lived in Detroit, and I was able to accompany him to events in the automotive sphere.

In my experience, my son has always been reliable. He stands by his word, makes no empty promises, is always there when he is needed and handles the consequences of his mistakes.

I would like to request the approval of his release on bail until his trial date.

Yours truly,

[Signature]

Elke Schmidt



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York          )
                           )          ss:
County of Kings            )

**<u>Certificate of Accuracy</u>**

This is to certify that the attached:

**2-8-17 Letter from Elke Schmidt**

originally written in the German language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: February 16, 2017

_____
Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before
me, this _____16th_____ day of
_____February_____ 2017

_____
Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Anneke Meitzler

█████████

28329 Bremen
Germany


The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226


Dear Judge Cox,

I am writing to you in behalf of my brother Oliver Schmidt to support him.

I grew up with a very caring and loving brother. I am seven years younger than he is.

He took care of me, when I was little, well not always with the greatest enthusiasm, because our
parents made him to, but he never sent me away.

He opened my mind to music and knowledge in general. When I was about five, we went to France
to visit friends of our parents and I was afraid because I couldn't speak a world of that language. So
every night before I went to bed, he came into my room and taught me a few words, while playing
with my stuffed animals. So I knew how to count to ten, say Hello, Good Morning, How are you and
Goodbye. I will keep those French lessons forever in my heart.

When I was growing up and I needed help with my exams in school, especially physics, chemistry and
math's, he always found the time to teach me and I guess without his help, I never would have get
my university-entrance diploma.

When my husband and I broke up, my brother supported me a lot. He was there for me at any time
on the phone and gave me great tips when I was searching for a new flat. He also did research where
I could find all the things I needed to buy and he also lend me money, so I didn't need to ask the bank
for it.

My brother is a very faithful person. His first car was a VW K70, followed by a VW Beetle and a dream
came true for him, when he started his career at VW. When you come to his house in Germany it is
full of books about old cars and prints on the wall, he is really into this industry.  When I was a
teenager and took part at school exchanges to Britain, he always gave me money to bring him the
magazine of Old-timers.

The other big thing in his house in Germany is Detroit. He fell in love with this city. In the living room,
you'll find like 10 books about Detroit placed in the shelf above the TV. Also in the living room there
is a big picture of Detroit on the wall next to the sofa. He likes  the US so much, which is why he also
got married in Florida and this why he spends his Christmas holidays in Florida, like he did this year
again.

My brother is a very realistic person, he is not a dreamer. He knows his responsibilities and would never run away from them. He is strong-minded and will face all problems without turning away. My brother would never anyone letdown, who he made a promise to. So he will not flee, if he will be released on bail.

I have to excuse my written English, but still I hope you will get my point.

I appreciate your attention.

Best regards

Anneke Meitzler

Walter & Roswitha Gerdes



27570 Bremerhaven

Germany

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

February 5th, 2017

Dear Judge Cox,

We are Walter and Roswitha Gerdes, a retired naval captain and a homemaker from Bremerhaven, Germany. We are the parents of Kerstin Gerdes who is married to Oliver Schmidt.

Kerstin introduced us to Oliver shortly after they started going out about 20 years ago. What really impressed us was how committed he was to our daughter right from the start of their relationship and we were very happy when they finally got married.

Being responsible for up to 30 crew members as a naval captain, I , Walter, could gain some understanding of human nature and in my judgement, our son-in-law is a very reliable person and good husband to our daughter. We are sure you would not regret the decision to release him on bail.

Sincerely,

Walter Gerdes

Roswitha Gerdes

Angela Gerdes

▄▄▄▄▄▄▄▄

12163 Berlin
Germany

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

February 6th, 2017

Dear Judge Cox,

I am Angela Gerdes, I am 42 years old and live in Berlin, Germany. I am the younger
sister of Kerstin Gerdes, wife of Oliver Schmidt, and I am writing to you in support of my
brother-in-law.

I am a civil servant for almost 14 years now. I started my career at the German central
bank and after working at the International Monetary Fund (IMF) in Washington, DC for
four years, I am now employed by the German Federal Ministry of Finance.

I have known Oliver for 20 years now and being very close to my sister, I became close to
him too during that time. Oliver and my sister would also come to visit me during my stay
in Washington, DC and Oliver would even take the time to see me when he was on
business trips in the USA.

Oliver was always very supportive of me and nothing but honest. I hope and pray that you
will release him on bail so that he can work with his lawyers to prove his innocence. I
could not be more convinced that Oliver would never consider fleeing the country if
released but will face his obligations.

Sincerely,

Angela Gerdes

K-10

The Honorable Sean F. Cox                           February 2nd, 2017
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

 Dear Judge Cox,

I am writing this letter to verify that Oliver Schmidt is my friend. I have known Oliver for
approximately six years. My family owns a store in Birmingham Michigan named Pasteiner's
Auto Zone Hobbies. The store caters to automotive enthusiasts and in its 32 years of existence
we have developed a nice following. GM president Mark Reuss, publisher Keith Crain and many
"captains of industry" are frequent customers. This is where I have met Oliver, a great car
enthusiast and a very likeable person. We have spent many hours discussing automobile styling.
My background as former assistant chief designer at Chevrolet has strengthened our friendship,
because Oliver's knowledge and enthusiasm made our discussions so enjoyable. His knowledge
of the classic 1950s-1960s American cars really surprised me but I suppose someone who grew
up in postwar Europe and liked cars, must be in love with the American cars of the era.

Oliver and I both collect scale model cars and through the years we have traded many models
and I can say that he has been very fair in these transactions.

Oliver's wife Kerstin is also a caring person who is a great reflection of the character of the
family. I am sure Oliver will appear in court as required.

I have offered Oliver and his wife Kerstin to stay at my house at ███████████████
Rochester, Michigan with a land line phone number ███████████

In conclusion, I would like to say that I am greatly saddened by his current situation but as a
friend, I do stay positive on Oliver's behalf.

Sincerely

Steven D. Pasteiner

████████████████

To the Honorable
Sean F. Cox,
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard,
Detroit, Michigan 48226

I have had the pleasure of knowing Oliver Schmidt and his wife Kerstin Gerdes over the course of many years. It has been standard procedure that we, along with a group of friends, both local and from around the country, celebrate holidays together annually during December and January. It is typical that we eat together at mutual friends houses, numerous times. Often this includes outings to local restaurants and pubs. We have many shared interests and these times have become a kind of family tradition.
I attended their wedding in Florida at the Gunther Volkswagen showroom and the party following the ceremony.
In addition, we have met in Detroit, during their time living there, visiting them at home and the Cranbrooke Institute. Most recently, on this 2016/2017 holiday we did a walking tour of Wynwood,Miami, agraffiti art and food tour.
Both Oliver and Kerstin have strong ties to the United States. They take almost every opportunity to holiday here and have developed many long lasting and loyal friendships here over the years. They own property in the United States and I know their long term goal is to be able to spend a great deal of time here during their retirement years
It has been my impression and experience, during these many years, that Oliver and his wife are individuals with integrity, a strong work ethic and a sense of working towards the greater good. They are kind and respectful of others, at all times.
If Oliver says he will do something, whether it be an appointment, an offer to assist, what EVER it may be, he will do it, without question. He is extremely reliable. A decade plus of knowing him has proven this.
Oliver is the sort of person one hopes to have in their corner if there was a challenging or difficult task to be addressed in life. He would stand up to the task with 150%, and could be relied upon to carry it though until the end. There has never been a hint of anything to the contrary.
I am extremely confident Oliver fully intends to return to court and is eager to address the issue. In fact, I am certain, therefore I am willing to assist him in his bail by putting up my condo. I do not do this lightly. Although the D.O.J. attorney in the Miami court ridiculed the value of this property, it represents a substantial value in my life savings and I am in no position to lose it. I do not offer this in a cavalier manner. This condo has only a very small principal balance remaining on its mortgage.
It is my hope that you see something of the person, in my words.This is someone who contributes to our world in a very positive way, in life.
If I can be of any further assistance, in determining the credibility of Oliver, please contact me at any time.

Respectfully

Lynn Banks

The Honorable Sean F. Cox

United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Cox

My wife and I know Oliver Schmidt and his wife Kerstin for approximately 8 years

Since we met we spent every Christmas and New Year's Eve together here in Florida
(except 2012). As a matter of fact, when they got married in Florida I notarized their marriage
certificate.
My wife and me met both of them numerous times when we visited Germany on many social
occasions as well in Detroit when Oliver Schmidt still resided there.

