# EXHIBIT L



Evangelische Bank eG • Postfach 101146 • 34011 Kassel

Eheleute
Oliver Schmidt und

Sassenburg

Georgsplatz 10 • 30159 Hannover

Telefon:  0800 520 604 10

Ihr/e Gesprächspartner/in:

Telefon: 0511
Fax:     0511
E-Mail:            @EB.de

11.01.2017

**Bestätigung zu einer möglichen Beleihung Ihres Wohnhauses im Sassenburg**

Sehr geehrte Frau Gerdes,
sehr geehrter Herr Schmidt,

wunschgemäß bestätigen wie Ihnen hiermit, dass für Ihr im Betreff genanntes Wohnhaus eine Beleihungsmöglichkeit in Höhe von Euro 132.000,00 in unserem Hause besteht.

Grundlage für die Höhe der Beleihungsmöglichkeit in Höhe von Euro 132.000,00 ist der von unserer Bank festgesetzte Verkehrswert mit einem Betrag von Euro 178.000,00.

Bis zu einem Betrag in Höhe von Euro 132.000,00 sind wir bereit, Ihnen Darlehensmittel unter dem Vorbehalt der abschließenden Bonitätsprüfung, zur Verfügung zu stellen. Hierbei wird selbstverständlich eine einvernehmliche kreditvertragliche Regelung vorausgesetzt.

Wir hoffen, dass diese Bestätigung insoweit für Sie ausreichend ist und stehen für weitergehende Fragen gern zur Verfügung.

Freundliche Grüße

Evangelische Bank eG

i.A.                                    i.V.

Kundenberaterin                         Teamleiter Privatkunden

# Evangelische Bank

Evangelische Bank eG – PO Box 101146 – 34011 Kassel

Married couple
Oliver Schmidt and

███████
███████ Sassenburg

**Georgsplatz 10 – 30159 Hannover**

Telephone 0800 520 604 10

Your contact

███████████

Telephone: 0511███████
Fax:        0511███████
Email:      ███████@EB.de

11 Jan 2017

**Confirmation of a possible collateral call for your home at ███████████████ Sassenburg.**

Dear ████████,
Dear Mr. Schmidt,

As requested, we hereby confirm that a possible collateral call has been made in our bank on said house in the amount of Euro 132,000.00.

The basis for the size of the collateral in the amount of Euro 132,000.00 is the established market value, as determined by our bank, in the amount of Euro 178,000.00

We are prepared to provide you with loan funds up to an amount of Euro 132,000.00, subject to the provision of a final credit check. Of course, this is subject to a mutual credit agreement.

We hope that this confirmation is sufficient for you, and we are available for further questions.

Best regards,

Evangelische Bank eG

p.p.
[signature]
████████████
Customer consultant

p.p.
[signature]
████████████
Team leader retail banking customers



**United Language Group**
1600 Utica Avenue South
Minneapolis, MN 55416
+1 888.601.9814
legaltranslations@ulgroup.com

State of New York )
) ss:
County of Kings )

## Certificate of Accuracy

This is to certify that the attached:

**1-11-17 Letter from Evangelische Bank**

originally written in the German language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: February 16, 2017

_____
Selin Cayirli
Project Manager, Legal Translations
United Language Group

Sworn to and signed before me, this ___16th___ day of ___February___ 2017

_____
Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2018

L-4