# EXHIBIT  P

## RGS Real Estate Appraisal, INC.

02/04/2017

Private
N/A
N/A

File Number:   170202-7

To Whom It May Concern:

In accordance with your request, I have appraised the real property at:

████████████████████
West Palm Beach, FL  33401

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   February 4, 2017                        is:

$65,000
Sixty-Five Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Sincerely,

Ronald G. Schwartz

RGS Real Estate Appraisal, INC.
## Individual Condominium Unit Appraisal Report
File No. 170202-7

### PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name **Private**    E-mail **N/A**
Client Address **N/A**    City **N/A**    State    Zip
Additional Intended User(s)

Intended Use **Private Evaluation**

### SUBJECT

Property Address ████████████    City **West Palm Beach**    State **FL**    Zip **33401**
Owner of Public Record **Oliver Schmidt**    County **Palm Beach**
Legal Description **cross creek condo** ██████
Assessor's Parcel # ████████    Tax Year **2016**    R.E. Taxes $ **903**
Neighborhood Name **Cross Creek**    Map Reference ████    Census Tract ████
Property Rights Appraised  [X] Fee Simple    [ ] Leasehold    [ ] Other (describe)

### SALES HISTORY

My research [X] did  [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:    Date **07/15/2011**    Price **78000**    Source(s) **FARES/MLS**
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)    **The subject last sold in 07/2011 for $78000**

Offerings, options and contracts as of the effective date of the appraisal    **N/A**

### NEIGHBORHOOD

| Neighborhood Characteristics | | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing [X] Stable | [ ] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 30% % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance | [ ] Over Supply | 20 Low | 1 | 2-4 Unit | 30% % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths [X] 3-6 mths | [ ] Over 6 mths | 150 High | 75 | Multi-Family | 30% % |
| | | | | | | | 65 Pred. | 35 | Commercial | 10% % |
| | | | | | | | | | Other | % |

Neighborhood Boundaries    **The subject is located south of lake mangonia, east of I-95, west of US1 and north of Ockochobee Blvd.**
Neighborhood Description    **The neighborhood has easy access to employment, schools, shopping centers, public transportation and public services. The subject is located Just north of the downtown West Palm Beach Area where there are new shopping areas and a regentrification of the area as well.**

Market Conditions (including support for the above conclusions)    **The predominant financing in the subject neighborhood is conventional, FHA and cash.    Marketing time time average's 1-6 months. Please note that the latest reports via MLS data and the media show that the South Florida market area has been seeing increasing values over the past few years.but the latest reports are beginning to show that a period of stabilization is starting in certain areas of the county**

### PROJECT SITE

Topography **Flat**    Size **Typical**    Density **Typical**    View **Residential**
Specific Zoning Classification **RM**    Zoning Description **Single/Muti Family Residential**
Zoning Compliance  [X] Legal    [ ] Legal Nonconforming    [ ] No Zoning    [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?    [X] Yes  [ ] No    If No, describe. _____

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street **Asphalt** | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley **None** | [ ] | [ ] |

Site Comments **No adverse influence or encroachments were observed.The site is of typical size, view, utility and location of competitive sites in the area. The subject lot is of typical size, view, utility and location of competitive sites in the area.**

### PROJECT INFORMATION

Data source(s) for project information    **Realquest-MLS-County Records**
Project Description  [ ] Detached    [ ] Row or Townhouse    [X] Garden    [ ] Mid-Rise    [ ] High-Rise    [ ] Other(describe)

| General Description | General Description | General Description | General Description | Project Info | |
|---|---|---|---|---|---|
| # of Stories **2-3** | Effective Age **18** | Exterior Walls **CBS/Avg** | Ratio (spaces/units) **2** | # of Units | 223 |
| # of Elevators **1** | [X] Existing [ ] Proposed | Roof Surface **Shingle/Avg** | Type **446** | # of Units Completed | 223 |
| Year Built **1980** | [ ] Under Construction | Total # Parking **Open Spaces** | Guest Parking **Ample Open** | # of Units Rented | 216 |

