# EXHIBIT W

**Dipl.-Ing. Kerstin**
Letzte Anmeldung
30.01.2017 09:56:39

Timeout: **46:54**
Kundennummer: 1867

## Vermögensübersicht

| Vertragsname<br>Stichwort | Vertragsnummer<br>Datum | Vermögen | Verbindlichkeiten | | Aktionen |
|---|---|---|---|---|---|
| MLP top portfolio / FFB | 1001118488<br>13.02.2017 | 27.344,26 | | EUR | |
| Kapitallebensversicherung | 01534606-04<br>31.01.2017 | 12.972,78 | | EUR | |
| Rentenversicherung | 23483590<br>31.12.2016 | 8.431,38 | | EUR | |
| Rentenversicherung | 23484016<br>31.12.2016 | 8.320,13 | | EUR | |
| Basisrente | 60025585<br>31.01.2017 | 7.389,44 | | EUR | |
| Riesterrente | R-01534606-01<br>31.01.2017 | 17.170,58 | | EUR | |
| bAV IPMA GmbH | 23210/82/8481468<br>01.06.2005 | 9.500,00 | | EUR | |
| Summen zur Info: | | 91.128,57 | 0,00 | EUR | |
| Saldo zur Info: | | 91.128,57 | | EUR | |