X-1

# EXHIBIT X



Depot | 6161     +391,16 EUR     +13,20 %

| | |
|---|---|
| Gesamtdepotwert: | 9.608,60 EUR |
| Entwicklung seit: | Einstand |
| Max. Verfügungsrahmen: | 2.217,58 EUR |

| Name | | Einstandskurs inkl. NK | Kurs | Gesamtwert |
|---|---|---|---|---|
| WKN | | Investiertes Kapital | Datum/Zeit | Entwicklung absolut |
| Gattung | Stück/Nominal | Veränderung Intraday | Handelsplatz | Entwicklung prozentual |
| CARL ZEISS MEDITEC AG | 60,00 | - | 38,092 EUR | 2.285,52 EUR |
| 531370 | | - | 14.02.17 15:14:08 | - |
| Aktie | | -1,76 % | Tradegate | - |
| DEUTSCHE PO...AG NA O.N. | 68,00 | - | 31,79 EUR | 2.161,72 EUR |
| 555200 | | - | 14.02.17 15:16:10 | - |
| Aktie | | +0,34 % | Tradegate | - |
| E.ON SE NA O.N. | 50,00 | 21,67 EUR | 7,213 EUR | 360,65 EUR |
| ENAG99 | | 1.083,50 EUR | 14.02.17 15:24:27 | -722,85 EUR |
| Aktie | | -0,32 % | Tradegate | -66,71 % |
| FRAPORT AG FFM.AIRPORT | 31,00 | - | 58,305 EUR | 1.807,46 EUR |
| 577330 | | - | 14.02.17 13:00:00 | - |
| Aktie | | +0,15 % | Tradegate | - |
| UNIPER SE NA O.N. | 5,00 | 21,67 EUR | 13,247 EUR | 66,24 EUR |
| UNSE01 | | 108,35 EUR | 14.02.17 15:22:53 | -42,12 EUR |
| Aktie | | +1,93 % | Tradegate | -38,87 % |
| VOLKSWAGEN AG VZO O.N. | 20,00 | 88,545 EUR | 146,351 EUR | 2.927,02 EUR |
| 766403 | | 1.770,90 EUR | 14.02.17 15:22:27 | +1.156,12 EUR |
| Aktie | | +0,55 % | Tradegate | +65,28 % |

Gesamtdepotwert 9.608,60 EUR