# EXHIBIT AA

MONEYWATCH *April 21, 2016, 4:39 PM*

# VW agreement: vehicles and model years affected

German automaker Volkswagen has agreed to repurchase or fix 500,000 diesel cars as it attempts to recover from its emissions-cheating scandal. While consumers driving the vehicles still need to wait for more details, here's a rundown of the vehicles and model years affected by Thursday's agreement:

2.0-liter VW/Audi's (approx. 482,000 in the U.S.)
- VW Jetta TDI (Model Years 2009 - 2015)
- VW Jetta SportWagen TDI (Model Years 2009 - 2014)
- VW Golf TDI (Model Years 2010-2015)
- VW Golf SportWagen TDI (Model Year 2015)
- VW Beetle TDI and VW Beetle Convertible TDI (Model Years 2012 - 2015)
- VW Passat TDI (Model Years 2012-2015)

They fall within three categories:
- Generation 1: Approximately 325,000
    - VW Jetta TDI (Model Years 2009 - 2014)
    - VW Jetta SportWagen TDI (Model Years 2009-2014)
    - VW Golf TDI (Model Years 2010-2014)
    - VW Beetle TDI and VW Beetle Convertible TDI (Model Years 2012 - 2014)
- Generation 2: Approximately 90,000
    - VW Passat TDI (Model Years 2012-2014)
- Generation 3: Approximately 67,000
    - VW Jetta TDI (Model Year 2015)
    - VW Golf TDI (Model Year 2015)
    - VW Golf SportWagen TDI (Model Year 2015)
    - VW Beetle TDI and VW Beetle Convertible TDI (Model Year 2015)
    - VW Passat TDI (Model Year 2015)

© 2016 CBS Interactive Inc.. All Rights Reserved.