I know Oliver to be an honest and upright Individual on all levels.
I certainly feel that he is not a flight risk , I am able and willing to put a Condominium that is
almost paid off as collateral for bail.

If you have any further questions please do not hesitate to contact me at ▆▆▆▆▆▆▆

Respectfully and Sincerely

thank you for your consideration


Michael Dassler

The Honorable Sean F. Cox                                    February 4, 2017
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226


Dear Judge Cox:


My name is Monika Clogg. I am an United States citizen currently living in
Birmingham, MI.

I have met Mr. Oliver Schmidt and his wife Kerstin in 2012. We used to own a condo
in Birmingham, MI as a rental and they became our tenants.

During the time Oliver and Kerstin were our tenants, we got to know them better
personally. Both, Oliver and Kerstin were the best people we could wish for to have
in our property. They actually have done numerous things inside of the condo to
improve the look of it or got better, newer appliances.

They were very respectful to our property and we could not be happier.  Their
payments were on time every month. They are kind, intelligent people and after
they left back to Europe we decided to sell the condo as we knew we were very
lucky with them as our tenants and would not get that lucky in the future.  They left
the property in perfect condition. Oliver and Kerstin moved out in February 2015.

I am confident that Oliver will not flee the United States.



Respectfully,

*Monika Clogg*
Monika Clogg


Birmingham, MI

K-14

**Paul R. Olexa**

Northville, MI 48168

January 30, 2017

**The Honorable Sean F. Cox**
**United States District Judge**
**Theodore Levin U.S. Courthouse**
**231 W. Lafayette Boulevard**
**Detroit, Michigan 48226**

Dear **Judge Cox**

My name is Paul R. Olexa, and I am native Detroiter with 30+ year's experience in the Automobile Industry. During this time I have had interaction with broad range of Industry professionals. In the past 5-6 years I have come to know Mr. Oliver Schmidt, primarily via key industry Technical Exchanges such as the Society of Automotive Engineers events, and other Industry technical exchanges held mostly hear in Michigan such as: The annual Management Briefing Seminars in Traverse City, and various technical forums other than SAE such as the CTI (Car Training Institute) Symposiums These also included SAE events for budding college engineers (Formula SAE) that Mr. Schmidt would attend and support as well for the benefit of this industry and young college students who wish to work in it.

During the years I have known him, he was an avid supporter of the Auto Industry, SE Michigan, and the careers young people could enjoy in our hometown industry. As noted above, with over three decades in the Industry, and the years I have known Oliver I must state, I was always impressed with his straight forward and direct and honest dialogue myself and others would have with him regarding many of our mutual issues of the Auto Industry.

While not knowing the details of the issues at hand regarding Mr. Schmidt, I must state that not only myself, but others who had interaction with him are all impressed with integrity we found when interacting with him. Given the character of Mr. Schmidt I feel certain he will willingly face up the challenges at hand without hesitation by not fleeing the US and appearing in Court when required

Sincerely,

**Paul R. Olexa**

Martina Schlagwein

███████████

Commerce Township, MI 48390

February 12, 2017

Re: Mr. Oliver Schmidt

Dear Judge Cox:

I first met Oliver Schmidt at a German American Chamber dinner in 2013. As a board member of the German American Chamber, Michigan Chapter, I welcomed Mr. Schmidt and his wife Kerstin to the event. This introduction led to additional interaction with Mr. Schmidt in my role as European Business Attraction Manager for the State of Michigan's economic development agency, the Michigan Economic Development Corporation (MEDC). Because of Volkswagen's long standing presence in Michigan, the MEDC always maintained a relationship with the company and its management. Mr. Schmidt and I agreed to a follow-up meeting during which I presented a new program to Mr. Schmidt that had been initiated by Governor Snyder. The program is modeled after the German dual education system and is called Michigan Advanced Technician Training (MAT$^2$). Mr. Schmidt was very interested in the program since the advancement of further education for young people is a subject of great importance to him. Ultimately, VW joined the program which was only possible thru Mr. Schmidt's full support.

Until his return to Germany in 2015, I interacted with Mr. Schmidt on numerous business occasions such as the Center for Automotive Research (CAR) Management Briefing Seminars (MBS) in Traverse City, MI, as well as the North American International Auto Show (NAIAS) in Detroit. Mr. Schmidt has always been a strong advocate for Michigan and has continuously supported the MEDC's efforts to further grow VW's activities in Michigan.

I have experienced Mr. Schmidt to be a business professional with high integrity standards and solid principles. He always came across as being dedicated, reliable and trustworthy, and I truly valued his opinion and expertise as they relate to the automotive industry in North America as well as in Europe. I am certain that Oliver can be trusted to show up in court as required, and that he will follow the orders of the court and face his responsibilities.

Respectfully,

Martina Schlagwein

*P 2/2*

Hans Ulrich Schlagwein

Commerce Township, MI 48390

February 9th, 2017

Re: Mr. Oliver Schmidt

Dear Judge Cox:

Mr. Oliver Schmidt and I were first introduced during a German American dinner reception in November 2013. During casual dinner conversations we found that we shared two common interests and pastimes - classic bicycles and playing golf. We agreed to get together for a round of golf the next spring. Mrs. Kerstin Gerdes joined us as well. Due to Oliver's intense work and travel schedule, we unfortunately only had the opportunity to play a few times. Between 2013 and 2015, I saw Oliver at a few more business events which I attended with my wife Martina. After Mr. Schmidt's transfer back to Germany, he and his wife Kerstin visited my wife and me at our home in Florida.

During the times that I interacted with Oliver, I experienced him as an honest, straight forward gentleman. He came across as reliable and unpretentious with an engaging personality and a good sense of humor. I know that Oliver will remain in the United States and will appear in court when a judge asks him to.

I wish Oliver my personal best!

Ulrich Schlagwein

Svenja Wilkening
Bordenau, 03.02.2017

████████████████████

The Honorable Sean F. Cox

United States District Judge

Theodore Levin U.S. Courthouse

231 W. Lafayette Boulevard

Detroit, Michigan 48226

Zu dem in den USA anhängigen Strafverfahren gegen Oliver Schmidt u.a. wegen des
Verdachtes gegen Umweltverstöße.

Dear Judge Cox

Mein Name ist Svenja Wilkening. Ich bin 40 Jahre alt, wohne in
Deutschland/Neustadt am Rübenberge und bin mit Oliver S. weder verwandt noch
verschwägert. Seit 1993 bin ich Polizeibeamtin des Bundeslandes Niedersachen.

Elke Schmidt, die Lebensgefährtin meines im Jahr 2010 verstorbenen Vaters, Jürgen
Thies, ist die Mutter von Oliver S.. 1992 hat Elke S. meinen Vater kennen gelernt.
Seit dem kenne ich Oliver S. von Familienfesten. Außerhalb dieser Familienfeste
hatte/habe ich keinen Kontakt zu ihm. Es besteht weiterhin regelmäßiger Kontakt zu
Elke S. und somit hin und wieder auch zu Oliver S..

Ich besitze eine recht gute Menschenkenntnis und habe Oliver S. als sehr
freundlichen, humorvollen  und großzügigen Menschen erlebt. Trotz seiner gehobenen
Stellung im Volkswagenkonzern in Wolfsburg wirkte er auf mich in keinster Weise
hochmütig.

Letztmalig hatte ich bei der Geburtstagsfeier seiner Mutter, Elke S., im September
2015 Kontakt zu Oliver S.. Er bezahlte sogar damals unaufgefordert die Rechnung.

Meiner Einschätzung nach würde sich Oliver S. im Falle einer Freilassung durch
Zahlung einer Kaution nicht dem Strafverfahren durch Flucht entziehen. Die
Tatsache, dass Oliver S., trotz des laufenden Ermittlungsverfahrens in die USA gereist
ist, obwohl er darin bereits involviert war, zeigt, dass er sich eben nicht der
Verantwortung entzieht.

Mit freundlichen Grüßen

/S.Wilkening

1

Svenja Wilkening
Bordenau, Germany Feb. 3, 2017
███████████████████████

The Honorable Sean F. Cox

United States District Judge

Theodore Levin U.S. Courthouse

231 W. Lafayette Boulevard

Detroit, Michigan 48226

Regarding the litigation pending in the United States against Oliver Schmidt and others, on suspicion of environmental violations.