Describe the condition of the project and quality of construction.    **The subject complex is typical for the area and is a large garden style development which has a clubhouse and pool area**

Describe the common elements and recreational facilities.    **There is a clubhouse and a pool area**

### UNIT DESCRIPTION

| GENERAL DESCRIPTION | INTERIOR    materials | AMENITIES | APPLIANCES | CAR STORAGE | |
|---|---|---|---|---|---|
| Floor # **2** | Floors **Tile/Avg** | [ ] Fireplace(s) # **0** | [X] Refrigerator | [ ] None | |
| # of Levels **1** | Walls **Painted/Avg** | [ ] Woodstove(s) # **0** | [X] Range/Oven | [ ] Garage [ ] Covered [X] Open | |
| Heating Type **Electric**  Fuel **Elect** | Trim/Finish **Wood/Avg** | [ ] Deck/Patio | [ ] Disp [ ] Microwave | # of Cars **1** | |
| [X] Central AC  [ ] Individual AC | Bath Wainscot **Ctile/Avg** | [X] Porch/Balcony **Open Balcony** | [X] Dishwasher | [X] Assigned [ ] Owned | |
| [ ] Other (describe) **None** | Doors **Wood/Avg** | [ ] Other **None** | [ ] Washer/Dryer | Parking Space # **N/A** | |

Finished area above grade contains:    **4** Rooms    **2** Bedrooms    **1** Bath(s)    **800** Square Feet of Gross Living Area Above Grade
Comments on the improvements: **The subject is a typical  condo unit in the area and which has 2 bedrooms and 1 bathroom and a balcony. The subject has been adequately maintained and is in average condition.  The construction quality is typical for the neighborhood. No repairs were needed at the time of inspection.**



RGS Real Estate Appraisal, INC.

## Individual Condominium Unit Appraisal Report

File No. 170202-7

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | West Palm Beach, FL 33401 | 1500 N Congress Avenue#C10 West Palm Beach, FL 33401 | | 1500 N Congress Avenue#A58 West Palm Beach, FL 33401 | | 1880 N Congress Avenue#307 West Palm Beach, FL 33401 | |
| Project Name and Phase | Cross Creek | Cross Creek | | Cross Creek | | Presidential Golfview | |
| Proximity to Subject | | 0.00 miles E | | 0.00 miles E | | 0.33 miles NW | |
| Sale Price | $ | $ 60,000 | | $ 48,099 | | $ 67,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 64.94 sq. ft. | | $ 52.06 sq. ft. | | $ 78.82 sq. ft. | |
| Data Source(s) | Interior | Realquest/Public Records/MLS | | Realquest/Public Records/MLS | | Realquest/Public Records/MLS | |
| Verification Source(s) | Inspection | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Cash | | ArmLth Cash | | ArmLth Cash;0 | |
| Date of Sale/Time | | 04/04/2016 | | 05/31/2016 | | 10/11/2016 | |
| Location | Residential | Residential | | Residential | | Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| HOA Mo. Assessment | 308/Mo | 357/mo | 0 | 357/Mo | 0 | 300/Mo | 0 |
| Common Elements and Rec. Facilities | Pool Clubhouse | Pool Clubhouse | | Pool Clubhouse | | Pool Clubhouse | |
| Floor Location | 2 | 2 | | 2 | | 3 | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Condo | Condo | | Condo | | Condo | |
| Quality of Construction | CBS | CBS | | CBS | | CBS | |
| Actual Age | 1980 | 1980 | | 1980 | | 1981 | 0 |
| Condition | Average | Average | | Average | | Average | |
| Above Grade Room Count | Total 4 / Bdrms. 2 / Baths 1 | Total 4 / Bdrms. 2 / Baths 2 | -2,000 | Total 4 / Bdrms. 2 / Baths 2.0 | -2,000 | Total 4 / Bdrms. 2 / Baths 1 | |
| Gross Living Area | 6 800 sq. ft. | 924 sq. ft. | -700 | 924 sq. ft. | -700 | 850 sq. ft. | 0 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | Central | Central | | Central | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Open Spaces | Open Spaces | | Open Spaces | | Open Spaces | |
| Porch/Patio/Deck | Balcony | Balcony | | Balcony | | Balcony | |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - $ | 2,700 | [ ] + [X] - $ | 2,700 | [X] + [ ] - $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. -4.5% Gross Adj. 4.5% $ | 57,300 | Net Adj. -5.6% Gross Adj. 5.6% $ | 45,399 | Net Adj. 0.0% Gross Adj. 0.0% $ | 67,000 |