Dear Judge Cox,

My name is Svenja Wilkening. I am 40 years old, I live in Neustadt am Rübenberge, Germany, and I am unrelated to Oliver S., either directly or by marriage. I have been a police officer in the state of Lower Saxony since 1993.

Elke Schmidt, the life partner of my father, Jürgen Thies, who died in 2010, is the mother of Oliver S. Elke S. met my father in 1992. I have become acquainted with Oliver S. at family gatherings since then. I have had and do not have any contact with him beyond these family gatherings. I am still in regular contact with Elke S. and occasionally with Oliver S.

I am a good judge of people, and I have experienced Oliver S. as a very friendly, humorous, and generous person. Despite his senior position at the Volkswagen Group in Wolfsburg, I have never felt that he has the least bit arrogant.

The last time I was in contact with Oliver S. was at a birthday party for his mother, Elke S., in September 2015. He even voluntarily paid the bill at that time.

In my assessment, Oliver S. would not flee to avoid criminal proceedings in the event of being released as a result of the payment of bail. The fact that Oliver S. traveled to the United States, despite the ongoing investigation, and even though he was already involved in the matter, shows that he does not try to avoid his responsibilities.

Sincerely,

[Signature]



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York        )
                         )        ss:
County of Kings          )

## **Certificate of Accuracy**

This is to certify that the attached:

**2-3-17 Letter from Svenja Wilkening**

originally written in the German language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: February 16, 2017

Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before
me, this _____16th_____ day of
_____February_____ 2017

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Janina Danielzik

Bordenau 07.02.17

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Zum Strafverfahren gegen Oliver Schmidt in den USA

Dear Judge Cox,

Mein Name ist Janina Danielzik. Ich bin 43 Jahre alt, wohne in Deutschland/Neustadt am Rübenberge und bin mit Oliver Schmidt weder verwandt noch verschwägert.

Die Mutter von Oliver Schmidt, Elke Schmidt, war die Lebensgefährtin meines Vaters. Mein Vater verstarb 2010. Mein Vater und Elke Schmidt haben sich 1992 kennengelernt.

Durch diese Bekanntschaft habe ich auch Oliver Schmidt kennengelernt. Wir haben uns ab und zu auf den Geburtstagsfeiern seiner Mutter getroffen. Da habe ich Oliver als sehr netten, lustigen Menschen kennengelernt, der immer einen witzigen Spruch parat hatte. Es machte Spaß ihm zuzuhören.

Im September 2015 habe ich Oliver das letzte Mal bei einer Überraschungsparty seiner Mutter gesehen.

Ich kann mir nicht vorstellen, dass er sich der Verantwortung entzieht, falls er auf Kaution frei kommt.

Mit freundlichen Grüßen

(Janina Danielzik)

Janina Danielzik                                              Bordenau, 2/7/17

███████████
███████████████████

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226


Regarding the criminal proceedings against Oliver Schmidt in the USA

Dear Judge Cox,

My name is Janina Danielzik. I am 43 years old, I live in Neustadt am Rübenberge, Germany, and I am unrelated to Oliver Schmidt, either directly or by marriage.

Oliver Schmidt's mother, Elke Schmidt, was my father's life partner. My father died in 2010. My father and Elke Schmidt met in 1992.

As a result of this relationship, I also got to know Oliver Schmidt. We saw each other occasionally at his mother's birthday parties. On those occasions, Oliver came across as a very nice, convivial person who always had something funny to say. It was fun to listen to him.

The last time I saw Oliver was at a surprise party for his mother, in September 2015.

I cannot imagine that he would shirk his responsibility if he were released on bail.


Best regards,


[Signature]

(Janina Danielzik)



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York            )
                             )            ss:
County of Kings              )

## Certificate of Accuracy

This is to certify that the attached:

**2-7-17 Letter from Janina Danielzik**

originally written in the German language is, to the best of our knowledge and belief, a true,
accurate and complete translation into the English language.

Dated: February 16, 2017

Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before
me, this _____16th_____day of
_____February_____ 2017

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Stefan Liske

██████████
10439 Berlin
Germany


Letter of Support for Mr. Oliver Schmidt


Dear Judge Sean Cox,


I've met Oliver Schmidt back in 2004, when he applied for a substantial innovation project at Volkswagen, of which I was in charge off (as former Director Product Strategy for the Volkswagen Group). Over the course of 3 months I received more than 250 applications from all different divisions and backgrounds; since Oliver's application, his experience and his dedication were outstanding, we invited him for an interview after which he got a seat in the project.

In February 2005 we jointly relocated to California and moved into the same project house, with 8 other colleagues. Over the course of 1 1/2 years we worked & lived together, and we had not only to deliver tangible project results but also especially manage our daily life as a team under one roof.

Oliver proofed to be a very strong and reliable pillar for the entire project team. He took on his big area of R&D responsibility with unique experience, full dedication and excellent skills; he expressed his observations of our team dynamics in a very clear and always constructive way and actively took on the toughest content and team challenges, worked closely with our team coaches and project leaders.

In the house he was an integral part of the team, he supported everybody in any matter. Whenever help was needed, he was among the people who were ready to help. That's the reason why I also strongly believe that Oliver will appear in court when the judge asks him to and that he will not at all run away from this case.

Since then I always stayed in touch with Oliver, because I appreciated his honest attitude, his strong & well-founded opinion and our joint time in California.

Stefan Liske,
Berlin, February 8th 2017

Niclas Meyer, ▮▮▮▮▮▮ 10965 Berlin

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Letter of Character Reference for Mr. Oliver Schmidt

Dear Judge Cox,

I am writing this letter to express my opinion about Oliver Schmidt's character and attitude and how I got to know him in the recent years.

I met Oliver Schmidt in January 2005 when we both got accepted to join a strategy project team for Volkswagen AG. The following 18 month we worked together very closely. The project was set up in a project house in California where we worked and lived together every day for the whole project period.

Oliver was one of the strongest team members because of his excellent technical expertise and can-do-attitude. Whatever he was put in charge of could be considered done. He was never afraid of big challenges and always took them on. On top of that he always had an eye for other team members that needed help. Without much talk he would step in and help out. I remember a specific example when some of our team members got the task to analyze the US car parts after market. Since they were struggling with the task he proposed to go to VW enthusiasts meetings to interview people there and get insights. He went there and delivered his insights to the team members that needed help. Even though, it was not a task assigned to him in the first place. During the project he showed such unselfish behavior several times. This attitude soon earned him the respect of the whole team. His opinion was very much valued and considered.

His character was very helpful to build a good team spirit, especially since some of the team members were living under the same roof. He could always be trusted and relied on. I am sure he will appear in court whenever it will be asked from him.
Aside from our daily work I always enjoyed spending time with Oliver including team barbeques or car show events. He took on many tasks aside from the normal work like managing issues in the house. Through his direct approach towards other people he soon developed a big network of locals, colleagues or other companies that helped us with the project.

After the project I stayed in contact with Oliver. In 2009 he helped and counselled me to pass a management assessment. After that I went to China and he relocated to the US again. Nevertheless, every time I met him over the course of the years I felt he hadn't changed one bit.

Niclas Meyer
Berlin, February 8th, 2017

Gregor Schimming
██████████
85737 Ismaning
Germany


The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226


Dear Judge Cox,

My name is Gregor Schimming. I'm writing to you, because I would like to support Oliver Schmidt in his hearing.

I know Oliver Schmidt from a Volkswagen project back in 2005 where we spent quite an intense year together. We were colleagues. But we got to know each other quite well since we had a work place where we shared very much private time, too

During that time – in all those team meetings, these business flights, lunch meetings, business and private talks I got to know Oliver Schmidt quite well. And I always would describe Oliver as an extremely honest person. He would always speak up when there would be anything going slightly wrong. And he would be the guy who brings uncomfortable topics on the table. Oliver Schmidt was good at addressing problems in a very honorable way. Whenever there was something delicate or uncomfortable going on, it would be Oliver who would not look for the easy way out but would tell the whole team: "We got to talk!" He even represented this as a certain role within our team. Certainly I was not always of the same opinion like Oliver. But because of his honest and straight forward way of talking and acting I always respected Oliver highly.

Therefore I am sure that it would be the right thing to release Oliver Schmidt for bail. I have no idea through what kind of tragic circumstances he might be involved in what we call "Diesel-Affair". But I am convinced of Oliver's good-hearted and deeply honest character. Oliver Schmidt for sure will not run away. He's a man you can trust. Please consider to release Oliver Schmidt for bail.