Summary of Sales Comparison Approach  Each sale utilized was given some consideration at arriving at a final estimate of value. All three sales are within a year old. Sales#1 and #2 are within the immediate master development and are similar in style, age and marketability. Sale#3 is from a development across the street and was used due to the lack of 2 bedroom unit sales in the subject complex...We believe we have utilized the best comparables at this time. All of the above sales are very similar in style and marketability to the subject and all of the sales appear to be the same model as the subject.

A reasonable exposure time for the subject which is a single home at a market value of $65,000 would be 30 -160 days as of the effective date of this report. This appraiser did not make any type of  valuation on the subject within the past three years.

***PLEASE NOTE THAT THIS IS A PRIVATE APPRAISAL ASSIGNMENT AND CANNOT BE USED FOR MORTGAGE PURPOSES***

Indicated Value by Sales Comparison Approach $ 65,000

**INCOME APPROACH TO VALUE**

Estimated Monthly Market Rent $ 0.00 X Gross Rent Multiplier 0.00 = $ 0 Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) _____

Methods and techniques employed: [ ] Sales Comparison Approach  [ ] Cost Approach  [ ] Income Approach  [ ] Other: _____

Discussion of methods and techniques employed, including reason for excluding an approach to value: _____

Reconciliation comments:  The emphasis is placed on the sales comparison approach analysis as it best reflects the interactions between the buyers and sellers in the market place.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of 02/04/2017 _____ , which is the effective date of this appraisal, is:

[ ] Single point $ 65,000  [ ] Range $ _____ to $ _____  [ ] Greater than [ ] Less than  $ _____

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following:

The subject is appraised in "as is" condition.


gpar™
general purpose appraisal report

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 4
This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  09/2016
GPAR1073_16 09232016

RGS Real Estate Appraisal
P-4

RGS Real Estate Appraisal, INC.
## Individual Condominium Unit Appraisal Report
File No. 170202-7

### Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1073/Freddie Mac 465 form, also known as the Individual Condominium Unit Appraisal Report (Condo).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



RGS Real Estate Appraisal, INC.
## Individual Condominium Unit Appraisal Report
File No. 170202-7

### Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

---

Definition of Value: ☐ Market Value   ☐ Other Value: _____

Source of Definition: _____

---

ADDRESS OF THE PROPERTY APPRAISED:

▮▮▮▮▮▮▮▮▮▮▮

West Palm Beach, FL  33401

EFFECTIVE DATE OF THE APPRAISAL: 02/04/2017

APPRAISED VALUE OF THE SUBJECT PROPERTY $ 65,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: Ronald G. Schwartz | Name: |
| Company Name: RGS Appraisal | Company Name: |
| Company Address: 17340 NE 12 Court | Company Address: |
| Miami, FL 33162 | |
| Telephone Number: 305-655-0650 | Telephone Number: |
| Email Address: RGSappraisal@gmail.com | Email Address: |
| State Certification # Cert Res#RD6030 | State Certification # |
| or License # | or License # |
| or Other (describe): _____ State #: _____ | State: |
| State: FL | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 11/30/2018 | Date of Signature: |
| Date of Signature and Report: 02/04/2017 | Date of Property Viewing: |
| Date of Property Viewing: 02/02/2017 | Degree of property viewing: |
| Degree of property viewing: | ☐ Interior and Exterior  ☐ Exterior Only  ☐ Did not personally view |
| ☒ Interior and Exterior  ☐ Exterior Only  ☐ Did not personally view | |

Produced using ACI software, 800.234.8727 www.aciweb.com   This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
Page 4 of 4   (gPAR™) General Purpose Appraisal Report  09/2016
GPAR1073_16 09232016



| | |
|---|---|
| Client: Private | File No.: 170202-7 |
| Property Address: ▇▇▇▇▇▇▇▇ | Case No.: |
| City: West Palm Beach | State: FL        Zip: 33401 |

**Purpose and Intended Use of the Appraisal**
Thepurpose of this appraisal is to estimate the market value of the subject property as of the effective date of the appraisal.