With best regards,

*[signature]*

29.01.2017

Christoph Kielmann

████████████

38518 Gifhorn
German

**Dear Judge Cox,**

my name is Christoph Kielmann, Senior Vice President in the automotive Industry, I am 47 years old, married and father of an 18-year-old son.

I know Oliver Schmidt since January 2005 when we both were assigned to a project that had the goal to understand the American automotive market. Oliver was one of the few people who already had a broad knowledge about America and he was absolutely committed to our mission from the very beginning.
Not only his commitment was outstanding, he also took responsibility for what he did from the very beginning. That made him also the one, who got very often into intense discussions. He adhered to his values and principles. He was always a man of the word – no matter if it was good for him or not.

Oliver was also the one who built up a network to environmentalists to discuss and understand the importance of environmentally friendly vehicles in the US. It was the time when Toyota introduced their hybrid vehicles and Oliver wanted to work on sustainable solutions for Volkswagens engine strategy to be competitive and successful in the American market. I remember when Daryl Hannah visited our project house and Oliver was the one who discussed environmental topics with her and who was in touch with her network.

He was one of the team members who pushed the whole team, wo took initiative when it came up to reach new goals and who never changed mind when he was convinced about something. He was like a pioneer and loved the American culture. I think in that time he already had his condo in Florida.

A lot of people of our team were friends of Oliver, especially the American colleagues. If you know him, you experience his personal values and also the warm-hearted part of his character.

I am totally convinced, that Oliver is still this man of word, trustworthy and that he holds on to his values. And I am convinced that he returns to court when it is required.

**Sincerely,**

**Christoph Kielmann**

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
213 W. Lafayette Boulevard
Detroit, Michigan 48226

Berlin, January 29th, 2017

Dear Judge Cox,

my name is Alexander Nolte. I'm writing this letter to support Oliver Schmidt and
acknowledge that this letter may be provided to the Court.

I got to know Oliver Schmidt in December 2004. We both were selected to participate
in a Volkswagen project. The goal of the project was to gain greater understanding of
the needs of the American customers. From the beginning of 2015 until summer
2016, Oliver and I worked and lived together with seven other colleagues in a project
house in Los Angeles.

I was in charge of marketing and Design Thinking. I worked closely with Oliver for the
SEMA Show, an automotive show in Las Vegas and a new vehicle concept that was
presented at the L.A. Autoshow in 2006.

I particularly liked to work with Oliver. Even more than his outstanding expertise, I
respected his reliability and trustworthiness. In work-context as well as in private life,
he truly stands by his word.

Due to the special set-up of the project, I also got to know Oliver in a non-related
work context: He organized BBQs and other events for the entire team. When Oliver
was in charge, you could consider the job as being done.

Since 2006, I have met Oliver only once, because I left Volkswagen after finishing the
project. However, I have only met few colleagues as dedicated, goal-oriented and
reliable as Oliver. Hence, I'm very confident that he will remain in the US and shows
up in court whenever necessary.

Sincerely,

Alexander Nolte

Jörn Leuenberger

█████████████

38102 Braunschweig

Germany

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Braunschweig, 29.01.2017

Letter of support for Mr. Oliver Schmidt

Dear Judge Cox,

in December 2004 I have met Oliver Schmidt in a VW Projekt that was focussed on the American market. The setup of the project was unique since we worked and lived together for 18 month in California.

Within the project he took on a big chunk of the tasks we were given. You could trust him 100% that he would deliver what he had promised. Whenever help was needed Oliver stepped in and offered his support. He shared his broad knowlege and network for he benefit of the project. Out of the 22 team members he was one of the strongest and most loyal pillars of the project.

In this intense environment I got to know Oliver Schmidt as a very reliable and authentic personality. He openly shared his honest opinion straight away with no hidden agenda.

After project ending in 2005 we have kept close contact and I highly value his friendship especially for his openness, his attitude, his points of view and his humor.

I strongly believe that Oliver will appear in court when the judge asks him to.

Sincerely

Jörn Leuenberger



Dear Judge Cox,

I have known Oliver Schmidt for 10 years.  We met while working together in California and we were roommates for over a year.  I have always known him to be a faithful and
helpful friend, trusted confidant and advisor.  I could always count on his help both professionally and privately.

He established many friendships here in California.  His expertise in his field is unsurpassed and his opinions were highly sought and respected.

He told me many times how much he enjoyed living / working in California, Detroit and Florida.  I know he owns property in Florida.  The United States is a second home for him and his wife.
Oliver is an exceptionally pragmatic person.  I am confident he would he would choose to remain in country and face up to his responsibilities.

Thank you for your consideration,
Alex Earle

K-30

Kai Bohnstedt

38116 Braunschweig, Germany

22.2.2017

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Oliver Schmidt (09786104)

Dear Judge Cox,

my name is Kai Bohnstedt. I work at Volkswagen in the design department of the W12 and
VR6 engine family.

I first met Mr. Schmidt in the year 1997 when we were part of a small working group at VW
Motorsport in Hannover to design a completely new engine family of W12 and W8 cylinder
engines.
I was a bit longer in this group and a bit more experienced when Mr. Schmidt had his first
day. So our boss came to me with this young man and asked me to take care of him and
show him the work that has been done so far.
In these times we have been a small team, very focused, working nearly day and night and
sometimes at weekends. This technical chance was more than a "once in a lifetime"
situation, the most engineers even do not have the chance to design a new engine family in
their life.
So on the very first day of Mr. Schmidt, we had a bigger problem with the very first W8
engine at the test bench. All people are standing there, discussing and time was running
through our fingers. So we decided that all others had to leave the test bench and only the
young new colleague (Mr. Schmidt) and I are starting to investigate the problem
systematically. We found the problem, fixed it and late in the night the engine ran well for
the first time.
Just in this first day I learned, that Mr. Schmidt is a very intelligent person in which you can
count on in difficult situations.

The W8 and W12 engine research project at VW Motorsport became a series project of the
Volkswagen group and so we changed to a regular department of the Volkswagen engine
development.
Mr. Schmidt did different jobs in this new department as a project leader and a group
leader. I kept working in the engine design, doing crank cases. But we were still working
together in the same department until 2005.

In 2005 Mr. Schmidt went to the USA the first time. He did a real interesting project in California to investigate what the US customers are expecting from a car with the idea to make the future Volkswagen cars better for the US market.
In this time I visited Mr. Schmidt in January 2006 for 2 weeks and he showed me nice places in Los Angeles and California.

Some years later, when he was back in Germany, he was working in an office in the main factory of Volkswagen in Wolfsburg, far away from my office in the technical development, also in Wolfsburg, but even far away.

So for some years, we only had little contact.

Then he went to the USA for some years again, and I only remember that I had seen him in this time, when he gave a lecture at a large conference here in Wolfsburg about the US market.

When Mr. Schmidt came back to Germany for the second time in spring 2015 he had an office here in the technical development and so we sometimes meet in the canteen.

In 2015 I had my 50th birthday and I gave a very big party and I invited Mr. Schmidt and his wife. Mr. Schmidt told me, that he has to be in a church for a confirmation of a relative just the next morning approximately 200 miles away from my party just the night before. But he promised that he will come, and so he did.

So from my point of view Mr. Schmidt is a person, you can count on.
I really wish the best for him and his family.

With best regards,

Kai Bohmlett

Ernst-Christian Bänder

██████████████
3 8 3 0 0   W o l f e n b ü t t e l                                                 ██  ████████████████

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Oliver Schmidt (09786104)

Wolfenbüttel, 14.02.2017

Dear Judge Cox,

these are some thoughts I have summed up concerning my former colleague Mr. Oliver Schmidt.

I first met Mr. Schmidt when he joined a newly founded engineering team at Volkswagen Motorsport Hannover in 1997. Our task was to develop a completely new engine family, consisting of an 8- and a 12 cylinder engine. We both worked for the design department so we shared the same office for several years. Then Mr. Schmidt did some career steps within the department before he finally quit for the USA in 2005, being a member of the "Moonraker" team of Volkswagen. As he always was enthusiastic about both Volkswagen and the USA, this job was spot on for Mr. Schmidt.