**Site Comments**
Since Flood maps published by the National Flood Insurance Program are vague and poorly defined in some areas, the appraiser has used his best judgement as to the subject property, both by visual inspection and plotting on the map. Intheabsence of a survey, the appraiser assumes no responsibility for the flood zone classification.

**Comments on the Sales Comparison Approach**
In order to estimate the value of the subject property the Sales Comparison Approach, several comparables sales were gathered verified, inspected and analyzed. The three most simla and comparables were utilized have similar characteristics were analyzed. Adjustments made are estimated from the market data which is retained in our records data base.

**Interior Inspection**
This appraisal is not a home inspection and the appraiser is not acting as a home inspector when preparing the report.  The borrower has the right to have the home inspected by a professional home inspector.  When performing the inspection of this property, the appraiser visually observed areas that were readily accessible.  The appraiser is not required to disturb or move anything that obstructs access or visibility.  When completing the appraisal, a visual inspection was done in accordance with USPAP and/or FHA/HUD guidelines.   The inspection is not technically exhaustive.  The inspection does not offer warranties or guarantees of any kind.

**Digital Photographs Comment**
All digital photographs utilized in this appraisal report have not been altered in any way.

Addendum Page 1 of 1

DIMENSION LIST ADDENDUM

| Client: Private | File No.: 170202-7 |
|---|---|
| Property Address: ██████████████ | Case No.: |
| City: West Palm Beach | State: FL Zip: 33401 |

| GROSS BUILDING AREA (GBA) | 800 |
|---|---|
| GROSS LIVING AREA (GLA) | 800 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 800 | | 100.00 |
| Level 1 | 800 | 100.00 | 100.00 |
| Level 2 | 0 | 0.00 | 0.00 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 0 | 0.00 | 0.00 |

| | GBA | | |
|---|---|---|---|
| Basement | ☐ | 0 | |
| Garage | ☐ | 0 | |
| | ☐ | | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | Factor | | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 32.00 x 25.00 x | 1.00 | = | 800.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Produced using ACI software, 800.234.8727 www.aciweb.com

DIM 10072013

P-8

SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Private | File No.: 170202-7 |
| Property Address: ▮▮▮▮▮▮▮▮ | Case No.: |
| City: West Palm Beach | State: FL | Zip: 33401 |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: February 4, 2017
Appraised Value: $ 65,000



**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Client: Private | File No.: 170202-7 |
| Property Address: ███████████ | Case No.: |
| City: West Palm Beach | State: FL  Zip: 33401 |



COMPARABLE SALE #1

1500 N Congress Avenue#C10
West Palm Beach, FL 33401
Sale Date: 04/04/2016
Sale Price: $ 60,000



COMPARABLE SALE #2

1500 N Congress Avenue#A58
West Palm Beach, FL 33401
Sale Date: 05/31/2016
Sale Price: $ 48,099



COMPARABLE SALE #3

1880 N Congress Avenue#307
West Palm Beach, FL 33401
Sale Date: 10/11/2016
Sale Price: $ 67,000

Interior Photos

| | |
|---|---|
| Client: Private | File No.: 170202-7 |
| Property Address: ██████████████ | Case No.: |
| City: West Palm Beach | State: FL   Zip: 33401 |



kitchen



living room



bedroom

FLOORPLAN SKETCH

| Client: Private | File No.: 170202-7 |
|---|---|
| Property Address: ███████████ | Case No.: |
| City: West Palm Beach | State: FL    Zip: 33401 |



Sketch by Apex IV Windows™

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Totals |
| GLA1 | First Floor | 800.00 | 800.00 |
| | | | |
| | TOTAL LIVABLE    (rounded) | | 800 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 25.0  x    32.0 | 800.00 |
| | |
| 1 Area Total (rounded) | 800 |