During the time we were close colleagues I had the opportunity to study his character quite well and I must say that his most distinctive quality to me was a striking straightforwardness at work. He absolutely wanted to solve technical problems the best possible way. So for me he always was a kind of a blueprint of an engineer. I also was impressed by his way to defend his ideas, especially against higher hierarchy levels, in a positive and self-confident way, which surely helped him to build his career. Besides I know him as very cooperative person with true team spirit, who is absolutely reliable and always keeps his word. With these characteristics, complemented by a kind of deadpan humor, which I like, it was a great pleasure and honor to work with Mr. Schmidt on this cutting edge technology project. The 12 cylinder engine we have developed turned out to be the most successful one in passenger car history regarding sales numbers.

After Mr. Schmidt left the department, I didn't have much contact until last year 2016. Then he learned from a colleague of mine, that I was suffering from lymphatic cancer and had to be on chemotherapy. From this moment on he frequently asked me how I was doing and showed true empathy for my situation which I still appreciate very much. When I was better I visited him with my son and we had a look at his restored 1969 Volkswagen, which he had proudly equipped with lots of tuning parts from the US VW scene.

As I know that Mr. Schmidt wishes to lead an easy and peaceful life, I strongly believe that he will remain in the United States and will appear in court whenever necessary. I sincerely hope that he will be able to invalidate the accusals against him and I wish all the best for him and his family.

Kind regards

K-33

February 8, 2017

The Honorable SEAN F. COX

United States District Court

Theodore Levin U.S. Courthouse

231 W. Lafayette Boulevard

Detroit, Michigan 48226

Dear Judge Cox,

RE:  Oliver Schmidt,

I have known Oliver for several years. The first time I met him was at a Center for Automotive Research Management Briefing Seminar in Traverse City, MI.  He gave a speech at the seminar.

I found him forthright, honest and a genuinely good person.  When he made presentations on behalf of his company, he was sincere, engaging and inciteful.

While we did not do business directly, we talked about common interests like biking and outdoor activities.  I have the highest respect for him and his standing in the industry.

With the information we exchanged, he was straight forward and intuitive.

I feel strongly that Oliver will stay in the U.S. and defend himself.  I know he likes the U.S. and will fight to stay or visit here in the future.

Best regards,

Michael J. Waterman

Managing Director

Opportunity Management Inc.

Troy, MI 48084



The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

February 1, 2017

Dear Judge Cox:

This letter is written in regard to Mr. Oliver Schmidt.  I have known Oliver since shortly after he arrived
in the U.S for his assignment with Volkswagen.  I had the pleasure of interacting with him on numerous
occasions throughout his U.S. assignment.  Each time, I found him eager to engage in discussion, willing
to help our organization, and to further all stakeholder's knowledge on automotive powertrain
technology.

On two occasions Oliver spoke at the Center for Automotive Research (CAR) Management Briefing
Seminars (MBS) in Traverse City, Mi.  I had the assignment to chair the seminars in which he participated.
I found it telling that Oliver mentioned to me he enjoyed the event because he was able to learn from
the other speakers, and looked forward to the discussion and exchange of ideas.  I have chaired sessions
at the CAR Management Briefing Seminars for fifteen years.  Oliver was the most well received speaker
during those fifteen years.  He was approachable, engaging, and did not shy away from tough questions.

Oliver could have stayed in Germany, and likely avoided extradition for the foreseeable future.
Instead—unlike some others in this case—he chose to return and seek resolution.  Such action is worthy
of consideration.  Judge Cox, I can say that in my interactions with Oliver, I personally have found him to
always do as he says he will.

Certainly, the U.S. legal system will decide the outcome of this case, and in no way do I suggest to
understand its complexities and details. I wish you the best as you work to resolve this very challenging
and important case.

Sincerely,

Brett C. Smith
Assistant Director
Manufacturing, Engineering and Technology
Center for Automotive Research,
Ann Arbor, MI



**CENTER FOR AUTOMOTIVE RESEARCH**

February 7, 2017

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Cox:

I am writing on behalf of the Center for Automotive Research in reference to Mr. Oliver Schmidt, who is appearing before your court due to his connection with the Volkswagen diesel engine emissions issue. I would like to convey to you the significant contributions made by Mr. Schmidt supporting the U.S. automotive industry.

CAR is a non-profit research group dedicated to the automotive industry, and we work routinely with hundreds of individuals across the global automotive industry. Our relationship with Mr. Schmidt dates back approximately four years. As a regulatory and technology specialist, Mr. Schmidt has made technical presentations at multiple CAR events, sometimes alongside regulatory speakers. He has clarified complex technology development concerns and identified regulatory challenges that confront all automakers. These messages helped inform CAR, the regulatory agencies, automotive suppliers, and the general public. He has also hosted CAR staff demonstrating new technologies in production that advance fuel economy. When called on for assistance with CAR activities, Mr. Schmidt has always been supportive and responsive. We believe that Mr. Schmidt possess high moral character, is well-informed on technical and regulatory issues, and is a valuable asset to the global automotive industry.

Please let us know if you would like any additional observations by CAR.

Sincerely,

Jay Baron

Jay Baron, Ph.D.
President and CEO

Ann Arbor, MI 48108                                        www.cargroup.org

K-36

Mareike Kranz
Bachelor of Law
Diakonin der ev. –luth. Pauluskirchengemeinde Bomlitz
Diakonin der St. Martingemeinde Dorfmark

Bomlitz, den 2.Februar 2017

████████
29699 Bomlitz

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Sehr geehrter Herr Richter Cox!

Ich wende mich heute mit der Bitte an Sie, dem Kautionsantrag von Oliver Schmidt stattzugeben. Mir ist Herr Oliver Schmidt seit über 20 Jahren persönlich bekannt, er ist ein sehr enger Freund und Vertrauter von mir und meiner Familie. Die Ehefrau von Herrn Schmidt, Kerstin Gerdes, ist die Patin meiner Tochter. In all den Jahren habe ich Oliver immer als sehr ehrlichen und vertrauenswürdigen Menschen kennenlernen. Auf das Wort von Oliver kann man sich verlassen. Er gehört nicht zu den Menschen, die viele Worte machen, aber nicht zu dem stehen, was sie sagen. Ich bin zutiefs davon überzeugt, dass Oliver sich allen strafrechtlichen Konsequenzen, die mit seiner Haftung einhergehen, stellen wird. Oliver hat einen ausgeprägten Familiensinn, das Wohl seine Ehefrau, seine Eltern und Geschwister liegt ihm sehr am Herzen. Aus diesem Grund, halte ich es für abwegig, dass Oliver versuchen würde, die USA zu verlassen, denn er würde alles versuchen, um weiteres Leid von seiner Familie abzuwenden. Zudem würde seine Ehefrau Kerstin im Falle einer Bewilligung der Kaution in die USA ziehen, um in seiner Nähe zu sein. Olivers persönliche Integrität ist für mich über jeden Zweifel erhaben, er denkt seine Maßstäbe, Wertvorstellungen und Überzeugungen nicht nur, sondern lebt sie eben auch. Dazu gehört für Oliver eindeutig Verantwortung für sein Handeln zu übernehmen und sich auch unangenehmen Situationen vorbehaltlos zu stellen. Oliver verstellt sich nicht vor anderen und spielt ihnen auch nichts vor, Oliver würde sich nie seiner Verantwortung entziehen.

Mit freundlichen Grüßen

Mareike Kranz, Diakonin

K-37

Mareike Kranz
Bachelor of Law                                        Bomlitz, February 2, 2017
Deacon of the Congregation of the Lutheran Church of St. Paul, Bomlitz
Deacon of the St. Martin Congregation, Dorfmark
██████████
29699 Bomlitz
Germany

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Cox,

I am writing to you today to request that you approve the petition for bail for Oliver Schmidt. I have known Oliver Schmidt personally for more than 20 years. He is a very close friend and confidant of my family and me. Mr. Schmidt's wife, Kerstin Gerdes, is the godmother of my daughter. Throughout all of these years, I have always known Oliver to be a very honest and trustworthy person. Oliver's word can be trusted. He is not one of those people who say a lot but do not stand behind what they say. I am deeply convinced that Oliver will face all criminal consequences that are associated with his liability. Oliver has a strong sense of family, and he cares deeply about the wellbeing of his wife, his parents, and his siblings. For this reason, I believe there is no foundation for any claim that Oliver would attempt to leave the United States, because he would do everything in his power to avoid inflicting further pain on his family. In addition, his wife Kerstin would move to the United States to be near him, in the event that his request for bail is approved. I believe that Oliver's personal integrity is unimpeachable. He not only thinks about his standards, values and convictions, but also applies them to his life. For Oliver, this clearly includes taking responsibility for his actions and unconditionally facing unpleasant situations. Oliver has no pretenses regarding others and does not deceive others. Oliver would never shirk his responsibilities.