File No.  170202-7

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation  settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1073/Freddie Mac 465 form, also known as the Individual Condominium Unit Appraisal Report (Condo).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 1 of 2

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  05/2007
GPARLIM1073_07  07212016

P-13

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

Definition of Value: ☐ Market Value    ☐ Other Value: _____

Source of Definition: _____

ADDRESS OF THE PROPERTY APPRAISED:

█████████████████

West Palm Beach, FL 33401

EFFECTIVE DATE OF THE APPRAISAL: 02/04/2017

APPRAISED VALUE OF THE SUBJECT PROPERTY $ 65,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: | Signature: |
| Name: Ronald G. Schwartz | Name: |
| Company Name: RGS Appraisal | Company Name: |
| Company Address: 17340 NE 12 Court | Company Address: |
| Miami, FL 33162 | |
| Telephone Number: 305-655-0650 | Telephone Number: |
| Email Address: RGSappraisal@gmail.com | Email Address: |
| State Certification # Cert Res#RD6030 | State Certification # |
| or License # | or License # |
| or Other (describe): _____ State #: _____ | State: |
| State: FL | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 11/30/2018 | Date of Signature: |
| Date of Signature and Report: 02/04/2017 | Date of Property Viewing: |
| Date of Property Viewing: 02/02/2017 | Degree of property viewing: |
| Degree of property viewing: | ☐ Interior and Exterior  ☐ Exterior Only  ☐ Did not personally view |
| ☒ Interior and Exterior  ☐ Exterior Only  ☐ Did not personally view | |


general purpose appraisal report

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  05/2007
GPARLIM1073_07 07212016

RGS Real Estate Appraisal
P-14

FLOOD MAP

| Client: | Private | | File No.: | 170202-7 |
|---|---|---|---|---|
| Property Address: | ▓▓▓▓▓▓▓▓ | | Case No.: | |
| City: West Palm Beach | | State: FL | | Zip: 33401 |



## FLOOD INFORMATION

Community: 120229

Property is NOT in a FEMA Special Flood Hazard Area

Map Number: 1202290015B

Panel: 0015B

Zone: X500

Map Date: 03-01-1979

FIPS: 12099

Source: FEMA

Note: Source utilizes updated FEMA Map Zones
Zone X is updated designation for Zones B and C
Zone AE is used in place of A1-A30

## LEGEND

= FEMA Special Flood Hazard Area – High Risk

= Moderate and Minimal Risk Areas

Road View:

= Forest          = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

AERIAL MAP

| Client:   Private | File No.:   170202-7 |
|---|---|
| Property Address: ███████████████ | Case No.: |
| City: West Palm Beach | State: FL          Zip: 33401 |



This instrument prepared by:
Daniel J. Shepherd, Esquire
Daniel J. Shepherd, P.A.
3896 Burns Road, Suite 101
Palm Beach Gardens, Florida 33410

File Number: 11704-25

CFN ▮▮▮▮▮▮▮▮▮▮▮
OR ·BK ▮▮▮▮▮▮▮ PG ▮▮▮▮▮
RECORDED 07/25/2011 14:34:37
Palm Beach County, Florida
AMT 78,000.00
Doc Stamp 546.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs ▮▮▮▮▮▮▮▮▮ (4pgs)

PARCEL ID/FOLIO Nos.:   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONTRACT SALES PRICE: $78,000.00

------------------------[Space Above This Line For Recording Purposes]----------------------------

## WARRANTY DEED

    **THIS WARRANTY DEED**, made the **15th** day of **July, 2011**, by and between **Atlantic Enterprises LLC, a Florida limited liability company**, party of the first part, whose post office address is ▮▮▮▮▮▮▮▮▮▮▮▮**Pompano Beach, Florida 33060**, and **Oliver Schmidt and Kerstin M. Gerdes, as joint tenants with right of survivorship**, party of the second part, and whose post office address is ▮▮▮▮▮▮▮▮▮▮**Pompano Beach, Florida 33060**.