Sincerely,

[Signature]

Mareike Kranz, Deacon

K-38



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York          )
                           )          ss:
County of Kings            )

### Certificate of Accuracy

This is to certify that the attached:

**2-2-17 Letter from Mareike Kranz**

originally written in the German language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: February 16, 2017

_____
Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before
me, this _____16[th]_____ day of
_____February_____ 2017

_____
Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

**Olaf Ruprecht**  - Managing Director -
of the Protestant Youth in the Sprengel Lüneburg
of the Protestant Church of Hanover
Diploma in Religious Education and Deacon of the St. Georg Church Meinerdingen, Germany

Olaf Ruprecht 29664 Walsrode Germany

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Managing Director of the Protestant Youth

Olaf Ruprecht

29664 Walsrode / Germany

Germany Walsrode, February 02, 2017

Dear Judge Cox:

I am writing to you on behalf of Mr Oliver Schmidt.

With astonishment and consternation I heard about the imprisonment of Mr Oliver Schmidt. I would like to ask you to accept Mr Oliver Schmidt's application to be released on bail. He will face the American judiciary and bear the consequences.

Oliver Schmidt has been a good and faithful friend for over 20 years and a trusted person in my family and for me personally. He has accompanied my family in all these years, taken part in all family celebrations, is a very welcome guest in our house. He is a confidant, an advisor and a companion for my children.

Over all these years I have always known Oliver as a loving, helpful and friendly person. I could always rely on him and on his word. His straightness makes him a very special person for me. Oliver Schmidt refers to his opinion and his actions are subject to the principle of honesty. To me, honesty is an important foundation of his personality. I know him as someone who can take responsibility and who stands by his responsibility.

Oliver tackles problems, alludes disagreements and does not avoid differences,  but instead he takes responsibility and always tries to find solutions to achieve the best for everyone.

I am very glad to know Oliver. He is an important person to me, and his personality makes him a role model in many aspects.

May I kindly ask you to take in account what I think of Oliver Schmidt when you have to deal with his case.

Thank you very much for taking the time to read this letter.

May God protect you and your family.

Yours sincerely,

evangelische
jugend
in Sprengel Lüneburg

K-40



Gleiss Oberflächentechnik • [redacted] • 30982 Pattensen

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

02.05.2017

**Character Reference for Oliver Schmidt**

Dear Judge Cox,

the aim of this letter is to you to tell you something about the good Character of my friend
Oliver Schmidt.

I know Oliver since 1994, he studied at the same University in Hannover than i did.
At this time Oliver was a friend of another friend of mine and we came together because
there were so many of the same interests in our life.
In all these years since 1994 many friends come and go, and there are only a few friends
in life that have a helping hand when you need it.
Oliver is one of these rare friends and he will never go away when a friend needs help
or if there are problems that have to be solved.
If anybody of his friends or his family needs help in the past, Oliver was the guy they
could count on.
I know Oliver as a man who takes the responsibility for the things he did and he never
runs away until things are solved.
If he gives a promise you can be sure that he keeps his word in private and in business.
With this letter i like to show you that Oliver is a reliable Person with a good
character.

You can trust in Oliver and i hope this short sentences will help him to be released on bail.

Thanks for spending a little bit of your time to read this short letter.

Thanks and best regards

Karsten Gleiss

Gleiss Oberflächentechnik
Inhaber Karsten Gleiss

30982 Pattensen




Janina Dietrich

30173 Hannover
Germany

February 3, 2017

The Honorable Sean F. Cox

United States District Judge

Theodore Levin U.S. Courthouse

231 W. Lafayette Boulevard

Detroit, Michigan 48226

RE: Character Reference for Oliver Schmidt

Dear Judge Cox:

The aim of this letter is to present the good character of Oliver Schmidt. I have been his friend for 23 years. Oliver has been a good friend of my ex-boyfriend and after the cutoff the friendship with Oliver and his wife Kerstin have continued. Oliver and I have shared hobbies like slotracing, classic cars, biking and running.

Through all these years I have always viewed Oliver as responsible and straightforward. Whenever someone of his family or his friends have needed help, if just someone to talk to, support in a critical situation or financial support Oliver has been someone to have counted on. Oliver has kept always his promises and has met the challenge professional or private. Oliver has been the kind of person to confront problems and not run away. Our friendship have existed during these long time because we have respected and have been supported each other for example my cutoff and carcinosis and now Oliver`s custody.

I hope this letter will give you an idea of Oliver`s good character and help to be released on bail.

Thank you for taking the time to read this letter.

Sincerely,

Janina Dietrich

Marisa Kranz
██████████
30459 Hannover

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Hannover, 04.02.2017

Sehr geehrter Richter Cox,

Ich möchte Sie hiermit bitten der Kaution von Oliver Schmidt stattzugeben.

Ich kenne Herrn Schmidt seit gut 20 Jahren, er ist der Ehemann meiner Freundin Kerstin Gentges. Ich habe ihn als als einen sehr hilfebereiten, freundlichen Menschen kennengelernt, der für andere da ist, wenn sie ihn brauchen. Er hat einen ausgeprägten Familiensinn. Daher würde er nicht versuchen sich der Verhandlung zu entziehen, sollte der Kaution stattgegeben werden, da er weiß, das dies seiner Frau und seiner Familie großes Leid verursachen würde.
Außerdem habe ich Herrn Schmidt als einen Menschen kennengelernt, der sich seiner Verantwortung stellt, auch wenn dies mit Schwierigkeiten verbunden ist.

Marisa Kranz

Marisa Kranz

███████

30459 Hannover
Germany

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Hannover, 2/4/2017

Dear Judge Cox,

I hereby request that you approve the bail for Oliver Schmidt.

I have known Mr. Schmidt for more than 20 years. He is the husband of my friend Kerstin Gerdes. I know him as a very helpful, friendly person who is there for others when they need him. He has a strong sense of family. For this reason, he would not attempt to evade the trial if the bail is approved, because he knows that this would cause great pain to his wife and his family.

In addition, I know Mr. Schmidt as a person who accepts his responsibilities, even if this is associated with difficulties.

[Signature]



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York )
) ss:
County of Kings )

## Certificate of Accuracy

This is to certify that the attached:

**2-4-17 Letter from Marisa Kranz**

originally written in the German language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: February 16, 2017

Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before
me, this _____16th_____ day of
_____February_____ 2017

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

April Teddlie

██████████

Pompano Beach, Fl. 33060

████████████

January 29, 2017

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U. S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Cox,

I am writing to you on behalf of my friend Oliver Schmidt. Over many years I have
become very good friends with Oliver and his wife Kerstin. They are good and kind
people. I plead with you to please, please release Oliver on bail while he goes thru this
judicial process. He is absolutely NOT a flight risk. He is a man that stands by his word.
If he pledges to stay in Detroit for the trial then he will. He would never put his wife,
family or friends in a distressing or difficult position by leaving the country. Please take
into consideration all of the reasons he has to stay versus not. His wife, family, friends
and their future in the U.S. are all reasons for keeping his promise to stay in Detroit. I
absolutely trust that he will.

Thank you for taking the time to read my letter.

Respectfully,



April Teddlie

**Dieter Brennecke**



Ft Lauderdale, FL 33312

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W.Lafayette Boulevard
Detroit, Michigan 48226

February 3rd, 2017

Dear Judge Cox

I, Dieter Brennecke, know Oliver Schmidt since 1998.

At that time I was the head of a gas engine development department and Oliver had just started his career at Volkswagen.

Because I finished my career with Volkswagen in 2001, I was his boss for 3 years and remember him as a loyal coworker with a lot of enthusiasm and passion.

Three years later in 2004 I met Oliver in Florida, while he worked for VW of America.

During his assignments in the US and even after his final return to Germany he invested in properties in Florida, which I managed.

Since 2008 he and his wife spent every Christmas vacation in Florida and frequently visited me, my fiancé and other friends.

My first relationship to Oliver was based on our professional work later on he became a good personal friend of mine.

My very firm impression is that Oliver is and always was a man of his words and never would run away from a problem. I believe Oliver will not flee the United States. I am offering to help with my apartment for the bail.