    **WITNESSETH:** That the party of the first part, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the party of the second part, all that certain land situate in **Palm Beach** County, Florida, to wit:

    **Unit Nos.** ▮▮▮▮▮▮▮▮▮▮ **of CROSS CREEK, a Condominium, according to the Declaration of Condominium thereof as recorded in Official Record Book** ▮▮▮▮ **Page** ▮▮▮▮ **and as amended, of the Public Records of Palm Beach County, Florida, together with an undivided interest in the common elements appurtenant thereto; said lands situate, lying and being in Palm Beach** County, Florida.

    **SUBJECT TO** restrictions, reservations, covenants, easements of record, and zoning regulations, ordinances, if any, any state of facts which an accurate survey would show; and taxes for the year 2011 and subsequent years.

    **TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

    **TO HAVE AND TO HOLD**, the same in fee simple forever.

- 1 -

**AND** the party of the first part hereby covenants with said party of the second part that the party of the first part is lawfully seized of said land in fee simple; that the party of the first part has good right and lawful authority to sell and convey said land; that the party of the first part hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2010.

**IN WITNESS WHEREOF,** the party of the first part has signed and sealed these presents the day and year first above written.

Signed in the presence of:
(Print or type names below lines)

_____
(1st Witness - Signature)
Daniel J. Shepherd

_____
(1st Witness - Printed Name)

_____
(2nd Witness - Signature)

**V.Christine Sanchez**

_____
(2nd Witness - Printed Name)

**Atlantic Enterprises LLC, a Florida limited liability company**

By:_____
**Dieter Brennecke, Manager**

**State of Florida**
**County of Palm Beach**

I hereby certify that on this day before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgements, personally appeared **Dieter Brennecke** as **Manager** of **Atlantic Enterprises LLC, a Florida limited liability company,** to me well known and that he severally acknowledged executing the same in the presence of two subscribing witnesses freely and voluntarily and that he did not take an oath and

_____X___ is personally known to me; or
_____ has produced _____ as identification to me.

**WITNESS** my hand and official seal in the County and State last aforesaid this 7th day of **July, 2011**.

My Commission Expires:

_____
Notary Public

- 2 -



DANIEL J. SHEPHERD
MY COMMISSION # DD 857316
EXPIRES: March 13, 2013
Bonded Thru Notary Public Underwriters



CROSS-CREEK CONDOMINIUM
1500 N.CONGRESS AVE
WEST PALM BEACH, FL, 33401
561-686-4122

### CERTIFICATE OF APPROVAL

CROSS CREEK CONDOMINIUM ASSOCIATION ACCORDING TO THE DECLARATION
OF COVENANTS AND RESTRICTIONS, AS RECODED IN THE PUBLIC RECORDS OF
PALM BEACH COUNTY, FLORIDA HEREBY APPROVES THE SALE OR LEASE OF THE
RESIDENCE LOCATED

AT __1500 N.CONGRESS AVE   UNIT # █████████

NAME: Kerstin Gerdes/Oliver Schmidt

DATED THIS 8th DAY OF July ____ 2011

CROSS-CREEK CONDOMINIUM ASSOCIATION.

APPROVED BY: _____

Glenn Mangan - Treasurer

Book██████/Page██████        Page 3 of 4



CROSS-CREEK CONDOMINIUM
1500 N.CONGRESS AVE
WEST PALM BEACH, FL, 33401
561-686-4122


CERTIFICATE OF APPROVAL


CROSS CREEK CONDOMINIUM ASSOCIATION ACCORDING TO THE DECLARATION
OF COVENANTS AND RESTRICTIONS, AS RECODED IN THE PUBLIC RECORDS OF
PALM BEACH COUNTY, FLORIDA HEREBY APPROVES THE SALE OR LEASE OF THE
RESIDENCE LOCATED

AT __1500 N.CONGRESS AVE   UNIT # ███████

NAME: Oliver Schmidt | Kerstin, Gerdes

DATED THIS __8th__ DAY OF __July__ 2011

CROSS-CREEK CONDOMINIUM ASSOCIATION.


APPROVED BY: _____

Glenn Mangan - Treasurer