Sincerely

Dieter Brennecke

Torsten Vogt

Torsten Vogt ▪
The Honorable Sean F.Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W.Lafayette Boulevard
Detroit Michigan 48226

Braunschweig, 12.Feb.2017

Support of my friend Oliver Schmidt

Dear Judge Cox,

I'm concerned of the current situation of my friend Oliver Schmidt and the kind of description
of his character in public media. I should like to give a short summary of my relationship to
Oliver and my sight of his true character.

I'm engineer and owner of a small company, making development, technical support and
prototyping for several customers in automotive and biotechnology industries.

First time I met Oliver was 1999 when my company did some jobs in the W8/W12 engine
project.

After just a short time I appreciated not only his excellent technical knowledge but specially his
strength of character.

I was impressed of his straightness and direct way to point out mistakes, passing constructive
criticism but also always keeping a critical eye on himself.

I cannot remember any situation in which he decided to go the easy way against his
conviction.

These characteristics paired with intelligent and great humor is a combination you didn't often
come across in business life.

Ever since we are united in our shared passion for classic car, especially historic race cars
and his passion collecting fine technical things like rare slot car models and vintage race
bicycles.

Over these common interests we developed a friendship strictly separating private activities
and business matters.

Torsten Vogt



Throughout the whole time knowing him I could always count on him and I could also count on his word.
During his quite long stay in the United States, we always kept in touch; whenever he was in Germany we tried to see each other.

When Kerstin, his fiancé, and Oliver planned their wedding , they asked me to create their handcrafted wedding rings instead of buying random ones at a jewelry store.
It was a great honor for me to do so.

We never discussed any internal affairs of his job and Volkswagen. I would not claim to judge how far he was involved or part of the story, but knowing Oliver and his character for long time, I am truly convinced that this story definitely does not confirm his beliefs.

Nevertheless, in the past Oliver did not abdicate from the responsibility for his action at anytime and I'm convinced that he will face his responsibility in this case as well.

If any doubts exist of him appearing at court in case of being released on bail, I can assure you that it absolutely does not match his character to run away.

I would deeply appreciate if you could maybe consider including parts of my view of his character in future decisions.

Sincerely

Torsten Vogt

The Honorable Sean F. Cox                                                02/18/2017

United States District Judge
Theodore Levin U.S. Courthouse

231 W. Lafayette Boulevard

Detroit, Michigan 48226


Dear Mr, Judge Cox,

I am writing this letter in hope that you get more information about of one of my oldest friends I have.
I know Oliver Schmidt (Olli) since 1984 as we was young guys. We drive bicycles races.
Our parents drove us every Weekend to races in Germany and in the week we trained hard.
Over the years our interest are changing and we begin to do handicrafts at old VW cars (Bugs).
In 1997 we begin together to start work at the VW Group. VW was our live.
At now it is very hard for me in this situation. I know Olli every time he is one who is standing behind his word.
He is no a man who runs away when there are problems in the way. So he could not away from this case. I am sure that Olli will remain in the United Sates and will appear in court whenever necessary.
He loves his life and his family and he wants to will living without problems in his end of life.
For the future we have so much private projects together. We will to project to restore some old VW cars. Many of the parts for the project are bought. We wanted to start this summer.
And we wanted to start bicycling this year by sunny weather.

I have the hope Mr. Judge Cox you get now more faces from Olli.


With Best Regards

Dirk Kalis-Clöer

38446 Wolfsburg
Germany



PRO ION GmbH ███████ 88273 Fronreute–Baienbach

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

11.02.2017

Support for Oliver Schmidt

Dear Judge Cox,

today we would like to write you a support letter for our good friend Mr. Oliver Schmidt who is presently in custody. As there will be soon a hearing in Detroit whether he will be admitted to bail, maybe our description of the person Oliver can give you a positive idea about him.

We have known Oliver since about 15 years, first by a business relation, but soon, as we met regularly, we experienced him as a very reliable ,friendly and open person. We could trust him any time, in private as in business and what he said, always was true and correct. For any problems or concerns we could turn to him and he always did help and support us. That is why we want to give back what he did for us and that is today our address to the U.S. Courthouse to trust Oliver Schmidt, that if he will be released to bail, he would never flee or run away from his responsabilities. We know that he is a man of principles and will keep his promises.

So we kindly ask you to take our statement about Oliver positively into your considerations. Thank you vey much.

Yours very truly

Karsten Franke                                  Christine Franke
Managing Director                              Head of Office

PROION.COM



PRO ION GmbH ███████
88273 Fronreute–Baienbach
Deutschland

**Dagmar Wester**



30900 Wedemark

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226

February, 4 th 2017

Dear Judge Cox

I first met Oliver Schmidt and his wife Kerstin in December 2008 in Florida.
Because my fiance and Oliver were colleagues and friends for years, we invited them for
Christmas dinner.

Since that time, they spent their winter vacation every year in Florida and the Christmas
dinner with us and a group of friends became a tradition.

We spent a lot of time together, playing golf, going out for dinner etc., just doing things
friends do together.

I know Oliver as a loyal and eager person who always keeps his promises and accepts any
challenge he is confronted with. I strongly believe that Oliver will remain in the United
States and will appear in court whenever necessary, if released on bail.

Sincerely

Dagmar Wester

## Letter of Support for Mr. Oliver Schmidt

Dear Judge Cox,
I am writing to ask for consideration for Oliver Schmidt, the
engineer charged with participating in the Volkswagen
Emission scandal. I believe that he is very unlikely to be a
travel risk to the court.

My experience with Oliver Schmidt is that he is a solid family
man who is dedicated to doing a first rate job for his company.

My company RWB LLC, of Torrance, California was contracted
in 2007 by a VW marketing agency to provide engineering,
research and marketing services analyzing the changes needed
to make VW more competitive in the USA. Mr. Schmidt was a
key VW leader directing our work and was highly respected by
our team.

I am concerned that Oliver is caught in a wide web of blame. I
therefore feel his current situation in a USA jail is unfair.

I hope you will give Oliver Schmidt the respect he deserves and
understand the family suffering which is a result of his
incarceration in a USA jail.

With great respect I am

Rod Campbell – Managing Partner
Automotive Performance Partners

LOS ANGELES, CA    90049

K-53

Stefanie Lücke

92210 Saint Cloud
France


February 2, 2017


The Honorable Sean F. Cox
United States District Judge
Theodore Levin U S. Courthouse
231 W. Lafayette Boulevard
Detroit, Michigan 48226


**Ref. Oliver Schmidt**


Dear Judge Cox,

My name is Stefanie Lücke. I am a mother of two boys ages 6 and 8. In January 2012 we moved to Michigan due to my living partners work. We stayed in the States until October 2014. During that time we met Oliver Schmidt and his wife Kerstin Gerdes.

Quickly we found out that I had lived in the neighborhood of Oliver's father in Stadthagen, Germany for a few years. His father has a Toy Store in which we bought Christmas presents for our kids. This was a nice coincidence!

Due to the fact that we came from the same region in Germany and were now all new to Michigan we acquainted quickly.

Kerstin and I both quickly joined the BBNC Newcomers Club (Birmingham Bloomfield Hills Newcomers Club, http://bbnewcomers.com/about-us/). Through this Club we met on a regular basis.

Over the time we became friends and celebrated birthdays and Easter Sunday together.

I remember very well, when our sons met Oliver for the first time. Back then the older one was 3 years old and the younger one had just turned 2. We all met at the Woodward Dream Cruise. It didn't take long until my younger son stretched

Stefanie Lücke                                              Ref. Oliver Schmidt

out his arms to Oliver and wanted to be carried around by him. I still get goosebumps thinking about that. My son would have not "chosen" Oliver if he had any strange feelings about him. In contrary, both boys absolutely liked to have Oliver around.

Oliver was always striking me to be a very honest person, never holding back with his opinion, very straight forward. Also very reliable and trustworthy! I am certain that Oliver can be trusted to show up in court as required.

The news that Oliver has been arrested came to us as a big surprise. We were very shaken when we learned about it in the press. Since then, we keep our fingers crossed for Oliver, his wife Kerstin and their family and friends. There is not a single day that we don't wish them well. We can only imagine how hard things have been on them since then. We do hope that everything finds a good end!

Sincerely yours,

Stefanie Lücke

Stefanie Lücke                                    Ref. Oliver Schmidt

■■■ Uwe Behlendorf

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard

Detroit, Michigan 48226

Uwe Behlendorf

38527 Meine
Germany

19.02.2017

**Oliver Schmidt**

Dear Judge Cox,

I send you this letter to support my friend and colleague Oliver Schmidt. I know that this
letter might be provided to the court.

My name is Uwe Behlendorf und I was sitting next to Oliver

Schmidt in the office for three years. He has been my line manager at that time. I know
him as a very responsible and reliable boss. He always cared about his employees and
did particularly support me when I was quite new at the department. Oliver promised to
support  my promotion and he did so in standing up for me at every stage.

I am very thankful for his commitment and I have never seen Oliver untrustworthy or
unreliable, in fact he is a man of his word.

Sincerely yours,

Uwe Behlendorf

Wolfsburg, 22.02.2017

Sehr geehrte Damen und Herren,

in den folgenden Zeilen möchte ich Ihnen gern etwas über die Person Oliver Schmidt schreiben.

Ich kenne H. Schmidt seit 1998. Zu der Zeit arbeitete ich im Sekretariat in der Entwicklung der W-Motoren. H. Schmidt war dort als Konstrukteur tätig.

Ich erlebte O. Schmidt als einen sehr kollegialen, loyalen, zuverlässigen und pflichtbewussten Kollegen. Er blickte stets positiv in die Zukunft und war bodenständig.

Sein Umgang mit anderen Kollegen und externen Kunden war immer sehr freundlich, höflich und respektvoll.

Bei einer privaten Grillparty bei H. Schmidt zu Hause, wo er ein zuvorkommender und lustiger Gastgeber war, konnte ich miterleben, wie familiär, geduldig und unkompliziert er auch mit seinen kleinen Gästen umging.

Als er mir vor einigen Jahren begeistert von seinem anstehenden Auslandsaufenthalt mit dem Projekt „Moonraker" erzählte, freut ich mich sehr für ihn.

Nach seiner Rückkehr nach Wolfsburg dauerte es nicht lange und unsere Wege kreuzten sich wieder.

Die Zusammenarbeit mit ihm war und ist sehr angenehm.

Man kann sich immer auf ihn verlassen, er ist hilfsbereit und steht zu seinem Wort.

Ich wünsche Herrn Schmidt sehr, dass er so schnell wie möglich zu seiner Familie zurückkehren kann, um ein friedliches Leben in seiner Heimat führen zu können.

Mit freundlichen Grüßen

Anette Schürmann

Wolfsburg, February 22, 2017

Dear Sir/Madam,

In the following lines, I would like to tell you a little about Oliver Schmidt's character.

I have known Mr. Schmidt since 1998. When we met, I was working in the administrative office, in W-engine design and development. Mr. Schmidt was employed there as a design engineer.

My experience of Mr. Schmidt was as a very cooperative, loyal, dependable and dutiful colleague. He always had a positive outlook and was down to earth.

In his dealings with colleagues and external clients, he was always very friendly, polite and respectful.

At a private barbecue at Mr. Schmidt's home, where he was an attentive and jovial host, I witnessed how relaxed, patient and straightforward he was in his interactions with even his youngest guests.

When he excitedly told me a few years ago that he was temporarily moving abroad to work on the Moonraker project, I was very happy for him.

After he returned to Wolfsburg, it was not long before our paths crossed again.

He was, and is, very pleasant to work with.

He is always reliable, helpful and true to his word.

I very much hope that Mr. Schmidt will be able to return to his family as soon as possible, to live a peaceful life in his home country.

Yours faithfully,

Anette Schürmann

[Signature]



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York          )
                           )          ss:
County of Kings            )

### Certificate of Accuracy

This is to certify that the attached:

**MyDocument_2017_02_22_15_08_39**

originally written in the German language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: February 23, 2017

_____
Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before
me, this ___23rd___ day of
___February___ 2017

_____
Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

Bärbel Desch

31224 Peine
Deutschland
Journalistin

The Honorable Sean F. Cox
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Boulevard

Detroit, Michigan 48226

2017 / February 6

Dear Judge Cox,

my husband and I know Oliver Schmidt and his wife Kerstin since 2013, we met them at a
Christmas dinner with friends and later in 101 in Ft. Lauderdale by the Sea after a round of golf.
We taked a lot about how he loved  golfing in der US and that he likes to spend almost all his
vacation in the US. As far as I know he has a lot of friends in Florida. I know that Oliver will
remain in the United States and will appear in court whenever necessary.

If you have any further questions please do not hesitate to contact me over my Email-address

Sincerely

Bärbel Desch

*Monika Kollinger*

███████████

*38102 Braunschweig*

*Germany*

*Braunschweig, 24.2.2017*

*The Honorable Sean F. Cox*

*United States District Judge*

*Theodore Levin U.S. Courthouse*

*231 W. Lafayette Boulevard*

*Detroit, Michigan 48226*

*Sehr geehrter Richter Cox,*

*Ich schreibe Ihnen betreffend der bevorstehenden Kautionsverhandlung von Herrn Oliver Schmidt, an der ich leider nicht persönlich teilnehmen kann.*

*Ich kenne Herrn Oliver Schmidt seit mehr als 10 Jahren. Unser zunächst kollegiales und berufsbezogenes Verhältnis, in diesem Zeitraum war Herr Schmidt u.a. ca. 2 Jahre lang mein Vorgesetzter, wandelte sich und wurde über die Jahre hinweg, auch trotz räumlicher Trennungen und unterschiedlicher beruflicher Weiterentwicklungen, zu einer intensiven Freundschaft, die ich sehr schätze und nicht missen möchte.*

*In den Jahren habe ich Herrn Oliver Schmidt als eine warmherzige, fürsorgliche und verantwortungsvolle Person kennengelernt. Er ist ein geduldiger Zuhörer und ehrlicher Ratgeber. Er ist sehr interessiert an seiner Umwelt und den ihn umgebenen Mitmenschen und setzt sich stark sein Umfeld ein.*

*So konnte ich mit ihm während der Zeit als mein Vorgesetzter zum Beispiel unterschiedliche Optionen meiner beruflichen Weiterentwicklung offen und ehrlich diskutieren. Herr Oliver Schmidt unterstützte mich im Rahmen seiner Möglichkeiten bei meinen Entscheidungen und hielt die von ihm gemachten Zusagen immer ein.*

*Gleiches gilt auch für den Umgang mit ihm auf rein freundschaftlicher Ebene. Herr Oliver Schmidt ist ein fürsorglicher, liebevoller Familienmensch und ein immer verlässlicher und hilfsbereiter Freund.*

*Herr Oliver Schmidt ist eine sehr verantwortungsvolle, vertrauenswürdige und ehrliche Person. Er stellt ich immer den Herausforderungen mit vollem Einsatz und persönlichem Engagement. Dabei ist er sich immer seiner Verantwortung bewusst und steht immer zu den von ihm gemachten Zusagen.*

*Hochachtungsvoll,*

*Monika Kollinger*

K-61

*Monika Kollinger*

███████████

*38102 Braunschweig (Brunswick)*

*Germany*

*Braunschweig, February 24, 2017*

*To: The Honorable Sean F. Cox*

*United States District Judge*

*Theodore Levin U.S. Courthouse*

*231 W. Lafayette Boulevard*

*Detroit, Michigan 48226*

*Dear Judge Cox,*

*I am writing to you concerning the upcoming bail hearing of Mr Oliver Schmidt, which I unfortunately cannot attend in person.*

*I have known Mr Oliver Schmidt for more than 10 years. Our relationship was initially a good professional relationship as colleagues, and during this time Mr Schmidt was my head of department for about 2 years. Our relationship changed over the years, in spite of working in different locations after appointments to different jobs in the development of our careers, and became a close friendship, which I greatly appreciate and would not want to lose.*

*In the years I have known Mr Schmidt, he has always been a warm-hearted, caring and responsible person. He is a patient listener and an honest adviser. He is very interested in his environment and the people around him and is very committed to serving his local community.*

*When he was my head of department, I could discuss with him, for example, different options for my career development openly and honestly. Mr Oliver Schmidt supported me as much as he could in my decisions and he always kept the commitments he had made.*

*The same also applies to my relationship with him as a friend. Mr Oliver Schmidt is a caring, loving family man and is always a reliable and helpful friend.*

*Mr Oliver Schmidt is a very responsible, trustworthy and honest person. He always faces the challenges that lie before him with a complete personal commitment. In doing so, he is always aware of his responsibilities and always stands by the commitments he has made.*

*Yours sincerely,*

*Monika Kollinger*