# EXHIBIT  BB

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

NEAL R. GROSS & CO., INC.

RPTS MORRISON

HIF281020

VOLKSWAGEN'S EMISSIONS CHEATING ALLEGATIONS:

INITIAL QUESTIONS

THURSDAY, OCTOBER 8, 2015

House of Representatives

Subcommittee on Oversight and Investigations

Committee on Energy and Commerce

Washington, D.C.

The subcommittee met, pursuant to call, at 10:00 a.m., in Room 2123 Rayburn House Office Building, Hon. Tim Murphy [chairman of the subcommittee] presiding.

Members present: Representatives Murphy, Barton, McKinley, Burgess, Blackburn, Griffith, Bucshon, Flores, Brooks, Mullin, Collins, Upton (ex officio), DeGette, Schakowsky, Castor, Tonko, Yarmuth, Clarke, Kennedy, Green, Welch, and Pallone (ex officio).

Staff present: Gary Andres, Staff Director; Sean Bonyun,

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

Communications Director; Leighton Brown, Press Assistant; Rebecca Card, Staff Assistant; Karen Christian, General Counsel; James Decker, Policy Coordinator, Commerce, Manufacturing, and Trade; Andy Duberstein, Deputy Press Secretary; Brittany Havens, Oversight Associate, Oversight and Investigations; Ben Lieberman, Counsel, Energy and Power; Paul Nagle, Chief Counsel, Commerce, Manufacturing, and Trade; John Ohly, Professional Staff, Oversight and Investigations; Tim Pataki, Professional Staff Member; Mark Ratner, Policy Advisor to the Chairman; Chris Santini, Policy Coordinator, Oversight and Investigations; Dan Schneider, Press Secretary; Peter Spencer, Professional Staff Member, Oversight; Dylan Vorbach, Staff Assistant; Greg Watson, Staff Assistant; Christine Brennan, Press Secretary; Jeff Carroll, Staff Director; Tiffany Guarascio, Deputy Staff Director and Chief Health Advisor; Ashley Jones, Director of Communications, Member Services and Outreach; Rick Kessler, Senior Advisor and Staff Director, Energy and Environment; Chris Knauer, Oversight Staff Director; Una Lee, Chief Oversight Counsel; Elizabeth Letter, Professional Staff Member; and Adam Lowenstein, Policy Analyst.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1      Mr. Murphy.  [presiding]  Thank you and good morning.  We

2    now convene this hearing of the Oversight and Investigations

3    Subcommittee on Volkswagen Emissions Cheating Allegations:

4    Initial Questions.

5      Let me start off by saying my first car was a Volkswagen.

6    It was a 1976 Volkswagen Beetle.  I learned a lot about cars and

7    internal combustion engines.  I could take that thing apart and

8    put it back together, and it actually continued to work.  I did

9    all the maintenance myself, because the Beetle and the Volkswagen

10   had a legacy as the people's car, to be people-friendly.

11     I loved that car, loved it a lot, not so much as to call it

12   Brad, but I loved that car.

13     [Laughter.]

14     But I trusted the car to get me around, and I trusted that

15   Volkswagen would continue to build a reliable car.  That word

16   "trust" alone, as you know, is a key factor in building customer

17   loyalty, and that trust is what helped the Volkswagen because we

18   believed this company looked out for customers first.

19     Then, just three weeks ago, car owners around the world were

20   shocked to learn that Volkswagen AG, the world's largest

21   automaker, admitted that it installed software for a number of

22   years in millions of its diesel models that effectively defeated

23   emissions controls during routine driving.  This news followed

3

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

24    the Environmental Protection Agency's public announcement on

25    September 18th that it had sufficient evidence to support

26    allegations that VW was cheating on its emissions tests.

27        As EPA reported at the time, when the cars were subject to

28    emissions testing, the diesel vehicles switched into an

29    operational mode designed specifically to pass the test and, then,

30    switched back to a different mode during normal driving, a mode

31    that emitting nitrogen oxides up to 10 and 40 times the federal

32    limits.

33        In the United States alone, some 482,000 Volkswagen and Audi

34    models were affected by the cheating software.  Worldwide the

35    software was used in an estimated 11 million vehicles involving

36    several VW lines.

37        In the wake of this apparently massive deception, the Energy

38    and Commerce Committee opened a bipartisan investigation to get

39    answers for the American public.  This investigation will seek

40    to understand the facts and circumstances surrounding the VW

41    actions, the impact of its decisions, and related issues about

42    emissions compliance generally.

43        At this morning's hearing we will receive testimony from the

44    head of Volkswagen's American operations, Mr. Michael Horn, and

45    from EPA officials tasked with ensuring the automobiles on

46    American roads meet federal environmental standards.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

47        In addition, this subcommittee intends to pursue answers to

48    critical initial questions concerning the troubling revelations

49    about VW's actions, what happened, who was involved, and, most

50    importantly, why.

51        Let me acknowledge that Mr. Horn is appearing before us

52    voluntarily today, and I can say that I expect that he and the

53    Volkswagen organization will continue to cooperate with our

54    inquiry.  This means providing documents and information to the

55    committee as quickly as possible, including documents that have

56    already been discussed publicly in connection with Volkswagen's

57    various Board meetings in Germany.

58        As I said before, there are a number of core questions that

59    we will begin to pursue today, both for Volkswagen and for the

60    EPA, most critically, what happened, who was involved, why were

61    these actions taken.  We also have a number of questions

62    concerning the impact of these decisions on customers,

63    family-owned dealerships, and the American public.

64        I hope today Mr. Horn can provide some important context for

65    us and expand upon the facts he represents in his testimony.  We

66    will look to him to explain the current understanding of VW

67    executives about what exactly was done to these engines and was

68    it done to deliberately deceive government regulations and

69    regulators.  And what is VW doing to fix the problem and make whole

5

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

70    those who have been affected by the actions.

71         At some point prior to 2009, VW made a choice to move forward

72    with engines that evidence now suggests were not compliant with

73    U.S. emissions standards.  The illegal software was initially

74    deployed in the first generation of these diesel engines, which

75    account for approximately 340,000 of the affected vehicles.

76    However, despite apparent advancement in their emissions control

77    systems in two future generations of these engines, the software

78    remained in place.  And if the technology was improving, what did

79    the company understand about the software cheat and what does this

80    mean for fixing these vehicles?  Will some be easier than others?

81         Of course, for EPA, we have questions about its compliance

82    and recall programs.  I hope we can get some clear answers today

83    from that agency.  Why did EPA standard compliance tests and

84    audits fail to detect problems, especially in older technology?

85    What is EPA doing to ensure any fix it requires of the automaker

86    does not negatively affect vehicle performance?

87         There is some need for a sense of proportion regarding this

88    matter.  The 480,000 or so VW vehicles implicated in this scandal

89    represent only .2 percent of the cars and light trucks on the

90    United States highways.  And so far, we have no evidence that the

91    software similar to what was used by VW is present in any other

92    U.S. vehicles.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

93          The EPA's ongoing testing will help address this question,

94      but I hope our witnesses from VW and EPA can understand where

95      confidence has been shaken.  At root, the behavior to which VW

96      admitted represents a fundamental violation of public trust, and

97      reverberations of this violation can be seen across the United

98      States and across the world, as people grapple with the

99      implications.

100          We need to develop a clear understanding of the facts and

101      circumstances surrounding this case, and this hearing will be a

102      first important step towards that goal.

103          I now recognize the ranking member of the subcommittee, Ms.

104      DeGette, for five minutes.

105          Ms. DeGette.  Thank you, Mr. Chairman.

106          In the spirit of bipartisanship of this investigation, I will

107      tell you my first car was also a Volkswagen.  It was a 1960 VW

108      Beetle with a rag top sunroof that I inherited from my grandmother.

109      And I will tell you that that 1960 Beetle, I still miss that car.

110      It didn't have any lines of computer code required to operate that

111      vehicle.

112          In this situation, fast forward to today, we know some

113      things, but we don't know enough.  And that is why I am glad we

114      are having this investigation.

115          We know that in May 2014 West Virginia University published

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

116    a study commissioned by the International Council on Clean

117    Transportation that found that on-road emissions from Volkswagen

118    cars were well above VW standards.  They also did not match the

119    emissions outputs found under testing conditions.

120        We know that VW tried to justify this discrepancy to

121    regulators with explanations of technical issues and unexpected

122    in-use conditions.  We know that in December 2014 VW initiated

123    a voluntary recall of nearly half a million vehicles to resolve,

124    among other things, the emissions issues.  Yet, when the

125    California Air Resources Board tested the fixed vehicles, they

126    found that the emissions were still above the legal standards.

127        And we know that, by July of this year, the EPA and CARB told

128    VW that they would not approve the company's 2016 model year diesel

129    vehicles for sale unless the emissions could be explained.  VW

130    was essentially forced to come clean, and they ultimately

131    confessed that they had installed a defeat device in their diesel

132    cars designed to circumvent EPA emission standard for certain air

133    pollutants.

134        We know that this defeat device sensed when the vehicles were

135    undergoing emissions testing and ensured emissions control

136    systems were operating to pass.  And we know that during normal

137    road use the emissions controls were reduced and the cars were

138    producing up to 40 times more nitrogen oxide than is allowed by

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

139    emissions standards. We know that almost half a million cars in

140    the United States might be affected by this.

141        Now, Mr. Horn, I am glad you have come today to testify here

142    because, while we know all of the things I just talked about, there

143    are a lot more things we don't know and that we need answers for.

144    For example, VW hasn't revealed how the defeat device affects the

145    engine, why it was installed, and how it was able to evade

146    emissions tests. You haven't revealed when and how the engines

147    equipped with this defeat device will be fixed. You haven't told

148    us whether this fix will affect fuel economy or performance of

149    the vehicles.

150        You haven't revealed what Volkswagen told regulators over

151    the last year, as EPA and the California Board were trying to

152    figure out why the vehicles' emissions were out of compliance.

153    You haven't revealed whether the voluntary recall that VW set in

154    place in 2014 was just merely a ruse. Was the VW Group of America

155    actually trying to find out what was wrong with the cars and fix

156    them or did VW know that the cars had defeat devices on them and

157    were only trying to buy time with the regulators?

158        You haven't revealed who is responsible for this scheme. We

159    don't know if it came from Germany and who knew about it in the

160    United States.

161        Now we have all seen the press reports, and we can all

9

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

162    speculate about what happened here and why. But, until

163    Volkswagen comes forward with some answers and provides some

164    assurances that we can trust about what they are saying, the

165    American people, the regulators, and Congress are all left in the

166    dark. So, I hope, Mr. Horn, that you come prepared to answer some

167    of these questions, and I also hope that VW will be prepared to

168    work with this committee as we move forward.

169         Hundreds of thousands of owners invested money and trust in

170    VW. Many of them bought those cars specifically because they were

171    seeking environmentally-friendly vehicles. Now they are left

172    with cars with much higher levels of pollution. They don't have

173    any answers about when or how their car will be fixed or what kind

174    of car they will be left with.

175         Earlier this week, I visited a Volkswagen dealership in

176    Denver. I saw the pollution control equipment on VW diesel

177    vehicles firsthand. These cars account for almost 25 percent of

178    the sales at that particular dealership and a significant

179    percentage of sales at VW dealerships in Colorado and across this

180    country.

181         Now, because they can't sell them, these cars are just

182    sitting on the lots, which is a scene that is being repeated across

183    the country. So, as, Mr. Chairman, you say, it is a small

184    percentage of all the cars on the road in the U.S.; it is a

10

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

185    tremendous economic impact to these dealers and, also, to the

186    consumers who don't know what is going to happen to their cars.

187    And so, that is perhaps the key answer that I am looking for today:

188    what do we do moving forward?

189        Now, Mr. Chairman, this subcommittee has been here before.

190    In the last 15 years, we have had Ford and Firestone, Toyota, GM,

191    and Takata before this committee.   We were able to get information

192    from all these companies to help us understand what happened.

193    But, most importantly, we have used this information to chart a

194    path forward and to help the consumers affected by this event.

195        I hope that Volkswagen can similarly tell us today what is

196    happening, and I hope that they will get beyond this series of

197    terrible decisions and do something to restore the public trust.

198        Thank you, and I yield back.

199        Mr. Murphy.   The gentlelady yields back.

200        I now recognize the chairman of the full committee, the

201    gentleman from Michigan, Mr. Upton, for five minutes.

202        The Chairman. Good morning.   Thank you, Mr. Chairman.

203        Fahrvergnugen, it makes a car a Volkswagen. That ad campaign

204    swept the nation in the nineties.   VW has long enjoyed an almost

205    cultish following, dating back to the Beetle, VW Van, and the

206    Rabbit.   But, through the years, something apparently became

207    rotten in Wolfsburg and cheating and betrayal became part of that

11

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

208    game plan.

209         There is a lot that we don't know about VW's actions or their

210    motivations in attempting to skirt emission standards.  But,

211    regardless of intent, they have betrayed the trust of regulators,

212    dealers and suppliers, and, most important, the driving public.

213         Probably the most famous congressional hearing question is,

214    "What did you know and when did you know it?", asked by Senator

215    Howard Baker back in the seventies at Watergate.  Now we learn

216    that you knew some 18 months ago.  So, we add, what did you really

217    do to fix it and come clean versus simply going along?

218         Ultimately, this saying rings true:  cheaters never

219    prosper.  And that is why we are here today.  We have many

220    questions about how we got here and the road ahead.  Why would

221    one of the world's largest automakers go to such lengths to avoid

222    emissions requirements?  Who was responsible for these decisions

223    and why did they for years, even as the technology improved,

224    continue that path?

225         If they were willing to cut corners here, what else have they

226    done?  How will you fix the flaw and when?  Will the fix affect

227    the performance of these vehicles?  Unraveling these questions

228    will take time, and I don't expect that we are going to discover

229    all the answers today.  But if VW is serious about rebuilding this

230    broken trust, its leaders will need to demonstrate a serious

12

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

231    commitment to answer these and many other questions prompted by

232    its actions.

233         This requires transparency, cooperation, and clear,

234    consistent communication not only with this committee, the EPA,

235    and other ongoing investigations, but also with its customers,

236    suppliers, dealers, and the general public.  VW will inevitably

237    pay a steep price for this dirty little secret.  How it responds

238    to the failure will go a long way to rebuilding or further eroding

239    the public's trust.

240         VW must also consider what implications these actions have

241    for the thousands of Americans that it employs, including their

242    facility in Auburn Hills, Michigan.  Every single one of us who

243    has ties to Michigan is proud of our rich tradition that is so

244    closely intertwined with the success of the automobile.  In fact,

245    Michigan is one of several states that have launched their own

246    investigations.  All automakers must advance by imagination and

247    innovation, not by gaming the system and breaking the law.

248         We will get some additional insight today, but the

249    committee's investigation is just beginning.  This hearing is an

250    important step.  As we receive documents and information, new

251    details are certain to emerge.  I look forward to getting to the

252    bottom of this issue as quickly as possible.

253         I take this very personally.  As the author of the TREAD Act

13

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

254   to protect the public, Congress was very clear in our work to

255   protect consumers from abuses from automakers, which included

256   steep fines and, yes, criminal prosecution.

257        VW has betrayed a nation, a nation of regulators, loyalists,

258   suppliers, and innocent customers.  It is time to clean it up or

259   get off the road.

260        I yield the balance of my time to Marsha Blackburn, the vice

261   chairman.

262        Mrs. Blackburn.  Thank you, Mr. Chairman.

263        Mr. Horn, thank you for being here, and I think it is

264   completely appropriate that you come before the committee, that

265   you apologize for the actions, and that you and VW take full

266   responsibility for what has transpired.  It is disappointing.

267        I am fully aware that our governor has been at the Chattanooga

268   facility.  And I know that the governor, state legislators, the

269   other members of the congressional delegation, and I are quite

270   concerned about this.  You have got a lot of hard-working, honest

271   Tennesseans who were at that Chattanooga facility, and we are

272   quite concerned about the actions of a few, a few VW employees,

273   not Chattanoogans and not Tennesseans.

274        We are going to be very precise with you and VW.  It is, as

275   the chairman said and as Chairman Murphy has said, it is basically

276   the who, what, when, where, how, and why.  Why you did it, how

14

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

277    you did it, when you did it, when you knew, who carried this out.

278    Where did this take place?  Did it go across the brands?  Was it

279    pointed at EU regulations?  Was it pointed at some of the climate

280    regulations?  Is the EPA to overburdened to have noticed this?

281         This is a systemic failure.  And I will also point out some

282    want to say it is a safety issue.  No, sir, this is an issue of

283    integrity.

284         So, we appreciate that you are here.  We look forward to

285    hearing from you.

286         And I want to yield the balance of my time to the vice chair

287    of the subcommittee, Mr. McKinley.

288         Mr. McKinley.  Thank you.

289         And thank you, Mr. Chairman, for ordering this meeting that

290    the others of you have talked about the car.  My first was a 1957

291    Volkswagen.  I think I have got everybody beat on that.

292         But, listen, there should be zero tolerance for this

293    unethical behavior and flagrant disregard of the U.S. laws, public

294    health, and the consumer.  That is why this hearing is important

295    to us today.  The impaired people need to understand what

296    happened, how it happened, and how it will be resolved.

297         And they feel in West Virginia that they have been deceived.

298    So, on Monday there was action taken by the attorney general to

299    file action against this.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

300        I also just want to touch on the University.  At West

301    Virginia University they use a fraction of the money that we spend

302    with EPA, just a fraction of the money to make this discovery.

303    And they found out, as you know, that one of the cars that they

304    tested was 15 to 35 times more emissions than they were allowed.

305    Another was 5 to 20 times more emissions.

306        So, Mr. Chairman, I want to touch on the fact that this

307    opportunity about WVU and what its research, how research dollars

308    can work.  And this is what happened, not the EPA, but this was

309    a university that would have accomplished this.

310        So, I am looking forward to this hearing and getting some

311    clarity as to what this is.  I thank you very much for holding

312    this session --

313        Mr. Murphy.  Thank you.

314        Mr. McKinley.   -- and look forward to the conversation.

315        Mr. Murphy.  Thank you.

316        We now recognize the ranking member of the committee, Mr.

317    Pallone, for five minutes.

318        Mr. Pallone.  Mr. Chairman, thank you for holding this

319    hearing.

320        We are here today because Volkswagen lied.  They lied to

321    regulators, they lied to their customers, and they lied to the

322    American people.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

323         We all have many important questions that deserve answers.

324     What did Volkswagen do to its cars?  Why did they do it?  And who

325     knew this was happening, both in Germany and here in the United

326     States?

327         This whole scheme makes me question how much we should trust

328     Volkswagen.  To be honest, this committee's investigations over

329     the last five years make me question how much we should trust the

330     auto industry in general.

331         Let me remind the committee of the difficult history the

332     American driver has had with the auto industry in recent years.

333         In 2010, this committee investigated Toyota's recall of 9

334     million vehicles worldwide for unexplained cases of sudden

335     unintended acceleration.  Dozens of people died in accidents

336     linked to runaway Toyota vehicles.  Our committee held multiple

337     hearings and, in the end, it was determined that Toyota knew about

338     certain problems with their vehicles that, if fixed early, would

339     likely have saved lives.

340         In early 2014, we launched an investigation of General

341     Motors' ignition switches that killed many people.  Our

342     committee's investigation found that individuals within GM knew

343     about the deadly ignition defect for nearly a decade before the

344     company initiated a recall.

345         Later in 2014, we learned of the exploding Takata airbags

17

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

346 installed in vehicles made by at least 11 auto manufacturers.   The

347 recalls for airbag problems began as early as 2008.   Yet, Takata

348 and NHTSA continued to investigate whether additional recalls are

349 still necessary, and Takata still has not determined the root

350 cause of the defect, which has killed a number of people worldwide

351 and injured hundreds more.

352  And now, we have Volkswagen, a company that told regulators

353 that their vehicles met emission standards, but had actually

354 installed defeat devices to bypass emission controls.

355  Over the past five years, the world's three largest

356 automakers have come before this committee to admit that they have

357 cheated the system and lied to American customers.  This seems

358 to be a pervasive culture of deception in the auto industry, and

359 it has to stop now.

360  Mr. Chairman, the American people need to know that they are

361 safe on our roads, and they need to know that when they decide

362 to buy a car, they are actually getting what they paid for.   The

363 auto industry has deliberately chosen to perpetuate lies and

364 mislead consumers, but the American public are not crash-test

365 dummies and cannot be treated as such.

366  Mr. Horn, I understand that you won't have all the answers

367 here today, but please don't hide behind an internal

368 investigations excuse.  It is time for Volkswagen to be

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

369    forthcoming with its customers, regulators, and Congress about

370    what you did to these cars and why.  We deserve an explanation.

371         And I would like to yield, Mr. Chairman, my remaining time

372    to Ms. Schakowsky.

373         Ms. Schakowsky.  Thank you for yielding, Mr. Ranking Member.

374         We will hear a lot from Volkswagen today.  We will hear

375    apologies, I'm sure, for Volkswagen's deliberate deception of the

376    American people and federal and state public health agencies.  We

377    will hear a pledge to get to the bottom of this issue without delay

378    and to fully cooperate with investigators.  We will hear how the

379    use of so-called defeat devices is incompatible with Volkswagen's

380    corporate culture.  And I want to tell you, Mr. Horn, I don't buy

381    it.

382         The American people, the EPA, and their counterparts around

383    the world have been defrauded by Volkswagen.  The company's word

384    isn't worth a dime.

385         The only thing I want to hear today is exactly how will

386    Volkswagen make this right by consumers.  Saying it will take time

387    to design and implement a fix is insufficient and I think

388    unacceptable.  People shouldn't have to wait to get the fuel

389    economy, the low emissions, and performance that they already paid

390    for.  If they wanted, every Volkswagen clean diesel vehicle owner

391    should be able to get their money back, all of it.

19

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

392         The American people deserve answers.  Yes, there are a lot

393    of questions, but there are also thousands of owners of clean

394    diesel Volkswagens out there, and what they are wanting to know

395    is what are you going to do for them and when.  And I say now.

396    So, I expect those answers to be provided today.

397         And I yield back to the ranking member of the full committee.

398         Mr. Pallone.  Thank you, Mr. Chairman.

399         Unless anyone else on this side would like the time, I am

400    going to yield back.  I yield back, Mr. Chairman.

401         Mr. Murphy.  Thank you.  The gentleman yields back.

402         I also ask unanimous consent that the written opening

403    statements by other members of the committee be introduced into

404    the record, and without objection, the documents will be entered

405    into the record.

406         Mr. Murphy.  You are aware that the committee is holding an

407    investigative hearing, and when doing so, has the practice of

408    taking testimony under oath, Mr. Horn.  Do you have any objections

409    to testifying under oath?

410         Mr. Horn.  No.

411         Mr. Murphy.  Thank you.

412         The Chair then advises you that, under the rules of the House

413    and the rules of the committee, you are entitled to be advised

414    by counsel.  Do you desire to be advised by counsel during your

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

415     testimony today?

416         Mr. Horn.  No.

417         Mr. Murphy.  Then, in that case, will you please raise your

418     right hand and I will swear you in?  Stand and raise your hand.

419         [Witness sworn.]

420         Mr. Murphy.  Thank you.

421         Let the record show the witness answered yes.  You are now

422     under oath and subject to the penalties set forth in Title 18,

423     Section 1011 of the United States Code.

424         You may now give a 5-minute summary of your written

425     statement.  If you will please make sure your microphone is on

426     and pull it close to you, so we can hear you?  You have to press

427     the button.  Is it on?

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

428    STATEMENT OF MICHAEL HORN, PRESIDENT AND CHIEF EXECUTIVE OFFICER,

429    VOLKSWAGEN GROUP OF AMERICA

430

431        Mr. Horn.  Thank you very much, Chairman Upton, Chairman

432    Murphy, Ranking Member Pallone, Ranking Member DeGette, other

433    members of the committee.  Thank you for inviting me here today

434    to testify before the committee.

435        My name is Michael Horn, and I am president and CEO of

436    Volkswagen Group of America, a subsidiary of Volkswagen AG,

437    headquartered in Germany, in Wolfsburg.

438        I volunteered to come here before this committee at the very

439    outset of these inquiries in an effort to show our commitment to

440    cooperation.  We have not had the opportunity to review all

441    aspects of this matter.  Indeed, the investigation is just

442    beginning.  Therefore, my testimony and my answers to your

443    questions will be, by necessity, have to be considered preliminary

444    and based on my best current recollection and information.

445        On behalf of our company and my colleagues in Germany and

446    me personally, I would like to offer a sincere apology, sincere

447    apology for Volkswagen's use of a software program that served

448    to defeat the regular emissions testing regime.

449        In the spring of 2014, when the West Virginia University

450    study was published, I was told that there was a possible emissions

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

451    non-compliance that could be remedied.  I was informed that EPA

452    regulations included various penalties for non-compliance with

453    the emissions standards and, also, that the agency could conduct

454    engineering tests on their own which could include analysis on

455    defeat devices or other auxiliary equipment.

456         Let me be very clear about this.  While I was told about the

457    EPA process, I was not then told, nor did I have any reason to

458    suspect or to believe, that our vehicles included such a device.

459         I was also informed that the company engineers would work

460    with the agencies to resolve the issue.  Later in 2014, I was

461    informed that the technical teams had a specific plan for remedies

462    to bring the vehicle into compliance and that they were engaged

463    with the agencies about the process.  And you mentioned this,

464    also, in your statements.

465         On September 3rd, 2015, Volkswagen AG disclosed at a meeting

466    with the California Air Resources Board and the U.S. Environmental

467    Protection Agency that emission software in four-cylinder diesel

468    vehicles for model years 2009 until 2015 contained a defeat device

469    in the form of hidden software that could recognize whether a

470    vehicle was being operated in a test laboratory or on the road.

471    The software made those vehicles emit high levels of nitrogen

472    oxides when the vehicles were driven in actual road use rather

473    than laboratory testing.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

474    In Volkswagen's recent, ongoing discussions with the

475    regulators, we described to the EPA and CARB that our emissions

476    control strategy also included a software feature that should be

477    disclosed to and approved by them as an Auxiliary Emissions

478    Control Device, which is also called AECD, in connection with the

479    certification process.  As a result, in order to show that we

480    acted immediately, we have withdrawn the application for

481    certification for all model year 2016 vehicles and we are now

482    working with the agencies to continue the certification process.

483    These events -- and I fully agree on this -- are deeply

484    troubling.  I did not think that something like this was possible

485    at the Volkswagen Group.  We have broken the trust of our

486    customers, dealerships, employees, as well as the public and the

487    regulators.  And let me be very clear.  We at Volkswagen take full

488    responsibility for our actions and we are working with all the

489    relevant authorities in a cooperative way.

490    I am here to offer the commitment of Volkswagen AG to work

491    with this committee to understand what happened and how we will

492    move forward.  EPA, CARB, the U.S. Department of Justice, state

493    attorneys general, as well as other authorities are fulfilling

494    their duties to investigate this matter, and we are determined

495    to make things right.

496    This includes accepting the consequences of our acts,

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

497   providing a remedy, and beginning to restore the trust of our

498   customers, dealerships, employees, the regulators, and the

499   American public.  We will rebuild the reputation of a company that

500   more than 2 million people worldwide, including dealers and

501   suppliers, rely upon for their livelihoods.

502   　　　Our immediate goal is to develop a remedy for our customers.

503   While much work is still to be done, I would like to talk today

504   about how we get from where we are now to that goal.

505   　　　First, we are conducting investigations on a worldwide scale

506   on how these matters could have happened.  Responsible parties

507   will be identified and held accountable.  Thorough

508   investigations have already begun, but any information

509   development at this stage is preliminary.  We ask for your

510   understanding as we complete this work.

511   　　　Second, it is important for the public to know that, as the

512   EPA has said, these vehicles do not present a safety hazard and

513   remain safe and legal to drive.

514   　　　Third, technical teams are working tirelessly to develop

515   remedies for each of the affected group of vehicles.  These

516   solutions will be tested and validated and, then, shared with the

517   responsible authorities for approval.

518   　　　There are three groups of vehicles involved, each containing

519   one of the three generations of the two-liter diesel engine.  Each

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

520    will require a different remedy, but these remedies can only be

521    our first step to our customers.

522         Fourth, we will examine our compliance processes and

523    standards at Volkswagen and adopt measures to make certain that

524    something like this cannot happen again.

525         Fifth, we commit to regular and open communication with our

526    customers, dealers, employees, and the public as we move forward.

527    And as first steps, we have set up a designated service line,

528    website, micro-site, to be a channel for this communication.  And

529    I have sent a personal letter to every affected customer.

530         I can offer today this outline of a path forward towards the

531    goal of making things right.  Nevertheless, Volkswagen knows that

532    we will be judged not by our words, but clearly by our actions

533    over the coming weeks and months.

534         These events are fundamentally contrary to Volkswagent's

535    core principles of providing value to our customers, innovation,

536    and responsibility to our communities and our environment.  They

537    do not reflect the company that I know and to which I have dedicated

538    25 years of my life.  It is inconsistent that this company

539    involved in this emissions issue is also a company that has

540    invested in environmental efforts to reduce the carbon footprint

541    in our factories around the world, where our plant in Tennessee

542    is the best factory in this respect.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

543         In closing, again, I apologize on behalf of everyone at

544    Volkswagen.  We will fully cooperate with the responsible

545    authorities.  We will find remedies for our customers and we will

546    work to ensure that this will never happen again.

547         Thank you again for allowing me to testify today, and I look

548    forward to your questions.  Thank you.

549         [The prepared statement of Mr. Horn follows:]

550

551    ********** INSERT 1**********

27

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

552        Mr. Murphy.  Thank you, Mr. Horn.

553        I now recognize myself for five minutes of questioning.

554        On September 3rd, 2015, VW admitted to CARB and EPA that it

555    had installed defeat devices in certain model year 2009 and model

556    year 2015 vehicles.  To the best of your knowledge, did VW install

557    this software for the express purpose of defeating emissions

558    controls?

559        Mr. Horn.  To our understanding -- and this is also part of

560    the investigation -- it was installed to this purpose, yes, for

561    this purpose.

562        Mr. Murphy.  Now in your written testimony you noted that

563    you were made aware of potential emissions compliances in the

564    spring of 2014.

565        Mr. Horn.  Uh-hum.

566        Mr. Murphy.  You also noted discussions at the time about

567    penalties for non-compliance and the EPA's ability to test for

568    defeat devices.  At that time were you aware or informed that

569    these vehicles contained defeat devices?

570        Mr. Horn.  No.

571        Mr. Murphy.  When did you first learn, then, that VW vehicles

572    contained a defeat device?

573        Mr. Horn.  Around the September 3rd meeting, a couple of days

574    before.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

575        Mr. Murphy.  And then, why were you having discussions about

576    defeat devices in the spring of 2014, then, if there was no

577    knowledge or at least a concern that these vehicles contained a

578    defeat device?

579        Mr. Horn.  So, the University of West Virginia made the

580    study.  There was a Jetta and Passat in there and another off-road

581    vehicle.  I don't want to name the brand now.  And the results

582    were communicated.  In this context, I was told by our experts

583    in the Auburn Hills office -- and it was also, you know, into this

584    market -- that, of course, you know, not complying with the mission

585    standards is relating to fines, and hefty fines, specifically here

586    in the U.S., and that those experts, including the German

587    Technology Department, will check on the study and the study

588    results.

589        As you also mentioned, it was a small team.  Results have

590    been published with all the emissions, which went overboard, and

591    that they will check this, point 1.

592        Point 2 is they would also look with all the responsible

593    departments, and there was a number of experts at the Department

594    in Germany, and then, how to possibly fix this.  And then, there

595    was the notion in this communication that, also, the EPA or the

596    agencies could check also on their own, which to my degree is

597    normally around the world that agencies check once in a while on

29

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

598     their own, for auxiliary devices, including defeat devices.

599         At that point of time, I had no understanding what a defeat

600     device was and I had no indication whatsoever that a defeat device

601     could have been in our cars.

602         Mr. Murphy.  So, let me go back.  Mr. Horn, the new Chief

603     Executive, Volkswagen, Mr. Mueller, has been quoted in media

604     reports this morning saying that only a few people were involved

605     with the deception.  Now I have to say that I don't take much

606     comfort in that, especially knowing that Volkswagen has been know

607     for superb engineers and mechanics, who I wonder shouldn't they

608     have picked up on this.  But isn't it true that the technology

609     was installed in the automobiles at least initially because the

610     cars could not meet the new, more stringent emissions standards

611     for diesel engines?

612         Mr. Horn.  Yes, to your last question, this appears to be

613     this way, and to newspaper articles about possible quotes of Mr.

614     Mueller, I don't want to quote this.

615         As I said, also, the investigations are preliminary.  One

616     week our group revision did the investigation from September 22nd

617     to October 1st.  And then, the entire investigations on this

618     matter is turned over to an external agency, a law firm called

619     Jones Day, an American company, which is now going through the

620     systems, outside advice, outside counsel.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

621        Mr. Murphy.  I think what we find amazing is that West

622    Virginia University discovered this, and your army of brilliant

623    engineers and talented mechanics didn't know something was amiss.

624    And I am sure we will have more questions about that.

625        But I want to ask you this:  in terms of VW's status for

626    remedying these defeat devices, who is responsible for developing

627    and testing the solution?

628        Mr. Horn.  The responsibility for developing and testing the

629    engine and drivetrain software lies within the Engine and

630    Drivetrain Division in Germany, in Wolfsburg, for the

631    two-cylinder, for the four-cylinder TDI engines.

632        Mr. Murphy.  Now will this require a software patch or

633    changes to the actual vehicle's architecture and hardware?

634        Mr. McKinley.  Yes, thank you for this question.  I think

635    we have to do a different change now into the three groups of cars.

636    You've mentioned that roughly 500,000 cars are affected.  Out of

637    those, round about 430,000 cars are the Gen 1 vehicles, which were

638    the very early vehicles, started here in 2009.  For those cars,

639    we believe that a software-only solution will not be possible

640    because, also, to be quite frank and logic, you know, if it would

641    have been possible, they would have done it in the first place.

642        So, for those cars, we are working on both software and

643    hardware solutions, and there are different strategies about an

31

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

644    additional NOx catalytic converter as well as an SCR Urea Tank.

645    But this is something which is hardware engineering, which is a

646    little bit -- it's complex and it takes time to develop and to

647    test this.  This is one of the strategies.

648         The Generation 2 vehicles, which is just the Passat model,

649    I feel there are 90,000 cars here in the U.S.  This will be most

650    probably a software solution.  This is tested now, and could

651    involve one or the other, let's say, sensor.  But whatever I

652    explain to you now, anyway, this is being discussed in a timely

653    manner now in the next couple of weeks with the California Air

654    Resources Board and the CARB.

655         For the Generation 3 vehicles, so the actual --

656         Mr. Murphy.  Can I ask, because I have gone way over time

657    --

658         Mr. Horn.  Sure, sure.

659         Mr. Murphy.  I am sure other colleagues are going to be

660    asking some more detailed questions that we will get today.

661         Mr. Horn.  Okay.

662         Mr. Murphy.  But I now need to yield five minutes.  I

663    recognize Ms. DeGette for five minutes.

664         Ms. DeGette.  Thank you, Mr. Chairman.

665         Now, Mr. Horn, your company acknowledged that it installed

666    these defeat devices on a number of models dating back to 2009,

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

667    correct?

668        Mr. Horn.  Sorry, I have a problem understanding with all

669    this noise stuff.

670        Ms. DeGette.  Oh, Mr. Chairman, Mr. Chairman, can you please

671    have quiet in the room, so Mr. Horn can understand me?

672        Mr. Murphy.  Yes.  Thank you.

673        The room will please be quiet, especially upfront.  Thank

674    you.  So, you are not distracted.  Thank you.

675        Ms. DeGette.  All right.  I will ask that again.  And if I

676    can have the clock reset to five minutes?

677        Mr. Horn, your company has acknowledged that it installed

678    these defeat devices on a number of models back to 2009, yes or

679    no?

680        Mr. Horn.  Yes.

681        Ms. DeGette.  And do you know how the various defeat devices

682    installed in the cars actually work at this point?

683        Mr. Horn.  Personally, no, I'm not an engineer.

684        Ms. DeGette.  Does someone at VW know how these defeat

685    devices work?

686        Mr. Horn.  I believe this is also within the investigations,

687    and I believe that --

688        Ms. DeGette.  Can you please give us the information when

689    you find out?

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

690          Mr. Horn.  We will.  We will if we have it.

691          Ms. DeGette.  Thank you very much.

692          Now you mentioned this West Virginia University study that

693     was conducted in May of 2014 which found that there real NOx

694     submissions on several Volkswagen vehicles exceeded EPA standards

695     by as much as 35 times.  Following publication of that study, VW

696     represented to the California Air Resources Board, or CARB, and

697     to the EPA that the increased emissions were due to technical

698     issues and unexpected in-use conditions.  Correct?

699          Mr. Horn.  I'm sorry, you guys cough here all the time, and

700     I have trouble --

701          Ms. DeGette.  All right.  I will ask the question again.

702          Mr. Horn.  Thank you.

703          Ms. DeGette.  After that study by West Virginia University,

704     isn't it true that VW told the EPA and the California Board that

705     the increased emissions were due to technical issues and

706     unexpected --

707          Mr. Horn.  Yes.

708          Ms. DeGette.   -- in-use conditions?

709          Mr. Horn.  Yes.

710          Ms. DeGette.  Yes.

711          Mr. Horn.  True.

712          Ms. DeGette.  And those representations at that time were,

34

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

713    in fact, incorrect and false, weren't they, sir?

714        Mr. Horn.  Yes.

715        Ms. DeGette.  Yes, they were.

716        Now, to your knowledge, did anybody at the Volkswagen Group

717    of America know at that time that, in fact, those discrepancies

718    were due to these defeat devices when they made those

719    representations to the regulators?

720        Mr. Horn.  To my knowledge at this point of time, no.

721        Ms. DeGette.  No one in the U.S. did?

722        Mr. Horn.  No.

723        Ms. DeGette.  Okay.  Now, in December 2014, VW proposed a

724    recall of 500,000 vehicles to resolve the, quote, "technical

725    issues".  Is that correct?

726        Mr. Horn.  Uh-hum.

727        Ms. DeGette.  And, in fact, a number of those vehicles were

728    recalled.  Is that correct?

729        Mr. Horn.  Yes, most of them.

730        Ms. DeGette.  But, after they were recalled, the California

731    regulator still said that that fix did not work, isn't that

732    correct?

733        Mr. Horn.  That is correct.

734        Ms. DeGette.  Now, to your knowledge, did anyone at the

735    Volkswagen Group of America know about the existence of these

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

736   defeat devices when the company announced that recall in December

737   of 2014?

738       Mr. Horn.  To my best knowledge today, no.

739       Ms. DeGette.  Mr. Horn, when did you personally learn of the

740   defeat device and under what circumstances?

741       Mr. Horn.  Around the meeting on September 3rd with CARB and

742   EPA.

743       Ms. DeGette.  Okay.  Now you talked, when the chairman asked

744   you about these cars -- I am concerned about what we are going

745   to do about the 500,000 cars we have on the road in the U.S.  And

746   the first thing is, as you just testified, about 430,000 of those

747   cars cannot be fixed by a software-only solution.  Is that

748   correct?

749       Mr. Horn.  Yes.

750       Ms. DeGette.  And that is because of the way that the engine

751   is designed in these vehicles.  Correct?

752       Mr. Horn.  I would say not the engine is designed, but all

753   the after-treatment systems.

754       Ms. DeGette.  Right.  And I have got to say, I have got to

755   acknowledge my wonderful dealer Fred Emich, who is here today.

756   And he let me come and talk to his wonderful mechanics on Monday.

757   They gave me this chart right here.  I tried to take the card

758   itself, but it was too heavy and they told me I would have to

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

759   probably pay them $2,000 if I lost it.  So, I decided to take the

760   chart instead.

761        This is the chart of the exhaust on these 430,000 cars.  And

762   as I could clearly see, you can't do a minor little fix to fix

763   this problem.  So, what is VW going to do for these 430,000 cars,

764   so that the users can use them and so that they can pass the

765   emissions test?

766        Mr. Horn.  So, from this distance, I can't see the chart,

767   but I believe it is maybe something out of our service literature

768   or customer literature.

769        Ms. DeGette.  It is the exhaust system for these cars.

770        Mr. Horn.  Yes, but --

771        Ms. DeGette.  What can be done to fix that?

772        Mr. Horn.  There's two scenarios next to the software

773   adjustments and one scenario --

774        Ms. DeGette.  But these are for the cars that can't have,

775   that the software adjustments will not work.

776        Mr. Horn.  We are talking now about Generation 1 cars, the

777   430,000 cars.

778        Ms. DeGette.  That's right.

779        Mr. Horn.  The picture you have shown and the treatment,

780   software alone doesn't work because, otherwise, they would have

781   done it right in the first place.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

782          Ms. DeGette.  Right.  So, what are you going to do for those

783     cars?

784          Mr. Horn.  Two technical scenarios.  Either a Urea Tank, SCR

785     Tank, to put, add glue in there, or a specific catalyzer for the

786     NOx.  Two technical scenarios.

787          Ms. DeGette.  Okay, but those cars don't have the Urea Tank

788     right now?

789          Mr. Horn.  No.  That's why it has to --

790          Ms. DeGette.  So, this would be a major fix, correct?

791          Mr. Horn.  Yes, ma'am.

792          Ms. DeGette.  Now what is the timeframe VW has set for that

793     fix?

794          Mr. Horn.  We are still working on the timeframe, and it's

795     too early to say when this fix exactly is going to take place.

796          Ms. DeGette.  When are these dealers going to be allowed to

797     sell these cars?

798          Mr. Horn.  The dealers, the issue with the dealers, as Fred

799     Emich told you, is that we have not the model year '16 certified

800     and we have stopped sale on our own, on our own --

801          Ms. DeGette.  Right.  When is that going to be fixed?

802          Mr. Horn.  The model year '15 --

803          Ms. DeGette.  So you are going to be able to sell those cars?

804          Mr. Horn.  There's two scenarios.  A scenario, we are now

38

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

805   trying to get a conditional approval with the EPA until we have

806   the final software fix beginning of next year.

807        Ms. DeGette.  The beginning of next year?  And in the

808   meantime, what are the dealers and the customers supposed to do,

809   the ones who have these cars?

810        Mr. Horn.  Well, in the meantime, no customer can buy a car

811   because it's not available for them.  And with the dealers, we

812   have very early started a program to work with them to also help

813   them financially and to communicate with them --

814        Ms. DeGette.  Okay, but the 430,000 cars that are already

815   on the road, what are those customers supposed to do?  Their cars

816   cannot pass the emissions test.

817        Mr. Horn.  The EPA has said, and they have repeated this also

818   in their statement, that these cars are legal and safe to drive.

819        Mr. Murphy.  Thank you.

820        Mr. Horn.  Until now, there's no indication that they didn't

821   pass any emissions test.

822        Mr. Murphy.  Thank you.  The gentlelady's time has expired.

823        Now we need to recognize the chairman of the full committee,

824   Mr. Upton of Michigan, for five minutes.

825        The Chairman.  Thank you, Mr. Chairman.

826        I want to go back to the specifics of the defeat device.  So,

827   I live in Michigan.  Where I live we don't need to test our cars

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

828    for emissions on an annual basis, as many states require.

829    Certainly, in this region here in D.C. I know they do.

830         So, how is this defeat device actually set up, so that it

831    was different when an individual drove it down the road versus

832    taking it to a service station and getting the emissions sticker

833    that is often required in the states that require such?

834         Mr. Horn.  So, I'm --

835         The Chairman.  I've been told a couple of things, but I just

836    want to know if you can walk --

837         Mr. Horn.  I can't tell you --

838         The Chairman.  -- me through how that could change the

839    emissions system.  What happens?

840         Mr. Horn.  I can share my best knowledge, but I'm not an

841    engineer, neither, a software engineer.

842         The Chairman.  Well, I --

843         Mr. Horn.  But let me try to explain.  Let me try to explain.

844    My understanding at this point of time is that the software was

845    designed that the vehicle or the software could detect whether

846    it was on a dyno, in a testing laboratory environment, or whether

847    it was on the street.

848         And one example of this, as experts have explained to me,

849    is that the software could detect whether the steering wheel made

850    an angle.  So, there might have been and there will be other

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

851     parameters, like maybe speed and, then, change of speed and those

852     things.

853          The Chairman.  Maybe the weight of the driver in the driver's

854     seat?

855          Mr. Horn.  I don't think so, but maybe.  I don't know.

856          The Chairman.  So, wouldn't it be easy to develop the

857     software that would just remove that?

858          Mr. Horn.  Yes.  This will be, this software will be ready

859     --

860          The Chairman.  But, of course, when that happens, the car

861     isn't going to meet the emissions test.

862          Mr. Horn.  Regarding the model year '16 and '15, which were

863     the Generation 3 cars, which we are discussing right now with the

864     agencies, the defeat device will be either switched off, and from

865     January onwards will be completely taken out of the car.  And

866     those cars will pass the emissions test.

867          The Chairman.  So, how many vehicles will not pass the

868     emissions test or the ones that you have identified?

869          Mr. Horn.  Now, I mean, my question --

870          The Chairman.  So, you will be able to do that with the later

871     versions, right?

872          Mr. Horn.  We have --

873          The Chairman.  But not the earlier versions of the vehicle?

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

874   They won't be able to pass?  By turning off the device, the defeat

875   device, there will be a number of cars that, in fact, will not

876   meet the current standards.  And that is your big goal.

877        Mr. Horn.  The burn standards, yes, you're right.

878        The Chairman.  And how many of those vehicles are there on

879   the road?

880        Mr. Horn.  Well, we have a total of 500,000; 430,000

881   Generation 1 vehicles, 95,000 Generation 2 vehicles, and then,

882   it's around 70,000 Generation 1 vehicles.  And so, you know, all

883   of these cars are out of the legal compliance, clearly.  But, as

884   EPA has said, all these cars are legal and safe to drive for the

885   owners.  So, we are not selling the cars, but the owners can

886   legally drive and safely drive their cars.

887        The Chairman.  So, your dealers across the country, they

888   have their finance plans, where they have quite an inventory, I

889   would guess, of cars that they are now unable to sell.  They have

890   paid in advance for those under the financing plan that dealers

891   have, and they are not going to be able to sell them for a number

892   of months, perhaps even as long as six months at a minimum, until

893   the fixes can be done.

894        What type of remedies are you offering the dealers in terms

895   of financial incentives, knowing that they have paid for these

896   cars and, frankly, lost a boatload, I would imagine?

42

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

897          Mr. Horn.  Yes, and this is also --

898          The Chairman.  That inventory has got to be a pretty big

899     loss.

900          Mr. Horn.  This is also one of the things which troubles me

901     personally very much because the last one, yes, we've worked very

902     hard and we've brought profitability up and all of those things.

903          But I'll tell you exactly.  On Friday, the 18th, the Notice

904     of Violation was communicated.  We had a call with the National

905     Dealer Counsel.  Some of the folks are sitting behind me.  On

906     Monday, we issued our first financial relief aid.  So, we put all

907     the TDIs, used cars, CPO cars, and new cars on free flooring.  We

908     took all the bonus thresholds out for car sales.  So, we paid

909     maximum bonus for each car sold, and we took also out the customer

910     satisfaction targets objectives and we paid maximum customer

911     satisfaction bonus on those cars.  And this is more than $1,000,

912     $1,500 per car.

913          Coming towards October now, we provided every dealer around

914     the U.S. with a discretionary fund, with a discretionary fund

915     which was explained to them through the District Managers, the

916     Sales Operations Managers, and which was wired to the dealers on

917     October 1st.

918          I don't want to call out the number, but it is a significant

919     amount of money in order for them to have flexibility.  So, no

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

920    accountability towards us; flexibility to solve the most urgent

921    customer cases or to invest or to put the money where they think

922    it would be fit.

923        And now, when I come out of this congressional hearing, on

924    Friday we look at the next programs in order how can we help the

925    dealers with the cashflow of their cars, for the cash position.

926    Because one thing is very, very clear -- and I'm damned sincere

927    about this -- the dealer profitability of this country is my first

928    objective.  And I said this on January 1st and I continue to say

929    this.  So, this is one part.

930        And also, on Friday we look very intensively into the

931    customer remedies and what we need to do to the customers.  And

932    there will be the first scenarios on the table.

933        Mr. Murphy.  All right.  Thank you.  The gentleman's time

934    has expired.

935        I now recognize the ranking member of the full committee,

936    Mr. Pallone, for five minutes.

937        Mr. Pallone.  Thank you, Mr. Chairman.

938        Mr. Horn, your statements so far don't give me much

939    confidence that we are ever going to see a fix for these vehicles

940    that are impacted.  You know, you say that you can't be fixed by

941    a software-only solution.  You don't have the necessary timetable

942    as to when the fix is going to begin.

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

943         Have you been given enough information about how the defeat

944    device affects the engine to actually make informed judgments on

945    whether the fix will actually work?  I mean, how do we know that

946    what you are proposing to do is actually going to work?

947         Mr. Horn.  Whatever I tell you here today is agreed and is

948    coming from the Technical Engineering Department in Wolfsburg.

949    And alongside our actions in Europe, we have to have our actions

950    in the U.S.  And the technical --

951         Mr. Pallone.  No, I understand, but is it fair to say that

952    you really don't know whether you can fix these vehicles to achieve

953    the emissions standards?

954         Mr. Horn.  We know that we can fix these vehicles to achieve

955    emission standards.

956         Mr. Pallone.  All right.  But, then, what happens with

957    regard to other things like fuel economy, engine performance?

958    You know, people bought these vehicles thinking that they were

959    going to meet the emissions standards.  They were going to have

960    good fuel economy.  They were going to have good engine

961    performance.  Can you guarantee that any fix you make to the

962    vehicles doesn't affect fuel economy or engine performance or

963    both?

964         Mr. Horn.  At this point of time, my understanding is, if

965    we correct the nitrogen oxide emissions to the emissions

45

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

966   standards, the customer will get the MPG on the Monroney label.

967   That's my current understanding.  Whether the full performance

968   of the car -- and this is something also our Chairman Matthias

969   Mueller or CEO Matthias Mueller said in Germany -- maybe on top

970   speed they might be, one or two miles per hour might be missing,

971   but this is, of course, something which we will share with the

972   agencies.  But current understanding is that the customer will

973   keep the Monroney label miles per gallon.

974        Mr. Pallone.  I mean, the concern I have is, you know, when

975   you buy one of these cars, you are relying on not only the emissions

976   standards, but the fuel economy is good and the performance is

977   good.  I think you get to the issue of damages here.  In other

978   words, if I am an owner and the fix doesn't achieve good

979   performance, good fuel mileage, then I am going to expect to be

980   compensated in some way if that is not the case.

981        And I just remain concerned that any fix is going to

982   substantially change the cars and that it is unfair to the

983   consumers who bought the cars and relied on them because they

984   expected them to perform a certain way.  But you are telling me

985   that the fix will guarantee good performance and will guarantee

986   good fuel economy?

987        Mr. Horn.  I said, to my current understanding, in achieving

988   the emissions standards, the Monroney label miles per gallon will

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

989   be achieved.   There might be a slight impact on the performance.

990   And this is naturally not only the discussions with the agencies,

991   but, of course, we will look into compensating our customers.

992   And, of course, if there would be significant differences, this

993   would be part of the discussion.

994        Mr. Pallone.   Well, let me get to another issue.   What about

995   the impact on clean air?   I mean, we know that there's all kinds

996   of health impacts, asthma, other respiratory illnesses that can

997   seriously affect people, send them to the hospital that get sick

998   because of NOx and these other problems.   I mean, you obviously

999   agree that NOx pollution can result in serious health and

1000   environmental effects.   I would assume you would agree with that.

1001        Mr. Horn.   I have also read the EPA statement, that in

1002   general, and not specifically to Volkswagen, they have indicated

1003   that there might be respiratory problems which could also lead

1004   -- I mean, I am quoting yesterday, basically -- to hospital visits.

1005        Mr. Pallone.   Well, what are you going to do to rectify that?

1006   How do you plan to mitigate the harm caused by this excess

1007   pollution emitted into the air over the last seven years?   My

1008   understanding is that the NOx emissions from the affected vehicles

1009   are up to 40 times the allowable limit.   So, what are you going

1010   to do with regard to this excess pollution and the impact it may

1011   have had?

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1012        Mr. Horn.  I think there's, first of all, many different

1013        studies.  And so, I would like to go back to the EPA yesterday,

1014        of what they said.  I think it will be part of the discussion.

1015        But I would also like to point out that, if you look at 100

1016        percent of nitrogen oxide emissions in the U.S., the car and truck

1017        industry is having 5 percent.  Our group here in the U.S. has 4

1018        percent of the 5 percent, which is .2 percent.  And of this, 20

1019        percent is TDI, which is .05.  And now, we can multiply this, which

1020        is not belittling this and it's clearly unacceptable.  But,

1021        within this context, clearly, the discussion will come up and

1022        needs to be addressed.

1023        Mr. Pallone.  All right.  Thank you.

1024        Thank you, Mr. Chairman.

1025        Mr. Murphy.  I now recognize Ms. Blackburn for 5 minutes.

1026        Mrs. Blackburn.  Thank you, Mr. Chairman.

1027        Mr. Horn, you said profitability is your top priority when

1028        you were speaking of the dealers and --

1029        Mr. Horn.  For the dealers, yes.

1030        Mrs. Blackburn.  Yes.  I would hope that safety, quality,

1031        integrity are top priorities, and profitability comes along there

1032        as a part of that picture.

1033        Let me ask you about this.  Are you going to buy back the

1034        inventory that the dealers have?

48

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1035        Mr. Horn.  No, our plan is not to buy back --

1036        Mrs. Blackburn.  No?

1037        Mr. Horn.   -- the inventory.

1038        Mrs. Blackburn.  Not to buy back?  Okay.

1039        Mr. Horn.  Our plan is to fix the cars.

1040        Mrs. Blackburn.  Okay.  Let me move on with you.  Have you

1041    identified the individual or group of individuals that are

1042    responsible for the defeat device?

1043        Mr. Horn.  These investigations are ongoing.

1044        Mrs. Blackburn.  You have known about this since the spring

1045    of 2014, a year and a half.

1046        Mr. Horn.  We know about this since September 3rd, that the

1047    violation is there.  And since this time and since the September

1048    18th Notice of Violation, the Board has acted and has asked Jones

1049    Day to investigate.

1050        Mrs. Blackburn.  But you have known that there was some

1051    activity around this defeat device since the spring of 2014,

1052    correct?

1053        Mr. Horn.  No, I did not know.  As I have said --

1054        Mrs. Blackburn.  Okay.  So, you did not know it in the spring

1055    --

1056        Mr. Horn.  No.

1057        Mrs. Blackburn.   -- of 2014?

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1058          Mr. Horn.  No, again.

1059          Mrs. Blackburn.  So, you just learned about it September

1060     3rd, 2015?

1061          Mr. Horn.  Around the September 3rd events, yes.

1062          Mrs. Blackburn.  Okay.  All right.  Let's go to your

1063     six-point remedy plan.  You have talked some about point 3, which

1064     is that they are developing remedies.  And I would assume, if this

1065     landed on your plate September 3rd, that you all have put all

1066     efforts and energy into this plan, correct, into the remedies?

1067          Mr. Horn.  Yes, correct.

1068          Mrs. Blackburn.  Very good.

1069          All right.  Then, let's go to point No. 1.  You state that

1070     Volkswagen will examine its compliance processes and standards

1071     and adopt measures to make certain that something like this cannot

1072     happen again.

1073          Mr. Horn.  Uh-hum.

1074          Mrs. Blackburn.  So, why don't you give us a little bit of

1075     specificity on that and what, if any, steps are currently underway

1076     to handle this compliance issues?  What did you start as of

1077     September 3rd, 2015 and what is your timeline?  How long is it

1078     going to take you to bring this into compliance?

1079          Mr. Horn.  So, as I am the CEO of Volkswagen Group of America,

1080     I can only report to you on what is managed by Volkswagen

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1081   headquarters worldwide at this point of time.  And as I've said,

1082   it's Jones Day.  They manage all the investigations in terms of

1083   who did what, when, how, and why, and what do we need to do in

1084   order to rectify this for the future in terms of process

1085   adjustments and compliance adjustments.

1086       Mrs. Blackburn.  So, then, you are saying that, as of now,

1087   you do not have a plan?

1088       Mr. Horn.  As of now, we are still in the investigation

1089   phase.

1090       Mrs. Blackburn.  Okay.  When can we expect you to have a plan

1091   to handle compliance, to make the owners of your vehicles whole,

1092   if you will, to make the dealers that have trusted in you, to make

1093   them whole?  Also, the individuals that are employed by your

1094   facilities, when are they going to have some certainty as it

1095   relates to the jobs?

1096       So, you all say you are still investigating.  So, on your

1097   timeline, when do you expect that you are going to be able to say

1098   this is the way forward?

1099       Mr. Horn.  You mentioned six points, and we started with the

1100   first point, compliance.  I don't have a timeline for this yet.

1101       Mrs. Blackburn.  Okay.

1102       Mr. Horn.  We are working instantaneously with the dealers

1103   and developing plans by the week as we go, as we go.  And you can

51

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1104    ask those folks behind me on whether this works or not.

1105        And for the customer, it depends on the technical remedies.

1106    So, again, this is Generation 3.  January this year, January next

1107    year -- sorry -- we will start to give the software to the agencies.

1108    Generation 2, the middle of the year; most probably Generation

1109    3, due to the technical complexity, will be a little bit later.

1110    So, there's different timings, and I apologize not for having a

1111    full-fledged plan of the Board by Volkswagen company right now

1112    here in my pocket.

1113        Mrs. Blackburn.  So, you are certain it is going to be a

1114    multi-year plan?

1115        Mr. Horn.  Excuse me?

1116        Mrs. Blackburn.   You are certain the remedy will end up being

1117    a multi-year approach?

1118        Mr. Horn.  Yes.  If you look alone at 430,000 cars and the

1119    repairs might take 5 to 10 hours even in order to fix this, you

1120    know, technical fixes, and if you look at your recall history in

1121    this market, also with NHTSA, then these actions take, you know,

1122    1 or 2 years minimum -- minimum -- when the fix is available for

1123    everybody, including parts and discussed with the agencies and

1124    agreed to.

1125        Mrs. Blackburn.  Okay.  Let's see, my time has expired.

1126        I do have one other question about point 2 in your remedy

52

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1127    plan.  Mr. Chairman, I will submit that and yield back the time.

1128        Mr. Murphy.  Thank you.  Thank you very much.

1129        Now I recognize Ms. Castor for 5 minutes.

1130        Ms. Castor.  Well, thank you, Mr. Chairman, for calling the

1131    hearing.

1132        Mr. Horn, according to reports, VW's defeat device is found

1133    in nearly 500,000 vehicles.  Are you confident in that number?

1134    Could it be more?  Could it be less?

1135        Mr. Horn.  We are very confident in this number.

1136        Ms. Castor.  Pardon me?

1137        Mr. Horn.  We are very confident in this number.

1138        Ms. Castor.  Okay.  Have you calculated the loss in value

1139    to customers, car owners?

1140        Mr. Horn.  No, not yet.  That's a matter of not only the

1141    investigations, but the calculations are ongoing.  And on Friday,

1142    we will look at the first scenarios.

1143        Ms. Castor.  Okay.  You have called your investigation

1144    preliminary, but you have known about this for a year and a half.

1145    The problems first came to light in May 2014, is that correct?

1146        Mr. Horn.  No, this is not correct.  As I explained, the

1147    study was published, and I had no reason to believe that there

1148    was a defeat device in those cars.

1149        Ms. Castor.  Well, you found out, according to reports, in

53

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1150    2014 that there was an issue, isn't that correct?

1151        Mr. Horn.  An emissions issue, yes, that's correct.

1152        Ms. Castor.  So, what did you do at that point in time?

1153        Mr. Horn.  At that point of time, a plan was asked for from

1154    the engineers.  And in July 2014, middle of the year, they

1155    presented a plan to me which was -- and this is very important

1156    also -- which was agreed and discussed with the Product Safety

1157    Committee worldwide.  And these are those guys who manage all the

1158    recalls, all the service actions worldwide, including technical,

1159    procurement, legal, service, and those things.

1160        They came back with a plan, first of all, acknowledging that

1161    those results were correct and, secondly, with a clear timing on

1162    when those cars would get a software fix, which was also mentioned

1163    in one of the opening statements, as of the end of last year.

1164        Ms. Castor.  Do you feel like you have been personally

1165    deceived now, after you found out subsequently that the defeat

1166    devices --

1167        Mr. Horn.  Yes.  Yes, and --

1168        Ms. Castor.  Explain that.

1169        Mr. Horn.  Look, I worked 25 years for this company.  And

1170    beyond my personal objective of dealer profitability, integrity,

1171    quality, you know, and not cheating, was always for me a given

1172    for this company.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1173        Ms. Castor.  And another --

1174        Mr. Horn.  When I learned this, I am as touched and moved

1175   -- sorry -- as my employees and as my --

1176        Ms. Castor.  Another group feeling the effects of the VW

1177   defeat device defrauding are the VW dealers and their hard-working

1178   employees all across this country, in addition to consumers.  A

1179   recent Associated Press article noted that dealers are facing,

1180   quote, "a lot of angry calls, emails, et cetera, from Volkswagen

1181   owners" who feel betrayed because they believed they had bought

1182   a car that polluted less without sacrificing all the good gas

1183   mileage and the performance that comes with a diesel engine.

1184        Mr. Horn, how many VW dealerships are there in the U.S.?

1185        Mr. Horn.  We have round about 650 VW dealers and 350 Audi

1186   dealers.

1187        Ms. Castor.  And on average, how much of a VW's business do

1188   these diesel models --

1189        Mr. Horn.  Twenty-five percent.

1190        Ms. Castor.  And these dealers are now the frontline --

1191        Mr. Horn.  Yes.

1192        Ms. Castor.   -- for unhappy customers who feel betrayed by

1193   the Volkswagen brand.  And a media account yesterday quoted one

1194   dealer as saying, "This is the biggest fraud I've ever seen."

1195   What do you have to say in response to that?  What do you tell

55

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1196     these business owners and their employees whose livelihoods

1197     depend on --

1198         Mr. Horn. I went immediately out with the Dealer Counsel

1199     on a call. I made a dealer video which was sent out, and the

1200     dealers even showed it to their children, and their families, and

1201     their employees, because they said that's the right thing on what

1202     we are approaching this.

1203         Ms. Castor. So, detail for us how VW is informing dealers

1204     about the defeat devices and the solutions to fix cars that feature

1205     these defeat devices.

1206         Mr. Horn. As soon as we have the information necessary

1207     already and have discussed this with EPA and CARB about the timing

1208     or alongside, the dealers will be naturally informed.

1209         Ms. Castor. They are not getting any information right now?

1210         Mr. Horn. No, of course, they get information.

1211         Ms. Castor. So, detail that for us.

1212         Mr. Horn. First of all, they get the information that we

1213     financially help them through this crisis. Secondly, the first

1214     thing is we took the bonus thresholds out. They have free

1215     flooring. They got the discretionary fund. We have increased

1216     the incentives by $2,000 for a loyal customer, for loyal

1217     Volkswagen customers, you know, a loyalty program.

1218         Ms. Castor. What does that mean?

56

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1219        Mr. Horn.   That means we get them started and don't let them

1220    dry out in the field.

1221        Ms. Castor.   Is that a direct payment to customers or to

1222    dealers?

1223        Mr. Horn.   The first two points, the bonus payments and the

1224    floor plan, is directly to the dealers.   The discretionary funds

1225    is directly to the dealers.   And the incentives are, for them,

1226    this is a certain cash incentive that they can manage to bring

1227    loyal customers in, whether that is a TDI customer or a gas

1228    customer.

1229        Ms. Castor.   So, is the intention there for the dealers,

1230    then, to contact customers who have purchased cars since the model

1231    year 2009?

1232        Mr. Horn.   Yes, as one of the possibilities, sure, yes.

1233        Ms. Castor.   Well, VW is not giving any direction to dealers

1234    and their employees on contacting customers at this point in time?

1235        Mr. Horn.   No, of course, we are having -- we have set up

1236    frequently-asked questions.   We are guiding the dealers with

1237    real-time the same information we have, and which goes to all call

1238    centers as well, because those, you know, I have visited the call

1239    center in Auburn Hills.   Those people are also frontline.   They

1240    need the same information, and as soon as we have it, the other

1241    people get it as well.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1242        Ms. Castor.  All right.  What has VW told dealers about how

1243    existing Volkswagen models will be affected, cars that dealers

1244    have already sold and cars that are now sitting on the lots?

1245        Mr. Horn.  We've informed the dealers directly on September

1246    18 in a call to the National Dealer Counsel.  We followed up with

1247    letters and videos to do this.

1248        Mr. Murphy.  Thank you.

1249        Ms. Castor.  Okay, I am out of time.

1250        Mr. Murphy.  The gentlelady's time has expired.

1251        I now recognize Mr. Barton for 5 minutes, from Texas.

1252        Mr. Barton.  Thank you, Mr. Chairman.  And thank you and Ms.

1253    DeGette for organizing this hearing.

1254        I am not a Registered Professional Engineer anymore, but at

1255    one time I was.  I still am an engineer by training.  My daughter

1256    drives a Volkswagen Beetle.  My former stepdaughter drives a

1257    Volkswagen Jetta.  I don't think they are diesel; I think they

1258    are gasoline-powered, but they are both Volkswagens.

1259        I have always had the highest respect for Volkswagen.  I

1260    think it is a fine company engineering-wise, you know,

1261    product-wise.  But I must tell you, sir, that it is extremely

1262    disappointing to look at the -- I don't know the right word to

1263    use -- immorality of the corporate decision to knowingly and

1264    willfully cheat on U.S. emissions standards.

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1265    I mean, Volkswagen is one of the premiere name brands of auto

1266    manufacturing in the world, and it is a reputation that has been

1267    gained over the last 50 or 60 years. And to have a company of

1268    your stature knowingly and willfully make a decision at the

1269    highest levels of the company to put a software program in your

1270    products that are meant intentionally to deceive or to cheat on

1271    U.S. emission standards, to me, I wouldn't have believed it if

1272    it wasn't factually proven.

1273    So, my first question to you is, I am told that this was a

1274    decision made in Germany at the corporate level. Is that correct?

1275    Mr. Horn. Two answers to this. First of all, the

1276    investigations are ongoing, but this was not a corporate decision,

1277    from my point of view. To my best knowledge today, the

1278    corporation in no Board meeting or no Supervisory Board meeting

1279    has authorized this, but this was a couple of software engineers

1280    who put this in, for whatever reasons. And I would also like to

1281    find out, and I fully agree to your other statement.

1282    Mr. Barton. And this is an oversight hearing, so I assume

1283    that you are testifying under oath, is that correct?

1284    Mr. Horn. I am under oath. I understand this, sir.

1285    Mr. Barton. Okay. So, what you are saying is that the

1286    senior, the president of Volkswagen International did not know

1287    about this when it happened?

59

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1288        Mr. Horn.  What I said was, to my understanding, this was

1289    not a corporate decision.  This was something individuals did.

1290        Mr. Barton.  Okay.  Now that is not what I was led to

1291    believe, but I take you at your word.  So, I will ask the second

1292    question.

1293        When did senior management, i.e., the president of

1294    Volkswagen International, the executive vice present, whoever

1295    your senior day-to-day corporate officers are, when did they learn

1296    of this action?

1297        Mr. Horn.  To my understanding, also around the September

1298    3rd notification of the agencies.

1299        Mr. Barton.  But it occurred years ago.

1300        Mr. Horn.  Yes, sir.

1301        Mr. Barton.  Do you really believe, as good, as well-run as

1302    Volkswagen has always been reported to be, that senior-level

1303    corporate managers/administrators had no knowledge for years and

1304    years?

1305        Mr. Horn.  I agree it's very hard to believe.

1306        Mr. Barton.  Yes.

1307        Mr. Horn.  And personally, I struggle as well, yes.

1308        Mr. Barton.  That is an honest answer.  I appreciate that.

1309        Well, I don't know what to do, but I do know that you can

1310    have an honorable disagreement about emissions standards, and we

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1311    have had that on this committee.  But, as somebody who voted for

1312    the Clean Air Act Amendments and as a conservative who believes

1313    that, if it is the law, it should be implemented, and corporate,

1314    especially international corporations should honor those laws,

1315    your company has not.  I don't know what the penalty should be,

1316    but it should be more than just a slap on the wrist.

1317        I mean, I am going to listen to the rest of the testimony

1318    and the questions and the staff recommendations, but in every

1319    other case since I have been a Congressman, when we have had

1320    problems with manufacturers, automobile manufacturers, in every

1321    case it has been something happened that was really a mistake,

1322    an accident, that they just didn't foresee it.  That is not the

1323    case here.

1324        Mr. Horn.  Yes.

1325        Mr. Barton.  There was a knowingly and willful decision to

1326    deceive in one of the most important markets in the world, and

1327    that, sir, is just wrong.

1328        And with that, I --

1329        Mr. Horn.  We agree.

1330        Mr. Barton.  Thank you, sir.

1331        Mr. Murphy.  Thank you.

1332        I now recognize Mr. Kennedy for 5 minutes.

1333        Mr. Kennedy.  Thank you, Mr. Chairman.

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1334        Mr. Horn, thank you for being here today.

1335        I understand you have said several times your testimony is

1336    preliminary and there are investigations ongoing. So, I

1337    appreciate that and I recognize that.

1338        I do want to go back to what a number of my colleagues has

1339    gone to with regard to the timeline here. My understanding, and

1340    from your testimony, was that in the spring, I think specifically

1341    May of 2014, was when Volkswagen became aware that there was some

1342    issue with regard to emissions, is that right?

1343        Mr. Horn. Yes.

1344        Mr. Kennedy. And then, it was from May to December that CARB

1345    and EPA launched investigations into those, the emissions, and

1346    the company itself, VW, started an investigation as to what led

1347    to the oddities, if you will, with regard to the emissions testing,

1348    right?

1349        Mr. Horn. I can't answer this really. I mean, I know that

1350    the actions to remedy these findings were discussed with CARB and

1351    EPA. Whether they have undergone their own investigations

1352    between May 2014 and December 2014, I don't know. I know they

1353    did this afterwards, when we started to flesh the cars with the

1354    new software.

1355        Mr. Kennedy. So, okay. If I tell you that EPA and CARB

1356    continued an investigation after that preliminary report from May

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1357    and they continued their investigations, then December 2nd, 2014,

1358    VW shared test results with EPA and CARB and proposed a

1359    recalibration fix, is that accurate?

1360        Mr. Horn.  Yes.

1361        Mr. Kennedy.  And then, VW initiated a voluntary recall of

1362    approximately 500,000 vehicles to try to deal with that

1363    recalibration issue.  In May, CARB commenced testing, May 6th,

1364    I believe, 2015, CARB commenced testing to discern whether the

1365    fix that VW had proposed adequately and accurately fixed the

1366    underlying issue.

1367        Mr. Horn.  Uh-hum.

1368        Mr. Kennedy.  May 6th through July 2015, CARB conducted

1369    laboratory and on-road testing to confirm the efficacy of the

1370    recall.  What I am getting at here, sir, is July 8th CARB shared

1371    test results with VW and the EPA, prompting a series of technical

1372    meetings, from my understanding.  And according to CARB, in the

1373    course of those meetings, VW disclosed that there were several

1374    issues, that Gen 1, Gen 2, and the 2015 model of the improved SCR

1375    vehicle known as Gen 3 had a second calibration intended to run

1376    only during confirmatory testing.  So, there was some knowledge

1377    at least in July of this year that there was some manipulation

1378    of software code with regard to the testing, was there not?

1379        Mr. Horn.  This meeting you're referring to, I don't know.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1380    I can tell you that the first issue that got back to me and to

1381    my attention was on the 20th of July when my people of Product

1382    Marketing came to me and said we don't get the model year '16 diesel

1383    certified.

1384         And then, I immediately wrote a letter or an email to Dr.

1385    Jakob Neusser, the EDP for Research and Engineering in Wolfsburg,

1386    and I escalated this.  And the explanation was twofold.  (A)

1387    There was new systems, and I don't know whether this is rights,

1388    and (B) there is still information missing. So, also my teams in

1389    Herndon with the National Science Company did not have this

1390    information.  And then, only in the weeks afterwards it started

1391    to unfold.

1392         Mr. Kennedy.  And so, sir, if I am understanding kind of the

1393    broad aspects of your testimony correctly, this is something --

1394    as you have said a number of times, this was not a company decision;

1395    this was a decision made by a number of individuals yet to be

1396    ascertained underneath at some other levels of the company that

1397    does not affect a corporate decision by the Board, by yourself.

1398    Is that accurate?

1399         Mr. Horn.  That's my understanding, yes.

1400         Mr. Kennedy.  So, as of now, at least according to press

1401    reports as of this morning, there's four individuals that have

1402    been suspended.  Is that right?

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1403         Mr. Horn.  I don't know.  This is press reports.

1404         Mr. Kennedy.  To your knowledge, has anybody been suspended
1405    to this point?

1406         Mr. Horn.  I can't share names with you.  There is no
1407    information --

1408         Mr. Kennedy.  I am not asking for names.  Has there been
1409    anybody that has been suspended at this point?  Has anybody, as
1410    of now, after Volkswagen, for knowing at least of some
1411    inconsistencies with test reports for the past 18 months, has
1412    anybody been suspended or lost their job?

1413         Mr. Horn.  To my understanding, there have been three people
1414    suspended, but I cannot share the names here, due to German law.

1415         Mr. Kennedy.  And I am not asking for the names, sir.

1416         You mentioned the figures, roughly, that this would take one
1417    to two years, 5 to 10 hours per car, in roughly 430,000 cars.  Do
1418    you have any estimate at this point as to what the direct losses
1419    for Volkswagen would be because of this incident?

1420         Mr. Horn.  I think the losses are depending (A) on the fines
1421    we will get and we will have to pay, and then, also, (B), on how
1422    much money it takes to fix those cars, and (C) on how much money
1423    we will have to pay to compensate the customers for what we did.
1424    And this is a whole lot of money, I'm quite sure.

1425         Mr. Kennedy.  And so, sir, I think the overall question that

65

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1426    you are sensing from myself and colleagues is that I understand

1427    that this was a decision that you are indicating was made by people

1428    underneath you.  It does get to the overall corporate integrity

1429    of the company.  And so, what, if you can say, is going to be done

1430    to restore faith in the overall corporate structure of Volkswagen?

1431        Mr. Horn.  First, a very important clarification.  It was

1432    not done by people under me.  I'm the CEO, president and CEO of

1433    Volkswagen Group of America.  And those things have been

1434    developed in the relevant software departments in Germany, which

1435    is totally out of my jurisdiction or steering.

1436        And the second, to get your answer hopefully in the right

1437    way, with the compliance investigations, we have to streamline

1438    our processes and this company has to bloody learn and use this

1439    opportunity in order to get their act together.  And 600,000

1440    people worldwide have to be managed in a different way.  This is

1441    very, very clear.

1442        Mr. Kennedy.  Thank you, sir.

1443        Mr. Murphy.  I recognize the vice chair of the full

1444    committee, Mr. McKinley, for 5 minutes.

1445        Mr. McKinley.  Well, thank you, Mr. Chairman.

1446        Several things.  First, you opted not to challenge the WVU

1447    decision, the research that was done.  So, you have not challenged

1448    the research that was done.  Everyone has recognized you did

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1449    knowingly, then, violate, is that correct?

1450        Mr. Horn. I don't understand this question, sir. I'm

1451    sorry.

1452        Mr. McKinley. You opted not to challenge or appeal the

1453    findings from the WVU. So, does that mean --

1454        Mr. Horn. From?

1455        Mr. McKinley. -- that you knowingly violated?

1456        Mr. Horn. No. No, sir.

1457        Mr. McKinley. You did challenge and appeal the WVU

1458    findings?

1459        Mr. Horn. I did not challenge because software actions,

1460    recalls, service complaints, in the millions for this company,

1461    is normally doing business. I was worldwide Service and Parts

1462    executive for Volkswagen worldwide. I've been to the Product

1463    Safety Committee. I know how the system is working with all the

1464    experts and that we got a seal of approval onto those actions,

1465    and I'm not the technical experts.

1466        Mr. McKinley. Okay.

1467        Mr. Horn. It has enough people in the system --

1468        Mr. McKinley. Let me get to the crux more of my question.

1469    I know the EPA fines. We just had a situation where a small

1470    poultry farm was fined $17,000 a day because they were allowing

1471    dust to come out of their chicken house out into the neighbor.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1472    And we have seen steel mills being fined $3, $5, $7 million daily

1473    until they clean up their discharge into a river.  We have seen

1474    coal mines and other operations.

1475        So, there has to be, I think you can understand there ought

1476    to be consequences for this violation.  So, I am curious, I assume

1477    you are accruing something on your financial sheets for what could

1478    be a fair, what could be an expected penalty for having violated

1479    the laws here of the United States.  Can you share with us or will

1480    you share with us what you are accruing on your balance sheet for

1481    penalties, expected penalties?

1482        Mr. Horn.  Yes, yes.  For the time being, I mean, there an

1483    official information that the company has accrued directly 6.5

1484    billion euros in the first step in this year.  Maybe this is

1485    enough; maybe this is not enough.  I don't know.  And the rest

1486    will have to be worked out with the specific experts, as we have

1487    hired enough experts, I can tell you.

1488        Mr. McKinley.  Thank you.

1489        Now, when you import your vehicles in, you have to provide

1490    a Certificate of Conformity with the EPA standards.  And from what

1491    I understand, the defeat device was not included in that

1492    Certificate of Conformity, is that correct?

1493        Mr. Horn.  That's my understanding, yes, sir.

1494        Mr. McKinley.  Can you share with us why someone tried to

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1495    deceive the American Government, why that wasn't included in the

1496    application of conformity?

1497         Mr. Horn.  Because those people who did the applications

1498    most probably did not know, did not know that it was in there.

1499         Mr. McKinley.  Can you share with us who is responsible for

1500    this failure to include a description?  Is this limited to one,

1501    two people?

1502         Mr. Horn.  We have an office which is called EEO in Auburn

1503    Hills which is directly linked to the German Research and

1504    Development Department.  They work together.  They get all the

1505    informations, all the results testing things, technical

1506    specifications, and then, they file the applications for

1507    conformity and all those.

1508         Mr. McKinley.  Mr. Horn, thank you for testifying before us.

1509         Just one question is, we have all, many of us have been

1510    talking about this defeat device.  For the American public to

1511    understand what this is, can you explain what this defeat device

1512    is and how it functions?

1513         Mr. Horn.  Yes.  To my understanding, the defeat device is

1514    not a device, but it's a software code in the engine and exhaust

1515    system management which detects, this software detects whether

1516    a car is on the dyno testing environment or whether the car is

1517    on the road being driven.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1518        And one example, for instance, is the steering wheel angle

1519    and how many times it has been changed.  Because once a car is

1520    on the dyno, it is on the dyno; nothing changes.  And if the car

1521    is on the street, the steering wheel changes.  And that since

1522    there's so many sensors in there, these are one of the examples

1523    people gave me on how this device, which is a software code again,

1524    worked, but hidden in million of software codes.  So, if you don't

1525    know this, it is very difficult to detect, from my limited

1526    technical understanding.

1527        Mr. McKinley.  Thank you.  I yield back my time.

1528        Mr. Murphy.  Thank you.  The gentleman yields back.

1529        I now recognize Ms. Schakowsky for 5 minutes.

1530        Ms. Schakowsky.  Thank you, Mr. Chairman.

1531        I have in my hand a letter from Volkswagen that was sent to

1532    one of my senior staff because she is an owner of your car.  I

1533    remember when she bought the car and how excited she was about

1534    the clean diesel.

1535        The letter says, "Your vehicle remains both safe to drive

1536    and legal to drive.  You do not need to take any action at this

1537    time.  All we ask is for your patience."

1538        I have to tell you, if I were a driver of one of these vehicles

1539    that is contributing up to 40 times the amount of emissions, I

1540    would want that addressed right away.  I have a son and a

70

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1541    grandchild who regularly uses an inhaler.  I am not excited about

1542    contributing to or driving a car that has that kind of emissions.

1543        So, how much patience is my staff supposed to have?  What

1544    is the timeline here?  What is the best scenario and the worst

1545    scenario in terms of timeline for fixing this?

1546        Mr. Horn.  For the Generation 3 cars, this is model years

1547    '16 and '15, the timeline is beginning of next year a complete

1548    fix.  For the Generation 2 cars, it's still under development.

1549    This won't start, from my judgment, before the middle of next year.

1550    And for the Generation 1 cars, which is the biggest feat, I cannot

1551    give you a date right now, but within the next couple of weeks

1552    we will start discussing those scenarios with EPA and CARB, and

1553    alongside the development guys will have to do that --

1554        Ms. Schakowsky.  So, these cars unfixed could be on the road

1555    for more than a year, let's say?

1556        Mr. Horn.  Yes.

1557        Ms. Schakowsky.  Or two years?

1558        Mr. Horn.  More than a year, definitely.

1559        Ms. Schakowsky.  I wanted to follow up on a question that

1560    Mr. Pallone asked.  It sounded like you were saying that the fix

1561    could manage fuel economy, engine performance, and emissions,

1562    that all of that could be fixed.  If that is so, why didn't

1563    Volkswagen do that initially?  Why wouldn't you make a car that

71

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1564    would achieve those goals?

1565         Mr. Horn.  I think it's a great question.

1566         Ms. Schakowsky.  I mean, I can only assume that maybe

1567    cheating was cheaper?

1568         Mr. Horn.  To my understanding, what I've learned, some

1569    people have made the wrong decisions in order to get away with

1570    something which will have to be found out.

1571         Ms. Schakowsky.  Let me ask you this:  have you considered

1572    financial compensation; for example, allowing customers to

1573    actually return the car for what they paid for it?

1574         Mr. Horn.  This is one of the areas we're looking into right

1575    now in terms of how to compensate our customers, yes.

1576         Ms. Schakowsky.  Providing rebate for lost value of the car?

1577         Mr. Horn.  Sure.

1578         Ms. Schakowsky.  And what about right now, if I had one of

1579    those cars and I wanted a loaner, would you compensate the dealer

1580    to give me a loaner instead of having to drive that polluting car?

1581         Mr. Horn.  We would have to discuss and consider this.

1582    Right now, I would say no, honestly, because the EPA has said these

1583    cars are legal and safe to drive.

1584         Ms. Schakowsky.  And so, even you know that there is up to

1585    40 times more pollution, if I went to my dealer, who might because

1586    they are in a fix right now say, "Okay, well, we will give you

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1587     a loaner," the company would not do anything to make ultimately

1588     your customer happy?

1589          Mr. Horn.  So, there's a general policy, and this is exactly

1590     the reason why we gave the dealers the discretionary funds which

1591     they could use at their discretion in order to help customers,

1592     very significant cases.  And whether they do a loaner car program

1593     for the specific customer or whether they take them out of the

1594     car, or whatever they think is best in this specific customer's

1595     situation, they can do it with this money.  No questions asked,

1596     yes.

1597          Ms. Schakowsky.  But there is no policy that dealers could

1598     say that loaners would be available?  I realize 500,000 loaners

1599     would be probably a hard thing to do.

1600          Mr. Horn.  Right.

1601          Ms. Schakowsky.  But you see how that would be a desirable

1602     remedy for many people?

1603          Mr. Horn.  I understand your point, yes.

1604          Ms. Schakowsky.  Yes.  Well, I just want to tell you, as a

1605     consumer advocate all of my life, this is pretty shocking for

1606     people to find out that a company -- we have had a number of

1607     recalls.  I have had a recall on one of my cars.  But to find out

1608     that a company has deliberately cheated, it seems to me that asking

1609     customers for patience is just really not sufficient.

73

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1610    I heard people on the radio who were repeatedly saying, "I

1611    just want you to take back my car and give me the amount of money

1612    that I paid for it.  I don't want that car.  I don't want a fix

1613    because it may not provide exactly what I thought I was buying

1614    in the first place."  I would hope that your company would

1615    consider that as a primary remedy.

1616    And I yield back.

1617    Mr. Murphy.  Thank you.

1618    The Chair recognizes Dr. Burgess for his 5 minutes of

1619    questioning.

1620    Mr. Burgess.  Thank you, Mr. Chairman.

1621    And let me just stress that I am as far ideologically from

1622    Jan Schakowsky as possible, and I am not here to provide you

1623    advice, but I think she is giving you good advice.  I have been

1624    on this subcommittee for over 10 years.

1625    I have been through Toyota.  I have been through General

1626    Motors.  And now, we are doing this investigation.  And let me

1627    just suggest to you, and let me just suggest to your corporate

1628    structure in Germany, that being dismissive and minimizing the

1629    problem that is faced by consumers, dealers, suppliers is not in

1630    your best interest and it will hurt you.  So, I would be

1631    aggressively compliant and aggressively trying to make it right

1632    for your customers, dealers, and suppliers because in the grand

74

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1633    scheme of things I actually believe that will be less costly in

1634    terms of dollars, in terms of reputation, and just in terms of

1635    the endurance of the brand in the United States, which you have

1636    already heard from members of this committee is significant.  Our

1637    histories with your company all are significant.  They go back

1638    a significant way.

1639        Now that I have gotten that off my chest, let me just ask

1640    you once again -- you have been asked before -- but are these

1641    vehicles safe to drive?

1642        Mr. Horn.  Yes.  Yes, the EPA has said these vehicles are

1643    safe to drive.

1644        Mr. Burgess.  So, this is unlike some of the other recalls

1645    that we have talked about in this subcommittee, problems with

1646    airbags, problems with electronic throttle controls.  These do

1647    not pose an immediate jeopardy to the life of the driver or the

1648    passengers?

1649        Mr. Horn.  I trust the judgment of the EPA, yes.

1650        Mr. Burgess.  Now, trusting judgment, that is what we are

1651    doing here today, is we are talking that trust factor has been

1652    eroded.

1653        Let me just ask you, when you stress that you are the CEO

1654    for Volkswagen of America, is that correct?

1655        Mr. Horn.  Yes, sir.

75

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1656         Mr. Burgess.  But do you travel back and forth to Germany

1657    from time to time?

1658         Mr. Horn.  Too often right now not much.

1659         Mr. Burgess.  Yes, well, have you been in the month of

1660    September?

1661         Mr. Horn.  Yes, usually once a month, yes.

1662         Mr. Burgess.  Usually once a month?  So, as this problem has

1663    evolved or the information about this problem, have you gone to

1664    the engineers over in Germany and said, "Guys, what's up here?

1665    How did this happen?"  Have you looked at any lines of software

1666    code where someone has identified for you this has happened or

1667    have you held in your hand a defeat device that was added to an

1668    automobile?

1669         Mr. Horn.  Personally, I have taken out Mr. Mueller of

1670    conference rooms, Dr. Diess out of conference rooms, and

1671    personally talking intensively to the engineers on how we make

1672    this right.  And to other questions, you know, "How is this

1673    possible?", "Who has done what?", they said, "We didn't know

1674    ourselves."

1675         Mr. Burgess.  Yes, but do you understand how that just defies

1676    credulity?  I mean, here is a software program --

1677         Mr. Horn.  Yes.

1678         Mr. Burgess.   -- that wasn't just written, I mean, I am

76

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1679    suggesting here it was written by one person in their basement

1680    in the dark of night.  I mean, this had to be a team of people

1681    who were working on this.

1682        You have got these rascals over here at the EPA in the United

1683    States, and they are just hard to deal.  So, we want to do

1684    something that we will be able to sell our cars and we will just

1685    trick them.  We will just trick them.  And then, somehow you are

1686    going to integrate that into the supply chain of a multinational

1687    corporation and nobody knows a darn thing about it?  I mean, that

1688    is what you are asking us to believe.  And you understand why,

1689    and you have heard it from a number of members, the incredulity

1690    that that could, in fact, happen in a large multinational

1691    corporation.

1692        Mr. Horn.  I fully agree, sir.

1693        Mr. Burgess.  Have you asked that question to the people --

1694        Mr. Horn.  Yes.

1695        Mr. Burgess.   -- who are superior to you at Volkswagen in

1696    Germany?

1697        Mr. Horn.  Who was superior to me, the guy is not onboard

1698    any longer.  He is called Christian Klingler.  He resigned due

1699    to other reasons.

1700        Mr. Burgess.  Well, I almost just don't know what to say.

1701    Apparently, in the public domain in the early or middle part of

77

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1702    the last decade there was some suggestion that Volkswagen, in an

1703    effort to try to sell its diesel high-mileage vehicles in this

1704    country, was in the process of leasing software to deal with this

1705    emissions problem from another company, is that correct?  Blue

1706    Tech Software I believe is the name that is used.

1707        Mr. Horn.  I have read this in the newspapers, yes.

1708        Mr. Burgess.  Okay.  So, it is in the newspapers.  Have you,

1709    yourself, looked at why did they look at this and, then, stop those

1710    negotiations for those leases?  What changed?  Did we develop

1711    some technology at Volkswagen?  Did we develop a defeat device

1712    at Volkswagen?  I mean, these are some of the questions that are

1713    just going have to be answered.

1714        Mr. Chairman, let me just say that I recognize and I

1715    appreciate Mr. Horn being here.  I think that we are doing this

1716    hearing prior to the time that your document production deadline

1717    expired.  So, we recognize that you are here voluntarily and it

1718    is your sincere effort to comply with the wishes of the committee.

1719        But let me just say, all of us represent dealers, consumers,

1720    suppliers, and their lives and livelihoods are extremely

1721    important to us.  And that is what we have got to keep first and

1722    foremost.

1723        I yield back, Mr. Chairman.

1724        Mr. Murphy.  Thank you.

78

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1725          And the Chair recognizes the gentleman from Texas, Mr. Green,

1726     for 5 minutes.

1727          Mr. Green.  Thank you, Mr. Chairman.

1728          And for our witness, we have other subcommittees going on.

1729     So, you will see members come in and out during the day.

1730          When I first heard about it, I was amazed that a company that

1731     is as great as Volkswagen could let this happen, and even to the

1732     executives maybe who didn't know, because the image of the

1733     company, not only in our country, but in Europe and around the

1734     world, is so great.

1735          Our committee wants to get some answers, and I would like

1736     to understand more about Volkswagen's own investigations in your

1737     efforts to find the cause of the debacle.  News reports discuss

1738     several internal and external investigations initiated by

1739     Volkswagen.  Mr. Horn, please explain Volkswagen's own

1740     investigations into this incident and how they are different from

1741     each other.

1742          Mr. Horn.  The investigations started -- I talked yesterday

1743     to our head of Group Revision -- on September 22nd, this year,

1744     went on with our own Group Revision Department, Group Compliance

1745     Audit Department until September 29th, for one week.  And then,

1746     all the documents, all the preliminary documents were turned over

1747     to the American law firm Jones Day, who is investigating this on

79

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1748    behalf of our Supervisory Board.

1749        Mr. Green.  Okay.  News reports have discussed several

1750    internal and external investigations.  So, that was the only one

1751    you had, that was the auditors from September the 22nd to the 29th?

1752    Are there any other investigations Volkswagen is conducting?

1753        Mr. Horn.  To my understanding, after the Notice of

1754    Violation, and from September 18th, from CARB and EPA, these

1755    investigations have started right away.  And this is what I have

1756    told you, to my best knowledge.  I don't know of any other

1757    investigations.

1758        Mr. Green.  Do you know if the actions are in the United

1759    States or Germany or in both or everywhere where Volkswagen has

1760    sold these vehicles?

1761        Mr. Horn.  Worldwide.

1762        Mr. Green.  Okay.  Would you commit to sharing these

1763    investigations with the committee, the results of these

1764    investigations?

1765        Mr. Horn.  I commit to get as much information as possible

1766    to this committee, yes.

1767        Mr. Green.  Okay.  Thank you.

1768        Last week one news outlet reported that, quote, "The Steering

1769    Committee of the carmaker's Supervisory Board met last Wednesday

1770    to discuss the preliminary findings of the probe into the scam."

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1771   And that is a quote.  What were these preliminary findings that

1772   were revealed last Wednesday?

1773       Mr. Horn.  Sorry, I'm still a little bit confused by those

1774   folks here down there clicking all the time.  Could you please

1775   repeat your question, please?

1776       Mr. Green.  Okay.  There is a quote, "The Steering Committee

1777   of the carmaker's Supervisory Board met last Wednesday to discuss

1778   preliminary findings of an internal probe into the scam."  What

1779   were these preliminary findings that were released last

1780   Wednesday?

1781       Mr. Horn.  Our own Supervisory Board of Volkswagen AG.  I

1782   don't have access to these preliminary findings.

1783       Mr. Green.  Can you get a copy of it and share it with our

1784   committee?

1785       Mr. Horn.  I can definitely try, sir.

1786       Mr. Green.  Pardon?

1787       Mr. Horn.  I can try, sir.

1788       Mr. Green.  Okay.  You are the CEO.

1789       Mr. Horn.  I am the CEO of this company, and then, there's

1790   the Supervisory Board and there's a group of people who are quite

1791   above me in Germany, and the Supervisory Board has to make this

1792   decision.

1793           And I think, you know, with the commitment that our company

81

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1794   has, there is a very good chance that the company will provide

1795   at one point of time the necessary documents to provide more

1796   clarity into these facts here and to this issue.

1797         Mr. Green.  Again, like my colleague, I appreciate you being

1798   here voluntarily, but it would be great if we could actually get

1799   that in our committee for our investigations.

1800         According to a September 30th news report, Volkswagen's

1801   Supervisory Board member Olaf Lies said, quote, "These people who

1802   allowed to this happen or who made the decision and saw this offer,

1803   they're acting criminally.  They must take personal

1804   responsibility."  Mr. Horn, do you agree with that?

1805         Mr. Horn.  Yes, sir.

1806         Mr. Green.  Okay.  Do I have your commitment to full

1807   cooperation in finding and addressing the roots of the deception?

1808         Mr. Horn.  Sure.  Yes, sir.

1809         Mr. Green.  And again, our committee is ongoing, our

1810   investigation.  And I appreciate your being here.

1811         Mr. Chairman, I will yield back my time.

1812         Mr. Murphy.  Thank you.  Thank you.

1813         For the rest of the members with questions, I know we have

1814   got a break here in 20 minutes, but we have got seven people that

1815   want to speak.  So, we are going to be very short on the timeframe

1816   with this.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1817         But the Chair recognizes Mr. Griffith for a short list of

1818    questions.

1819         Mr. Griffith.  Thank you.  I appreciate it.

1820         As you have heard from others who have owned cars and learned

1821    to drive, I am one of those as well.  My mother was able to afford

1822    her first new car, which was a Volkswagen Squareback.  And that

1823    is what I learned to drive on.  It was a manual.  I have inherited

1824    my grandmother's 1972 Super Beetle, which I still have.

1825         In the eighties I drove a Rabbit.  In the nineties, I bought

1826    a gas-powered Jetta.  When it got close to 200,000 miles, my

1827    mother convinced me that even Volkswagens couldn't go on forever.

1828    She might have been wrong.  I sold that car and bought a 2003

1829    gas-powered Passat, which I drove until this summer and got

1830    376,225 miles.  And the people who bought it from me are going

1831    to tell me when it crosses 400,000.  They think that there won't

1832    be any problem in doing that.

1833         As a backup to my 2003 Passat that was going and going and

1834    going like the Energizer rabbit or bunny, I bought a 2012

1835    Volkswagen diesel.  So, everybody else is talking about what are

1836    consumers thinking.  You are looking at him.  I am your consumer.

1837    I am your Volkswagen driver who has always trusted your company,

1838    and I am very disappointed.

1839         So, what are we going to do?  First, you have indicated --

83

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1840    and there could be some differences in understanding in language

1841    -- you have indicated that you have notified the customer.  I have

1842    checked with the previous owner.  I bought the car from a friend.

1843    They have not received any notice that this 2012 diesel Passat

1844    is affected.  When you go to the website, it says that you all

1845    received notice from the EPA that some of your two-liter,

1846    four-cylinder TDI vehicles don't comply, and among the included

1847    vehicles, of course, is the 2012.

1848         Because I am not skilled like Chairman Murphy, I am not

1849    skilled and I couldn't take a car apart.  I had a hard enough time

1850    figuring out how to get the top off, the plastic lid off of the

1851    engine to try to take a look at it.

1852         But, when you see that and it says some of the cars are

1853    affected, and here's one, and the original articles referenced

1854    the '14s and '15s, but didn't say anything about the '12s and the

1855    '13s, and then, you see a Volkswagen document that says

1856    discrepancies relate to vehicles with Type EA 189 engine, and I

1857    am looking in my manual and I am looking at things on the engine

1858    block, and it doesn't say anything about an EA 189 engine.

1859         Now the team on the committee here and, then, my staff have

1860    figured out I am affected.  We know that.  But this was done at

1861    great trouble.  I have received no letter.  I can't tell for sure.

1862         And I will tell you what was interesting was we found that

84

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1863    there was actually a site in the UK -- and I know you are just

1864    America and I am just talking about America -- where you can

1865    actually plug in your VIN number and it will tell you if you are

1866    affected.  I would encourage you to consider that because, while

1867    you may think you have notified everybody, not everybody is

1868    capable of taking apart the engine and figuring out if they are

1869    an EA 189.

1870        And then, the other big question is, am I Generation 1 or

1871    Generation 2?  They tell me I am Generation 2, which I found

1872    surprising based on the numbers that you have testified here

1873    today.  Can you confirm that I am a Generation 2?

1874        Mr. Horn.  If you have 2012 Passat, I would think so now,

1875    right.

1876        Mr. Griffith.  Okay.

1877        Mr. Horn.  Yes.

1878        Mr. Griffith.  And so, this is something else that you might

1879    want to put into your -- it is a pretty simple website that takes

1880    the VIN numbers that are affected and says you are Generation 1,

1881    you are Generation 2.  Because it sounds like the fix, as I am

1882    listening today, the fix to the Generation 2 is more simple than

1883    the fix to the Generation 1.  Am I correct in hearing that today?

1884    It is a simpler fix for Generation 2 than for 1?

1885        Mr. Horn.  Yes.

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1886    Mr. Griffith.  And then, I would have to echo what

1887    Representative Schakowsky and Dr. Burgess had to say.  You know,

1888    when you buy a vehicle, even if you bought it used, and you are

1889    looking in the manual and it says, "Under Federal Emissions

1890    Control System Defect Warranty, was designed, built, and equipped

1891    so as to conform at the time of sale with all applicable

1892    regulations of the United States Environmental Protection Agency

1893    (EPA), and is free from defects in material," et cetera, I believe

1894    that I was sold something that was different than what it was

1895    purported to be.

1896    And my friend didn't do the defrauding.  It was the

1897    Volkswagen company.  I think you are much better off to come up

1898    with a program that buys these cars back because, you know, I

1899    understand it wasn't your folks in Chattanooga that made this

1900    mistake; it was the folks in Germany.  But you have got to restore

1901    trust, and one of the ways to do that is to stand behind your

1902    vehicle.

1903    One of the reasons that I have liked the company is that on

1904    my 1990s version something was wrong with the paint.  No questions

1905    asked.  When I took it into First Team Auto Mall in Roanoke, they

1906    said, "Not a problem.  We'll take care of it."  And it was done.

1907    Never had another problem.

1908    This is a much bigger problem, but Volkswagen needs to stand

86

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1909    up and say, "Okay, we understand.  We will buy your car back at

1910    what the fair market value of that vehicle was prior to this notice

1911    coming out."

1912         With that, I see my time is up and I yield back.

1913         But thank you for being here.

1914         Mr. Murphy.  Again, thank you again.  We have now 12

1915    minutes.  So, I am asking those again, please, to keep their

1916    questions short.

1917         The Chair recognizes Mr. Yarmuth from Kentucky.

1918         Mr. Yarmuth.  Thank you, Mr. Chairman.

1919         Thank you for appearing, Mr. Horn.

1920         I suspect that I should be feeling a sense of schadenfreude

1921    here today because Ford Escapes and Lincoln MKCs are made in my

1922    district, and presumably, we will be selling some more of those

1923    while you are out of the marketplace.  But I am not really taking

1924    any joy in any of this.

1925         I just have a couple of quick questions.  The article I read

1926    said that there were about 11 million vehicles worldwide affected

1927    by this.

1928         Mr. Horn.  Yes.

1929         Mr. Yarmuth.  So, they contain the defeat device.  I guess

1930    there is no added cost to put it in since it is just a line of

1931    computer code.  Would that be right?

87

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1932         Mr. Horn.  It seems very logic, sir, yes.

1933         Mr. Yarmuth.  Yes.  So, my question is, how many countries

1934    that these 11 million vehicles were sold in have emission

1935    standards that would have been defeated by this device?  I mean,

1936    if the United States we are talking about a half a million cars,

1937    roughly, out of 11 million, what are Germany's emission standards,

1938    for stance?  Are they stricter than the United States?

1939         Mr. Horn.  I mean, there's many countries affected.  All the

1940    countries in Europe are affected.  The emission standards for

1941    diesel cars in Europe are different to the U.S.  You have

1942    currently the E05 and going into E06 here.  You have been 5.

1943         And there's two differences.  First of all, nitrogen oxides

1944    are much more stringent here.  It's 5 grams, I think, per mile,

1945    or whatever.  And in Europe it is now 32 to 40.  So, this is quite

1946    -- it is higher.  It is higher in Europe, but in Europe what is

1947    stricter is the diesel part of the particle filter emissions.

1948    There are these little diesel particle filters coming out.  On

1949    that, the European laws are much stricter than the U.S.

1950         Mr. Yarmuth.  My question is, would this defeat device that

1951    is 11 million vehicles have helped deceive the European countries'

1952    standards as well?

1953         Mr. Horn.  I can only give you my understanding at this point

1954    of time.  But, as  you know, there's lots of European countries investigating this, and we are

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1955    working with those agencies; also, with the German KBA, which is the responsible agency.     People had to

1956    report there, and this is being investigated.

1957            Since the standards are different, my understanding is that the defeat device is in those cars as well ,

1958    but to what degree it is really affecting the emission laws, I

1959    don't know.

1960            Mr. Yarmuth.  Okay.  I appreciate that answer.

1961            And I just want to say before closing that it is very

1962    refreshing to hear my colleagues from the other side defend the

1963    Clean Air Act and talk about emissions.  I appreciate that.  It

1964    is a rare occurrence.

1965            I yield back.

1966            Mr. Murphy.  Mr. Collins is recognized for 5 minutes.

1967            Mr. Collins.  Thank you, Mr. Chairman.

1968            Since I am always, and again this time, one of the last to

1969    question you, I guess what I have picked up here, and I hope you

1970    can relay back to your Board, the folks running Volkswagen back

1971    in Germany, is that the response so far is inadequate.

1972            I would tell you from my perspective it is a sign of

1973    arrogance.  It is a sign of not admitting yet the severity of your

1974    problem.

1975            I will tell you I am an engineer and I have a way of thinking.

1976    And I cannot accept VW's portrayal of this as something by a couple

1977    of rogue software engineers.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

1978        I would begin by saying, isn't intellectual property and

1979    patented work a very important part of what makes VW VW?  You are

1980    constantly looking for breakthrough technology that you can

1981    patent?  That is a big part of your company, isn't it?  You pride

1982    yourself on that engineering.

1983        So, you are having us believe -- and I think this is the way

1984    an engineer's mind works -- back in 2009 you were trying to figure

1985    out a way to have clean diesel, top performance, and your engineers

1986    got stumped.  The NOx emissions were not even close.  Would that

1987    be true?

1988        Mr. Horn.  What is stumped?

1989        Mr. Collins.  Stumped, confused.  They couldn't get through

1990    it.  It was an insurmountable roadblock.  They couldn't give

1991    performance and emission control at the same time.  They were 40

1992    times over the NOx emissions.

1993        Mr. Horn.  It seems to be logic, what you are saying --

1994        Mr. Collins.  Right.

1995        Mr. Horn.   -- but I don't know.

1996        Mr. Collins.  So, then, if I am working in VW engineering

1997    and I am always looking for intellectual property that I can patent

1998    and give me a competitive advantage -- and I know this is a problem,

1999    and I have to tell you this problem was going way up the chain.

2000    "We can't do it.  The NOx standards in the U.S. are not what they

90

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2001    need to be.  We can't do it."

2002         "Well, go work harder.  Go find a solution."

2003         People are coming back.  "We still can't find a solution."

2004    The Engineering Manager, "We can't find a solution."

2005         And then, all of a sudden, two software engineers, like they

2006    found pixie dust, come in and say, "We found a solution.  We've

2007    got it.  We fixed it."

2008         Now you are telling me these two engineers snuck that

2009    computer code into the software and no one said, "This is

2010    breakthrough technology.  I think we need to run this up the

2011    ladder with our attorneys and our engineers.  We need to patent

2012    this.  This is intellectual property that is going to give us an

2013    advantage.  We can meet the NOx standards and the performance

2014    standards, and we had a breakthrough.  We went from 40 times the

2015    emissions to we met the emissions"?

2016         And VW is trying to get the United States of America to

2017    believe these are a couple of rogue engineers?  I categorically

2018    reject that.  Either your entire organization is incompetent when

2019    it comes to trying to come up with intellectual property -- and

2020    I don't believe that for a second -- or they are complicit at the

2021    highest levels in a massive coverup that continues today.

2022         Because just the very 5 minutes that I have been here, and

2023    as an engineer, and I am not a PhD, my mind immediately jumped

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2024    to, with this being true, why didn't we look for patents?  Why

2025    didn't we ask the questions what the pixie dust was?  They have

2026    fixed this thing miraculously.  This didn't happen in one day.

2027    This didn't happen in one month.  Your engineers were looking at

2028    this, I can tell you, for many months.  They were stumped.  They

2029    couldn't come up with it.

2030         And then, all of a sudden, the solution is there, and VW is

2031    trying to tell us in the United States of America, in this

2032    Congress, that it was a couple of rogue engineers.  Well, if that

2033    is true, then your entire Patent Department should be terminated

2034    because this would have been massive breakthrough technology that

2035    would have given VW a true advantage, not by cheating, but a true

2036    advantage in clean diesel technology.

2037         I would like you to take that back to your Board and have

2038    them ask that question:  what was going on in the patent world?

2039    What was going on in the engineering world?  Because I can tell

2040    you personally I categorically reject everything that VW is saying

2041    about a couple of rogue engineers.  And I can tell you that

2042    suspending three folks, it goes way, way higher than that.

2043         And what I would like to conclude with, sir -- again, I am

2044    also a financial guy; I am an entrepreneur -- I would suggest that

2045    you be honest to your shareholders.  Six point five billion euros

2046    is off by an order of magnitude.  Five hundred thousand vehicles

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2047    at $40,000 apiece, if you were to buy those back -- and I would

2048    suggest you start doing that tomorrow -- that is 20 billion there.

2049    I would suggest you are off by an order of magnitude.  And if you

2050    had told us today you had set aside 68 billion, I would say you

2051    are probably in the ballpark.  Six point eight, not even close.

2052         With that, Mr. Chairman, I yield back.

2053         Mr. Murphy.  The gentleman yields back.

2054         I now recognize Mr. Welch for 5 minutes.

2055         Mr. Welch.  Thank you very much.

2056         Sir, thank you for coming in.  But I just want to express

2057    to you some of the things that I have been hearing from Vermonters.

2058         First of all, we have got VW customers, we have got VW dealers

2059    in red states and in blue states, and they are mad as hell.  Some

2060    of the questions that came to me from Vermonters, and I want to

2061    submit this to the record and ask you, VW, to answer these

2062    questions from Vermonters.

2063         Mr. Welch.  But let me just give a reflection of what these

2064    say.

2065         No. 1, "What will you, VW, be reading when you are in jail?"

2066         No. 2, "I just wonder what the hell you were thinking."

2067         Three, "How can we help out Vermonters who got these lemons?"

2068         Four, "Why should the U.S. allow you to sell vehicles in this

2069    country?"

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2070         Five, "VW is the Lance Armstrong of the industry."

2071         These questions go on and on and reflect the white-heat anger

2072    that folks have about the deception.

2073         One last question, "How do you sleep at night?  How do you

2074    call yourself a member of the human race when you knowingly

2075    poisoned the planet?"

2076         And then, I talked to some of our VW dealers.  They care about

2077    their customers, and I know you individually do as well.  And one

2078    of the dealers said this is on the scale of Enron and Bernie Madoff.

2079    That is how deceitful and unnecessary and willful it was.

2080         They will stand by their employees, our VW dealers, but this

2081    is going to be an expense to them because they are not selling

2082    cars that are bringing in profits.  So, they are going to have

2083    to pay out of their own pocket, and they will do that because they

2084    are loyal to their employees.

2085         But I have one major question.  Just last week, BP reached

2086    a settlement with the Justice Department over the massive 2010

2087    Gulf oil spill that killed 11 workers and devastated the

2088    environment and the economy of the Gulf Coast.  That settlement

2089    allowed BP to shift more than half of its $21 billion fine to the

2090    American taxpayer by taking advantage of a loophole in the U.S.

2091    Tax Code.  In my view, that is wrong. The wrongdoer, not the

2092    taxpayer, should pay all of the settlement.

94

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2093          And the question I have is this:  will you commit here today

2094     under oath that VW will not use this loophole to write off any

2095     future settlement payments related to the fraudulent and

2096     deceptive activity to which VW has already admitted, sir?

2097          Mr. Horn.  If you want a clear answer under oath, I would

2098     have to really understand these tax loopholes, and I don't

2099     understand them.  But I --

2100          Mr. Welch.  Let me explain it very simply.  BP got to write

2101     off about half of the cost of that, and that shifts the burden

2102     to the taxpayer instead of their shareholders.

2103          Mr. Horn.  My understanding is that we will work very hard

2104     in order to get this right and that there should not be a burden

2105     to the taxpayers -- should not be.

2106          Mr. Welch.  Thank you.

2107          Another question, taking up where Mr. Collins was, I know

2108     you individually are appalled at what happened at VW, and you have

2109     asked your question, "How did it happen?"  Someone somewhere made

2110     a decision to make it happen.

2111          Mr. Horn.  Uh-hum.

2112          Mr. Welch.  Someone somewhere implemented that decision.

2113     You have asked yourself how that happened, correct?

2114          Mr. Horn.  Yes, sir.

2115          Mr. Welch.  And your answer to yourself is what?

95

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2116          Mr. Horn.  My answer to myself is that I do everything, and

2117    I don't sleep at night, to help our dealers, to help our customers,

2118    and to be there for my company and my employees to get us through

2119    this crisis here in the U.S.

2120          Mr. Welch.  I appreciate that and I know that is true.  You

2121    individually have a very good reputation, sir.

2122          Mr. Horn.  Thank you.

2123          Mr. Welch.  But I asked you another question.  You know the

2124    company.  You have asked yourself who and how.  And in your own

2125    mind, I am asking you to share with us your own view about who

2126    and what, that it could happen in the corporate structure of VW.

2127          Mr. Horn.  I think this is a speculation if I would start

2128    now.  But, you know, I'm reading newspapers as well, and there's

2129    been lots of articles around there.  And from my personal feeling,

2130    this was pressure in the system to get resolutions and, also, in

2131    conjunction with cost pressure as well.  This was discussed

2132    already here in one of the other instances.

2133          And I think it is dead wrong if you put corporate profits

2134    before people, and I think we have to get to the point that we

2135    put people first and not the pressure and corporate profits.

2136          Mr. Murphy.  Thank you.

2137          Mr. Welch.  What people in what department -- my time is up?

2138          Mr. Murphy.  Yes, your time is up.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2139        Mr. Welch.  I yield back.

2140        Mr. Murphy.  Thank you.

2141        I now recognize the gentleman from Texas, Mr. Flores, for

2142    5 minutes.

2143        Mr. Flores.  Thank you, Mr. Chairman.

2144        Mr. Horn, thank you for joining us today in an obviously tough

2145    situation for your company.

2146        VW's actions damaged the trust of the American people as well

2147    as the environment for billions around the globe.  They have also

2148    economically damaged their customers, their dealers, and their

2149    shareholders.  And I hope that VW will continue to work on the

2150    correct and fair resolution of those issues.

2151        I want to get more in the weeds now to try to go through and

2152    fill in the blanks in the record on some dates and the who, what,

2153    where, when, as we have talked about before.

2154        In May of 2014, independent researchers published a report

2155    that first identified higher-than-expected on-road emissions in

2156    VW vehicles, which prompted the investigations by CARB and the

2157    EPA.

2158        So, question No. 1 is, when did VW first become aware of this

2159    research?

2160        Mr. Horn.    The end of April when it was published.    To my knowledge, it was published the

2161    end of April.    Mid-May I got information about this.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2162    Mr. Flores.    Okay.    What steps did VW take to evaluate the conclusions of the research at that time?

2163    Mr. Horn.    First of all, to acknowledge that emission violations or higher emissions are not legal.

2164    Secondly, the engineering departments were supposed to recheck those testing results on our own equipment in

2165    order to validate this.    And then, thirdly, to correct this with respect to software actions which have

2166    been implemented in the end of last year.

2167    Mr. Flores.  Okay.  Now where was this done?  Was this done

2168    Volkswagen Germany or Volkswagen U.S.?  And who did that?  Who

2169    was responsible for that?

2170    Mr. Horn.  The software applications management for the

2171    engines and, also, for the exhaust systems are being done in

2172    Germany at the Engine and Drivetrain Department within the

2173    Research and Development Division.

2174    Mr. Flores.  Okay.  The EPA and CARB both described a series

2175    of presentations or discussions with VW in the wake of the research

2176    in May of 2014.  Who for VW was interacting with EPA and CARB?

2177    Were those individuals part of VW America or VW AG or both?

2178    Mr. Horn.  That's something I would have to check, and maybe

2179    this is also in the records provided to you next week.

2180    Mr. Flores.  Okay.  Great.

2181    What did VW America understand about the cause of the higher

2182    on-road emissions between May of 2014 and the voluntary recall

2183    in December 2014?  In other words, what did you and your team at

2184    VW America know what was going on?  What had VW Germany told you?

98

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2185        Mr. Horn.   That they have, to my understanding, validated

2186     those test results and developing software fixes in order to get

2187     this back in line, and three different tech talk versions which

2188     I didn't understand, to be also very honest, in order to bring

2189     this in the car.

2190        But, also, as I said, all these things are vetted through

2191     this Product Safety Committee which is worldwide responsible for

2192     this and which is also looking at the track, for instance.   And

2193     in this context, I trusted those guys and those processes, that

2194     everything was according to the book 100 percent.

2195        Mr. Flores.   Okay.   So, at that time, nobody in VW America

2196     knew that there was cheating going on in the software design?

2197        Mr. Horn.   To my understanding, no.

2198        Mr. Flores.   Okay.   Then, in December of 2014, VW conducted

2199     a voluntary recall that, at least in part, sought to address the

2200     higher on-road emissions in the model year 2009 through model year

2201     2014 vehicles that were subject to the allegations.   Would you

2202     explain what you understand this recall was intended to do?

2203        Mr. Horn.   To correct the studies of the University, I think

2204     the results of the study of the University of West Virginia, our

2205     retesting to bring the cars, all the cars, back into compliance.

2206        Mr. Flores.   Okay.   But that fix to the emissions problems

2207     that was implemented as part of that recall didn't resolve the

99

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2208    issue of higher on-road emissions.  So, the question is, who was

2209    responsible for developing that technical solution that was

2210    implemented in December of 2014?

2211         Mr. Horn.  The same Engine and Drivetrain Division within

2212    the Engineering and Development Department or Division in

2213    Germany.

2214         Mr. Flores.  The folks in Germany?  Okay.

2215         And so, what role did VW of America have in developing or

2216    validating that solution?

2217         Mr. Horn.  We just have this office in Auburn Hills who do

2218    the applications.  There's also a testing facility in Oxnard in

2219    California who also had those folks in testing, but, to my

2220    understanding, dyno testing, as far as the legal situation was

2221    concerned.

2222         Mr. Flores.  Okay.  So, just to be clear, VW America did not

2223    develop the solution or played no part in development of the

2224    solution?

2225         Mr. Horn.  No.

2226         Mr. Flores.  Okay.  It may have helped validate the

2227    solution?

2228         Mr. Horn.  I don't think so.

2229         Mr. Flores.  Okay.  You don't think so?  Okay.

2230         And at that time, did you or anyone in VW of America have

                                   100

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2231    any knowledge of the alleged defeat device?

2232        Mr. Horn.  At which point of time?

2233        Mr. Flores.  At the time, December of 2014 --

2234        Mr. Horn.  No.

2235        Mr. Flores.   -- when you were beginning to roll out the

2236    recall solution, did you have any knowledge of the --

2237        Mr. Horn.  No.

2238        Mr. Flores.  Anybody in VW America, to the best of your

2239    knowledge?

2240        Mr. Horn.  To my understanding, not, because, otherwise, I

2241    would have hoped that they would inform me about this.

2242        Mr. Flores.  Thank you.  I yield back.

2243        Mr. Murphy.  Thank you.

2244        I now recognize Ms. Clarke of New York for 5 minutes.

2245        Ms. Clarke.  Thank you, Mr. Chairman.

2246        And I would like to thank you, Mr. Horn, for taking the time

2247    and giving us as much background and as much knowledge of what

2248    has taken place, to the best of your ability.

2249        I have heard a couple of my colleagues on the other side of

2250    the aisle refer to what has occurred as cheating, but I would like

2251    to say to you that I believe it was an intentional deception.   And

2252    I think we need to say it as it is.  This wasn't a game.  This

2253    was an intentional deception to bring something on the market that

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2254   did not meet standards.

2255        I want to go back to something my colleague just raised about

2256   your testing center at Oxnard.  I understand that, for the better

2257   part of the past year, VW was interacting with CARB about

2258   discrepancies related to the high emissions that were discovered

2259   in 2014 involving your vehicles.  What is the purpose of the

2260   Oxnard facility?  And is it, as the article suggests, developed

2261   to help Volkswagen meet emission standards?

2262        Mr. Horn.  To my understanding, yes, and it's directly

2263   connected to the Research and Development Department in Germany

2264   to help them to get the cars into legal compliance and to the U.S.

2265   standards.

2266        Ms. Clarke.  How many employees are there?

2267        Mr. Horn.  Oh, I would have to guess this number.

2268        Ms. Clarke.  Okay.  If you could just provide us with that?

2269        Mr. Horn.  Just everything --

2270        Ms. Clarke.  What was the role of the Oxnard facility in

2271   understanding the test results presented by CARB showing

2272   unexpectedly high on-road emissions?  What was its role once it

2273   had that information?

2274        Mr. Horn.  At this point of time, I can't answer this.  I

2275   don't have the understanding.  I only know that our Department

2276   in Auburn Hills was interfacing with CARB and EPA for the

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2277    compliance, for the applications and everything.

2278        Ms. Clarke.  So, as you have mentioned Auburn Hills, what

2279    is the role of that office?

2280        Mr. Horn.  Excuse me?

2281        Ms. Clarke.  What is the role of the Auburn Hills office?

2282        Mr. Horn.  And to do the compliance and the application for

2283    certification with the U.S. authorities, and they work directly

2284    on a working level, on a management level, on a daily basis with

2285    EPA and CARB.

2286        Ms. Clarke.  And so, do the Oxnard and Auburn Hills

2287    facilities work together?

2288        Mr. Horn.  Now, yes, there's a structural change in terms

2289    of --

2290        Ms. Clarke.  So, prior to the unveiling of this deception,

2291    they were separate entities?  They didn't interface?

2292        Mr. Horn.  Well, I think they worked together.  My

2293    explanation is about the structure of the situation of these

2294    facilities.  And they are now under one roof.

2295        Ms. Clarke.  Okay, but they collaborate?

2296        Mr. Horn.  I hope so.

2297        Ms. Clarke.  They are collaborators?  Because, you know, my

2298    concern is that, if we have these facilities designed specifically

2299    to address the issues of emissions, of testing, and they failed,

103

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2300   that speaks to a whole other level of perhaps collusion with

2301   respect to this whole software debacle.

2302        Have you looked at or done any internal investigation with

2303   respect to these facilities?

2304        Mr. Horn.  That's part of the internal investigation, but

2305   my understanding is they're just testing on the basis of the legal

2306   test requirements.

2307        Ms. Clarke.  So, the engineers would not have known software

2308   code?  Is that what you are saying?

2309        Mr. Horn.  I think that they have tested the dyno situation

2310   for the cars and they didn't do independent road tests.  That's

2311   what I allude to.

2312        Ms. Clarke.  Okay.  Let me jump to the whole idea of the

2313   environmental impact.  How seriously does Volkswagen take its

2314   commitment to the environmental responsibility?

2315        Mr. Horn.  This is deeply -- also, maybe it's difficult to

2316   understand now in this context -- but it is deeply embedded in

2317   our corporate culture.  We have three values which is innovative,

2318   valuable, and responsible, and responsible towards our employees

2319   and the environment.

2320        Our plant in Tennessee is a Platinum LEED certification.

2321   This is the most clean and energy-efficient plant in the world.

2322   And all of our plants have a commitment to reduce carbon footprint

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2323    by 25 percent in 2018. And whether these plants are in India,

2324    newly built, or in China, they are always up really to the highest

2325    Volkswagen standards, which go beyond sometimes conventional

2326    standards.

2327         Ms. Clarke. So, if this is part of the corporate culture

2328    --

2329         Mr. Horn. Yes.

2330         Ms. Clarke.  -- I am assuming that that is throughout,

2331    including your engineers and scientists, that this is sort of a

2332    part of the ethos. How do you explain this deviation, a massive

2333    deviation?

2334         Mr. Horn. Myself and the majority of all Volkswagen

2335    employees, which is 600,000, asked the same question, the same

2336    question, and it's a relevant question. And I hope that these

2337    investigations will definitely find out what drove those people,

2338    beyond newspaper articles and what we read out there, what drove

2339    those people into these decisions, into these actions.

2340         Ms. Clarke. Hope it won't be profits.

2341    I yield back, Mr. Chairman.

2342         Mr. Murphy. Mr. Tonko is recognized for 5 minutes.

2343         Mr. Tonko. Thank you, Mr. Chairman.

2344         Mr. Horn, these vehicles promised unrivaled fuel economy and

2345    performance without the NOx emissions usually associated with

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2346   diesel.  I know other members have asked about how Volkswagen

2347   intends to make consumers whole, and I do want to lend my voice

2348   to that briefly.

2349        Because consumers, including people in my district,

2350   purchased a car believing it would be a clean,

2351   environmentally-friendly choice, they have every right to feel

2352   defrauded.  Consumers were sold a bill of goods that simply does

2353   not exist.

2354        And I think it is likely that whatever fixes to comply with

2355   emissions standards will hurt the vehicles' performance in other

2356   ways.  This is not what consumers thought they were buying, and

2357   it is not what dealers thought they were selling.  Worse still,

2358   the resell value on these vehicles, which I am sure was a selling

2359   point, has certainly been destroyed.  So, Volkswagen has a lot

2360   to think about, I believe, in terms of how it intends to make right

2361   by consumers.

2362        Now let me ask, typically, when deciding whether to issue

2363   a recall and develop a solution, does Volkswagen conduct its own

2364   emissions testing?

2365        Mr. Horn.  Yes.

2366        Mr. Tonko.  And did you try to recreate or confirm the

2367   results of the ICCT study from May of 2014?

2368        Mr. Horn.  I can't speak to this, what they specifically

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2369    tested.  In July 2014, I was informed that they have basically

2370    acknowledged the testing results and were developing those fixes

2371    in order to bring those cars back into compliance.

2372        Mr. Tonko.  Now a lot was said about defeat devices, and we

2373    are talking about a defeat device here.  Has the Volkswagen

2374    operations been impacted by defeat devices in the past?

2375        Mr. Horn.  I have, in the context after September 3rd,

2376    understood that there was an issue, for instance, here in 1974,

2377    yes.  That's what I understand.

2378        Mr. Tonko.  And so, what measures were taken by the company

2379    to make certain that there was better scrutiny, better oversight

2380    of the potential for defeat device application?

2381        Mr. Horn.  At that point of time, that's a great question,

2382    and I can't get you the answer now.

2383        Mr. Tonko.  But was something done?

2384        Mr. Horn.  In 1974, I was 12 years old.  I don't know.

2385        Mr. Tonko.  Well, history is history.  We missed some of

2386    that.  So, we reach to the books and read about it.  What was done,

2387    if anything --

2388        Mr. Horn.  Yes.

2389        Mr. Tonko.   -- to address defeat device application?

2390        Mr. Horn.  And I think the investigations will go back into

2391    this time and --

107

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2392    Mr. Tonko.  Well, I don't think we need to investigate that.

2393    Did a corporate measure get put into play to address defeat

2394    devices?

2395    Mr. Horn.  Back then, I don't know the answer, no, sir.

2396    Mr. Tonko.  I would hope you could provide that to the

2397    committee.  I am certain the record will be open.

2398    Mr. Tonko.  And if I could just confirm some of the

2399    information we have received, Volkswagen initiated a voluntary

2400    recall in December of 2014 that was intended, in part, to address

2401    the issue of excess NOx emissions, is that correct?

2402    Mr. Horn.  Excuse me.  Could you repeat the question,

2403    please?

2404    Mr. Tonko.  Right.  Volkswagen initiated a voluntary recall

2405    --

2406    Mr. Horn.  Yes.

2407    Mr. Tonko.   -- in December of 2014?

2408    Mr. Horn.  That's correct, yes.

2409    Mr. Tonko.  That's correct?  Who at Volkswagen proposed the

2410    recall?

2411    Mr. Horn.  The Technical Engineering Department in

2412    conjunction with the Product Safety Committee worldwide, which

2413    is steering all the recalls campaigns and voluntary recall actions

2414    out of Wolfsburg essentially for all the markets.

108

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2415        Mr. Tonko.  And what explanation was given to consumers

2416   about why that December 2014 recall was necessary?

2417        Mr. Horn.  I would have to look into the document on what

2418   we wrote to those consumers.  I don't know now.

2419        Mr. Tonko.  You will provide that to the committee, please?

2420        Mr. Horn.  Definitely.  It's public.  It's public anyhow.

2421        Mr. Tonko.  And what explanation was given to regulators

2422   about why that December 2014 recall was necessary?

2423        Mr. Horn.  That's also something we will have to provide in

2424   the document, with the documents.

2425        Mr. Tonko.  And what fix did the Volkswagen organization

2426   implement for cars brought in under that recall?

2427        Mr. Horn.  All have been software fixes.  New software

2428   versions have been fleshed into the specific onboard steering

2429   units.

2430        Mr. Tonko.  And who at Volkswagen developed that fix?

2431        Mr. Horn.  The Engine and Drivetrain Development, Software

2432   After-Treatment Departments in Germany, Wolfsburg.

2433        Mr. Tonko.  And did they know at the time that it would not

2434   work?

2435        Mr. Horn.  I don't know that.  My understanding was that it

2436   would work and, otherwise, also the work by the Product Safety

2437   Committee wouldn't have released this version for application in

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2438    the markets.

2439         Mr. Tonko.  Well, I thank you for your responses.  I look

2440    forward to the additional information you owe to the committee.

2441         And again, I would say on behalf of the consumers of the 20th

2442    Congressional District of New York, those of the country, and

2443    around the world impacted by this, they deserve a sound

2444    explanation and a fix that will respond to the environmental

2445    damage done here and the consumer fraud.

2446         Mr. Horn.  Yes, sir.  Thank you.

2447         Mr. Murphy.  Thank you.

2448         Ms. DeGette has one final question real quick, and then, we

2449    have got to leave.

2450         Ms. DeGette.  First, Mr. Chairman, I ask unanimous consent

2451    to put Mr. Welch's document into the record.

2452         Mr. Murphy.  So ordered.

2453         Ms. DeGette.  I just have on last question, Mr. Horn, because

2454    you told a whole bunch of us on this committee that, after that

2455    West Virginia University study in May of 2014, everybody was

2456    running around trying to figure out what was going on with these

2457    cars and why there was a discrepancy between the tasks; that your

2458    engineers didn't know the answer.  But, in fact, the discrepancy

2459    was because of a willful act of some engineers in Germany in the

2460    first place, correct?

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2461        Mr. Horn.  That's my understanding, yes.

2462        Ms. DeGette.  And those people, that information about that

2463   discrepancy never made it to Germany, so they could tell your

2464   people what was wrong?  Is that what you are testifying to here

2465   today?

2466        Mr. Horn.  I don't understand what you're trying to say.

2467        Ms. DeGette.  Well, you said your people were trying to

2468   figure out why there was a discrepancy.

2469        Mr. Horn.  Right.

2470        Ms. DeGette.  But there were some people who knew, and those

2471   were the people who wrote that deceptive code in the first place.

2472   Are you telling me that they never told your U.S. people what the

2473   problem was and why there was a discrepancy?

2474        Mr. Horn.  The people who investigated the study in detail,

2475   the study and developed those software fixes were also the

2476   colleagues in Germany.  Of course, they were informing their U.S.

2477   colleagues in Auburn Hills.

2478        Ms. DeGette.  So, did they tell the U.S. colleagues that

2479   there was this deceptive code and that was what was causing the

2480   discrepancy, yes or no?

2481        Mr. Horn.  I don't think so.  I don't think so.

2482        Ms. DeGette.  Thank you.

2483        Mr. Horn.  Otherwise, we would be much earlier here.

111

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2484         Mr. Murphy.   Thank you.

2485         Mr. Horn, that concludes our questioning for now.   This

2486   hearing is not over, but we would appreciate -- more questions

2487   will be coming from committee members -- we would appreciate a

2488   quick and honest response to those as well.

2489         Mr. Murphy.   This hearing is going to adjourn for a couple

2490   of hours, to recess -- excuse me -- for a couple of hours while

2491   the Republican Conference is meeting.   We will reconvene about

2492   15 minutes after the call of the Chair after that meeting.

2493         Thank you much.   We will be back.

2494         Mr. Horn.   Thank you.

2495         Mr. Murphy.   And thank you.

2496         [Whereupon, at 12:18 p.m., the subcommittee recessed, to

2497   reconvene at 1:39 p.m., the same day.]

2498         Mr. Murphy.   All right, we reconvene this Subcommittee of

2499   Oversight and Investigations hearing on Volkswagen's Emissions

2500   Cheating Allegations:   Initial Questions.

2501         We have Mr. Grundler and Mr. Brooks here as witnesses.

2502         And let me just go into this, as we reconvene this hearing.

2503         You are aware that the committee is holding an investigative

2504   hearing, and when doing so, has the practice of taking testimony

2505   under oath.   Do you have any objections to testifying under oath?

2506         Mr. Brooks.   No.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2507          Mr. Grundler.  No.

2508          Mr. Murphy.  Both witnesses say no.

2509          The Chair then advises you that, under the rules of the House

2510     and the rules of the committee, you are entitled to be advised

2511     by counsel.  Do either of you desire to be advised by counsel

2512     during your testimony today?

2513          Mr. Brooks.  No.

2514          Mr. Grundler.  No.

2515          Mr. Murphy.  Both witnesses indicate no.

2516          In that case, would you please rise and raise your right hand,

2517     and I will swear you in?

2518          [Witnesses sworn.]

2519          Mr. Murphy.  Thank you.

2520          For the record, both witnesses have indicated yes.  You are

2521     now under oath and subject to the penalties set forth in Title

2522     18, Section 1001, of the United States Code.

2523          We will now allow you each to give a 5-minute summary of your

2524     opening statement.

2525          Mr. Grundler, you may begin.

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2526    JOINT STATEMENT OF CHRISTOPHER GRUNDLER, DIRECTOR, OFFICE OF

2527    TRANSPORTATION AND AIR QUALITY, OFFICE OF AIR AND RADIATION, U.S.

2528    ENVIRONMENTAL PROTECTION AGENCY, AND PHILLIP BROOKS, DIRECTOR,

2529    OFFICE OF CIVIL ENFORCEMENT, AIR ENFORCEMENT DIVISION, OFFICE OF

2530    ENFORCEMENT AND COMPLIANCE ASSURANCE, U.S. ENVIRONMENTAL

2531    PROTECTION AGENCY

2532

2533        Mr. Grundler.  Chairman Murphy, Ranking Member DeGette, and

2534    other members of the subcommittee, we appreciate the opportunity

2535    to testify on the matter of the Environmental Protection Agency's

2536    Notice of Violation issued to Volkswagen.

2537        I am Chris Grundler and I direct the EPA's Office of

2538    Transportation and Air Quality, which is responsible for EPA's

2539    Air Pollution Compliance Program for all mobile sources,

2540    vehicles, engines, and equipment, including cars, trucks, and

2541    fuels.

2542        I am joined today by my colleague Phil Brooks, Director of

2543    the Office of Civil Enforcement's Air Enforcement Division.

2544    EPA's Civil Enforcement Program develops and prosecutes civil

2545    administrative and judicial cases.

2546        On September 18th, 2015, EPA sent a Notice of Violation, an

2547    NOV, of the Clean Air Act to Volkswagen, including Volkswagen AG,

2548    Audi AG, and Volkswagen Group of America, alleging that

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2549    four-cylinder Volkswagen and Audi diesel cars sold in the U.S.

2550    for model years 2009 to 2015 include software that circumvents

2551    EPA's emissions standards.  Volkswagen manufactured and

2552    installed software in the electronic control module of these

2553    vehicles that sensed when the vehicle was being tested for

2554    compliance with EPA emissions standards.  Put simply, these cars

2555    contain software that turns off or significantly reduces the

2556    effectiveness of emissions controls when driving normally and

2557    turns them on when the car is undergoing an official emissions

2558    test.

2559        This is known as a defeat device.  This design feature

2560    results in the car's emitting up to 40 times the emissions that

2561    are allowed to ensure public health is protected.  These devices

2562    contain essentially a switch that senses whether the vehicle is

2563    being tested or not based on various inputs, including the

2564    position of the steering wheel, vehicle speed, the duration of

2565    the engine's operation, and barometric pressure.  The NOV that

2566    EPA issued covers roughly 482,000 diesel cars.

2567        All new cars sold in the United States must have an EPA-issued

2568    Certificate of Conformity demonstrating that the car meets

2569    applicable federal emissions standards to control air pollution.

2570    By making and selling vehicles with defeat devices that allow for

2571    higher levels of air emissions than were certified to EPA, VW

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2572    violated multiple important Clean Air Act provisions.  These

2573    violations are very serious not only because the illegal defeat

2574    device results in excess emissions many times the allowable

2575    standard, but also because, after the high emissions were

2576    discovered, VW concealed the facts from EPA, the State of

2577    California, and from consumers.

2578        These vehicles are emitting more nitrogen oxides, or NOx,

2579    than regulations allow.  NOx pollution contributes to

2580    ground-level ozone and particulate matter.  We know that exposure

2581    to these pollutants has been linked with a range of serious health

2582    effects, including increased asthma attacks and other respiratory

2583    illnesses that can be serious enough to send people to the

2584    hospital.

2585        We are in the midst of an ongoing investigation into VW's

2586    actions.  We will be working closely with the U.S. Department of

2587    Justice throughout this investigation, and determinations

2588    regarding potential penalties and other remedies will be assessed

2589    as part of the investigation. However, at this point we are unable

2590    to provide further details of the investigation because the

2591    release of such information could jeopardize this ongoing

2592    enforcement investigation.

2593        EPA will continue to work closely with the California Air

2594    Resources Board during the investigation.  CARB led and

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2595    contributed much of the effort to get us to this point.  Our

2596    agencies work very closely together on the implementation and

2597    oversight of the Vehicle Emissions Program.

2598        As part of the investigation, we intend to assess the scope

2599    of VW's liability under the Clean Air Act and whether there are

2600    additional vehicles with defeat devices.  We also intend to

2601    assess the economic benefit to VW of a non-compliance and pursue

2602    appropriate penalties, as well as to assess the excess pollution

2603    from VW's violations and the appropriate ways to mitigate them.

2604        While our enforcement authority concerns air pollution, we

2605    are acutely aware of the impact of these violations on consumers,

2606    and we have provided frequently-asked questions and answers for

2607    consumers on our website, such as whether the cars are safe to

2608    drive and whether EPA is officially recalling the vehicles at this

2609    point.

2610        On September 25th, my office sent a letter to all auto

2611    manufacturers notifying them that we are stepping up our testing

2612    activities in response to these alleged violations.  Over the

2613    40-plus-year history of our program, we have continuously updated

2614    and adapted our approaches to compliance oversight as

2615    technologies and situations have changed.  We take very seriously

2616    our responsibility to oversee the implementation and enforcement

2617    of our regulations.

117

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2618          It is this oversight that ensures the benefits of clean air

2619     emissions standards are realized and that the industry is

2620     competing on a level playing field, and the consumers are getting

2621     what they pay for.

2622          Again, thank you for the opportunity to appear as witnesses

2623     this morning.  We welcome your questions.

2624          [The prepared statement of Mr. Grundler and Mr. Brooks

2625     follows:]

2626

2627     ********** INSERT 2**********

118

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2628        Mr. Murphy.   Thank you.

2629        Mr. Brooks, you don't have a statement?  You issued a joint

2630   statement, correct?

2631        Mr. Brooks.   That is correct.

2632        Mr. Murphy.   Okay.   Thank you.

2633        Now I am going to recognize myself for 5 minutes.

2634        When you speak, just make sure you turn the mic on and bring

2635   it as close to your mouth as possible.

2636        So, Mr. Grundler, in December of 2014, VW conducted a

2637   voluntary recall to address the on-road emissions, as you know.

2638   What information did VW convey to you about the cause and the

2639   proposed solution for the higher emissions in advance of that

2640   recall?

2641        Mr. Grundler.   Thank you, Mr. Chairman.

2642        Throughout the 2014, once California and EPA learned of these

2643   excess emissions, there were numerous technical conversations

2644   between the California Air Resources Board and Volkswagen.

2645   California took the lead on exploring what the problem was with

2646   these vehicles, and my understanding is that they received

2647   multiple different stories, plausible reasons why these vehicles

2648   may not be performing as they are supposed to, chemical-based

2649   reasons, physical-based reasons.

2650        At the end, the remedy that was proposed was described to

119

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2651    fix a problem with the vehicle concerning how it is operated under

2652    different temperatures, what kind of dosing sensors were used to

2653    make the emissions control, the system work properly, and that

2654    they were confident in the fix.

2655         At the time, they were told by the State of California to

2656    proceed, but that California was going to test these vehicles to

2657    make sure that the fix was effective.   And it was not effective,

2658    based on the subsequent testing by the California Air Resources

2659    Board.

2660         Mr. Murphy.   Thank you.

2661         Did you conduct any further evaluation of their conclusions

2662    and proposed solutions in advance of the recall?   So, what was

2663    the operational process you had in interacting with them,

2664    discussions/conversations that go back and forth?

2665         Mr. Grundler.   So, EPA and California have a very strong

2666    partnership when it comes to oversight and compliance.   Sometimes

2667    California takes the lead on these matters.   Sometimes EPA takes

2668    the lead on these matters.   For example, last year we had the lead

2669    with respect to the Hyundai/Kia investigation and subsequent

2670    action.   California volunteered to take the lead on this matter.

2671         And what happened during 2014 is essentially what is

2672    happening right now as we speak, which is trying to determine what

2673    is the right recall solution to address these excess emissions.

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2674   It was VW's responsibility to identify what was wrong and to

2675   propose a fix.  They did so.  That fix did not work.

2676        So, most of these interactions were between California and

2677   the company.  EPA, my team, participated in some of them.  We

2678   became much more actively involved in 2015, when California

2679   produced their test results on the supposed fix of these vehicles

2680   and that data showed that there still remained very high and

2681   unexplained excess emissions.

2682        Mr. Murphy.  Who did you have these conversations with, with

2683   VW, going back and forth, communicating while they are working

2684   or they are talking to you about these results?  Do you recall

2685   who that was?

2686        Mr. Grundler.  So, I want to be clear.  I was not part of

2687   those conversations.  It was my team and the California

2688   counterparts.  My understanding is those conversations included

2689   both officials from VW of America as well as officials from

2690   Germany.

2691        Mr. Murphy.  Do you know their names for the record?

2692        Mr. Grundler.  I do not.

2693        Mr. Murphy.  Can you identify those?  Are those things you

2694   could get for us?

2695        Mr. Grundler.  Yes.

2696        Mr. Murphy.  Would you please do so?  That would be

121

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2697    important.

2698        Mr. Murphy.  Now I have a technical question.  I am not sure

2699    if either of you can answer this.  So, here is this switch that,

2700    when it is in one position for an emissions test, it made a change

2701    in how this was operational, so the emissions would be lower; in

2702    the other position, the emissions were quite high.  Is it possible

2703    to just keep that switch in the position of low emissions, and

2704    then, they could be in compliance or does that damage the engine

2705    or reduce power significantly?  Do you have any idea?

2706        Mr. Grundler.  Well, those are exactly the same kind of

2707    questions we are asking Volkswagen right now.  It's not actually

2708    a switch, sir.  It is what we call a dual-calibration strategy.

2709    So, the vehicle is programmed to work two different ways.  And

2710    when the vehicle senses when it's on a test, it very quickly goes

2711    into clean mode, and when it does not sense the very specific

2712    parameters that are specified in our federal test procedures, it

2713    goes into a high-pollution mode.

2714        So, I think what you're asking is --

2715        Mr. Murphy.  Yes, that's what we --

2716        Mr. Grundler.   -- can you just take this software and will

2717    the vehicle operate normally?  And we don't know yet.  We're

2718    asking those questions.  And the answers will depend, as you heard

2719    this morning, on which generation of diesel engines we're talking

122

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2720    about.  We believe that the newer generation, the so-called

2721    Generation 3 engines, will be much easier to fix than the older

2722    versions.

2723        Mr. Murphy.  Thank you.  I am out of time now.

2724        Ms. DeGette, 5 minutes.

2725        Ms. DeGette.  Thanks.

2726        Just to continue along, the newer versions, they have these

2727    Urea Tanks.

2728        Mr. Grundler.  Right.

2729        Ms. DeGette.  And so, it is a system that you can both adjust

2730    the NOx filters and the Urea Tanks?  And in fact, the VW dealer,

2731    the dealer in Denver and also their mechanics told me they feel

2732    like it would be a pretty easy adjustment, even just in the codes,

2733    to fix it in the 2015 and 2016 models.  Is that your understanding,

2734    Mr. Grundler?

2735        Mr. Grundler.  I don't want to speculate that.

2736        Ms. DeGette.  Yes.

2737        Mr. Grundler.  That seems logical to us.

2738        Ms. DeGette.  Right.

2739        Mr. Grundler.  We want to see the software.  We want to test

2740    the vehicle before --

2741        Ms. DeGette.  Obviously, yes.

2742        Mr. Grundler.   -- any further action is taken.

123

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2743        Ms. DeGette.  Yes, obviously.

2744        Mr. Grundler.  You can imagine that we're skeptical.

2745        Ms. DeGette.  But it is the agency's position that these

2746   vehicles do need to be fixed, right?

2747        Mr. Grundler.  Absolutely.

2748        Ms. DeGette.  I mean, they are non-compliant under both

2749   federal law and California State law?

2750        Mr. Grundler.  That is correct.

2751        Ms. DeGette.  You know, I think some of the impressions given

2752   by Volkswagen is, well, you know, they are safe to drive.  They

2753   might be safe to drive, but they don't comply with the emissions

2754   standards, right?

2755        Mr. Grundler.  That's right.

2756        Ms. DeGette.  So, for the cars between 2009 and 2014, the

2757   fix is a bigger problem because they don't have the Urea

2758   Containers.  And so, it is harder to see how, without major

2759   structural changes to these cars, how they could be brought into

2760   compliance?  Is that your understanding?

2761        Mr. Grundler.  That is correct.  They will require a more

2762   substantial engineering solution.

2763        Ms. DeGette.  They are either going to require installation

2764   of a Urea System or different NOx filters or both.  So, that is

2765   going to be quite elaborate.  I am not a mechanic, and I don't

124

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2766   pretend to be one, but I went over and looked at this.  And it

2767   looked like a very knotty problem to me.

2768        Mr. Grundler.  What California and EPA have directed

2769   Volkswagen to do is to present more than one option on how to

2770   address these excess emissions.  And we want to look at these

2771   options very carefully, particularly with respect to what impacts

2772   they will have on the owners.

2773        Ms. DeGette.  Right.  And have you given VW any kind of a

2774   deadline for coming up with that fix or have they indicated to

2775   you when they might be able to come up with this?  This is

2776   something that really concerned the panel in the earlier

2777   conversations today.

2778        Mr. Grundler.  I can assure you we have a very strong sense

2779   of urgency.  We are pressing Volkswagen for that plan and for

2780   those solutions.  We're meeting with them on practically a daily

2781   basis.  We hope to get a proposal very, very soon.  But we want

2782   to make sure that it's effective.  So, there's some risk in

2783   rushing, but we expect to see something as early as next week with

2784   respect to the Generation 2 vehicles.

2785        Ms. DeGette.  And has the company told you that they believe

2786   they can fix the affected vehicles without affecting fuel economy,

2787   engine performance, or both?

2788        Mr. Grundler.  They have not said so.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2789          Ms. DeGette.  Okay.  So, I just want to say one last thing,

2790     which is oftentimes we have the EPA in here, and sometimes it is

2791     not the most pleasurable experience testifying.  But in this case

2792     the Director of the International Council on Clean

2793     Transportation, which was the organization that commissioned the

2794     West Virginia study, said, quote, "This is a powerful affirmation

2795     of U.S. federal and California vehicle emissions regulations and

2796     of the agencies.  Clear protocols, in-use requirements for the

2797     useful life of vehicles, clear enforcement follow-through, the

2798     authority to fine and force recalls, these are the best practices

2799     that regulations worldwide should incorporate, and today's

2800     announcement shows why."  End quote.

2801          So, thank you and your agency for your efforts here.

2802          I want to ask you, Mr. Grundler, in light of VW's deception,

2803     are you adjusting testing going forward?

2804          Mr. Grundler.  Yes, and we already have.

2805          Ms. DeGette.  And what have you done?

2806          Mr. Grundler.  Well, we have learned from this episode for

2807     sure.  We wish we had found it sooner.  As soon as we learned of

2808     this data, CARB and EPA focused --

2809          Ms. DeGette.  So, how are you adjusting the testing going

2810     forward?

2811          Mr. Grundler.  The bottom line, madam, is that we are going

126

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2812    to be unpredictable.  What is required for a robust compliance

2813    and oversight program is both testing of new vehicles in the lab,

2814    testing of what we call in-use vehicles in the lab as on-road

2815    measurements.

2816         Ms. DeGette.  Thanks.  I don't have much time.

2817         Mr. Brooks, are you adjusting enforcement efforts going

2818    forward and, if so, how?

2819         Mr. Brooks.  Thank you for the question.  The answer is yes,

2820    although I think the prosecution, the investigation of this matter

2821    will proceed along our normal path.  I think what we will see is

2822    we will be getting a lot more phone calls from people.  And so,

2823    in that way, it will change.  We will have more to respond to.

2824         Ms. DeGette.  Thank you.

2825         Thank you very much, Mr. Chairman.

2826         Mr. Murphy.  I think Mr. Griffith is next.  Mr. Griffith,

2827    you are next for 5 minutes.

2828         Mr. Griffith.  Thank you very much, Mr. Chairman.

2829         And I appreciate you all being here and appreciate the

2830    questions that have already been asked.

2831         Obviously, there are a number of us, if you were listening

2832    to the previous testimony, you know I am one of the people who

2833    owns one of the diesel Volkswagens.  And so, I have some questions

2834    in that regard.

127

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2835        I think it is important that you change your testing methods.

2836    The first question I am going to ask you is, do you think it might

2837    be helpful in doing your job if we passed some legislation that

2838    would allow a portion of the fine money in a fraud case like this

2839    to go to the university that discovered it?  I mean, WVU

2840    discovered the problem.  You all didn't.

2841        Believe it or not, I don't think the EPA can and should do

2842    everything, and that this might be of some assistance.   Just like

2843    we do with certain bad actors in other criminal-type settings who

2844    are committing fraud on consumers or selling drugs, we take some

2845    of their ill-gained goods.  We take it away from them, and the

2846    government gives it back to some of the folks who helped discover

2847    it, law enforcement and prosecutors.  Do you think that might be

2848    a helpful piece of legislation for us to take a look at?  Either

2849    one of you, or both.

2850        Mr. Brooks.  Well, I don't think I could comment on what

2851    legislative changes might be necessary.  I do understand that in

2852    the criminal context those kinds of remedies have been imposed

2853    before.

2854        Mr. Griffith.  So, the question is, if you have that power

2855    now, please tell us.

2856        Mr. Murphy.  Excuse me one second.

2857        Could you speak close to the mic?  None of us can hear you.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2858    You are going to have to sit forward and into the mic.

2859        Mr. Griffith.  If you currently have that power, then let

2860    me know that.  But, if you don't have that power, in other words,

2861    whenever you come up with the fine that is appropriate for

2862    Volkswagen, it would seem to me -- and I don't know that you have

2863    that authority now -- to give WVU, West Virginia University, that

2864    uncovered this problem part of the fine to help them continue their

2865    research.  I mean, that is what we do with prosecutors.  We do

2866    that with law enforcement agencies who uncover crime.  We do that

2867    in some securities cases.  There are different ways that is done.

2868        Do you all think that would be an authority that would be

2869    helpful for the people of the United States of America?

2870        Mr. Brooks.  Well, I can take that back and we can respond

2871    in writing.

2872        Mr. Griffith.  All right.

2873        Mr. Griffith.  It sounds like a good idea to me, I will just

2874    tell you.

2875        It is interesting that WVU found it and that you all did not,

2876    but I understand you can't do everything.  And you have answered

2877    some questions about how you are going to go forward.

2878        Let's go to the other side of this.  Now I will, whatever

2879    you all come up with and whatever Volkswagen comes up with, I will

2880    get my car fixed.  Or, if they do a buy-back program, I will have

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2881  to debate whether it is better to fix it or to sell it back to

2882  the company because it is not doing what it is supposed to.

2883  But I am just curious, at some point -- and right now, I

2884  understand you are not doing that -- but, at some point, am I going

2885  to be subject, or other consumers in my shoes, are they going to

2886  be subject to penalties from the EPA for driving a vehicle that

2887  doesn't meet the standards that were supposed to be in place when

2888  they bought the vehicle?

2889  Mr. Grundler.  That question depends on where the particular

2890  owner of a Volkswagen, of one of these vehicles, lives.  If you

2891  live in an area that does regular emissions tests, that the State

2892  conducts these inspections, emissions inspections, some states

2893  require that, in order to re-register the vehicle, if it is subject

2894  to a recall, to show that the fix has been made.  Other states

2895  do not have that requirement.  It depends on where you're living.

2896  Mr. Griffith.  Okay.  So, for some people who may not be

2897  paying attention to whatever notices they might get or, for

2898  whatever reason, aren't following the news -- and believe it or

2899  not, there's a whole bunch of those folks out there who don't

2900  follow day-to-day news -- they could actually end up with some

2901  kind of a penalty from their state.  But, currently, there is

2902  nothing nationally?

2903  Mr. Grundler.  That's right.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2904        Mr. Griffith.  Would you anticipate that the EPA would go

2905    in the direction of some kind of a national program if enough of

2906    the cars did not get bought back or fixed after a certain number

2907    of months?

2908        Mr. Grundler.  We certainly will be encouraging consumers

2909    to --

2910        Mr. Griffith.  I understand that.  You are going to get the

2911    word out as best you can?

2912        Mr. Grundler.  That's right, but --

2913        Mr. Griffith.  But they don't get the message; there's still

2914    a million cars or 100,000 cars, I think.

2915        Mr. Grundler.  I would not anticipate --

2916        Mr. Griffith.  You would not anticipate that?

2917        Mr. Grundler.   -- EPA going after individuals.

2918        Mr. Griffith.  But it is a possibility?

2919        Mr. Grundler.  I don't think that's a possibility under the

2920    Clean Air Act.

2921        Mr. Griffith.  Because let me tell you one of my concerns

2922    is -- and it doesn't have anything to do with you all, and it is

2923    a rhetorical question, so you don't have to answer it.  I will

2924    tell you that upfront.  But yesterday we had an EPA official in

2925    and we were talking about the Clean Power Plan and the

2926    cap-and-trade scheme, which they didn't call it the cap-and-trade

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2927   scheme; they kept resisting that. But it talks about putting a

2928   limit on emissions and, then, being able to make trades. So, it

2929   sounds like cap-and-trade.

2930       And what was interesting about it was that I had a list of

2931   quotes from Lisa Jackson in 2011; Gina McCarthy, 2011, Gina

2932   McCarthy, 2013; Gina McCarthy, 2014, that said they were never

2933   going to consider, and, in fact, it wasn't allowed under the law,

2934   to do a cap-and-trade scheme. And then, I am looking at some

2935   cap-and-trade scheme.

2936       So, I am a little concerned, not for me. I am going to do

2937   what I need to do to make my car right or get rid of it. But there

2938   are going to be a lot of folks out there who may be caught, and

2939   I just want to make sure that the EPA isn't doubling down on their

2940   damages, because every one of us that bought one of these vehicles

2941   is damaged in some form or another.

2942       So, I appreciate you listening to that. If you want to

2943   answer, I will give you a chance to answer. Mr. Brooks looks like

2944   he wants to answer.

2945       Mr. Brooks. I will assure you that I am aware of absolutely

2946   no provision of the Clean Air Act which would allow a prosecution

2947   for the things that you are talking about.

2948       Mr. Griffith. And that is exactly what Lisa Jackson told

2949   us two or three years ago, but that is okay. We will move on.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2950          You know, last but not least --

2951          Mr. Brooks.  I'll say it won't happen.

2952          Mr. Griffith.  Yes.  On Gen 1 cars, I have read somewhere

2953     that it is going to take -- it is a more complicated fix, we heard

2954     this morning, but it is also going to take up some of the space

2955     probably in the trunk area of the vehicle.  Have you all heard

2956     that?

2957          Mr. Grundler.  Sir, that would depend completely on what the

2958     remedy would be.  And as I said earlier, we are going to take a

2959     very careful look at what impact this is going to have on owners

2960     and consumers.  That will be central to how we review the options

2961     that Volkswagen comes forward to.  So, we don't know that yet.

2962          Mr. Griffith.  All right.  I appreciate it very much.

2963     Thank you all for being here.

2964          I yield back.

2965          Mr. Murphy.  The gentleman yields back, and I recognize Mr.

2966     Pallone for 5 minutes.

2967          Mr. Pallone.  Thank you.

2968          Mr. Grundler, one of the concerns that I raised with Mr. Horn

2969     earlier was this concern about whether we might find these defeat

2970     devices or similar problems with other cars.  So, I wanted to ask

2971     the question, do yo have the tools and authority you need to ensure

2972     there are no other cheaters out there?

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2973        Mr. Grundler.  Yes, we do.

2974        Mr. Pallone.  But I am also concerned about -- and maybe this

2975   is for Mr. Brooks -- about the comments that Mr. Horn made where

2976   he suggested, you know, there were a couple of rogue engineers

2977   that may have done this, but suggested that there was no corporate

2978   responsibility.

2979        Is it the EPA or is it the AG?  Who goes after the

2980   individuals, corporate or otherwise, that might be responsible

2981   for this?  Or do you at some point envision even bringing charges,

2982   you know, like criminal charges against the corporation itself

2983   for this intentional deceit?

2984        Mr. Brooks.  Thank you for the question.  I can't speculate

2985   now as to exactly what course all the enforcement actions will

2986   take.  I can tell you that my office has already taken the initial

2987   enforcement action, and I can tell you that we are working with the Department of Justice on these matters.

2988        Mr. Pallone.    But I guess what I am asking -- and I won't keep repeating, but one more time -- you

2989   know, we keep talking about the fines because of what happened.    But does this rise to individual

2990   responsibility for those responsible?    And is there such a thing as criminal action against the corporation?    I

2991   mean, I know I am speculating, but are those possibilities?

2992        Mr. Brooks.    Let me be careful in answering that.    First of all, I think that the concern that has been

2993   expressed here by members is exactly our concern.    Who, what, when, where, why, how?    And so, I'm quite

2994   certain that the investigations that are ongoing and that will be begun will get into exactly that.

2995        I think it would be unfair for me to say much more about what the end result might be.

134

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

2996        Mr. Pallone.      But it is a possibility?

2997        Mr. Brooks.      Certainly it is a possibility.

2998        Mr. Pallone.      Okay.      You know, I was glad that Mr. Horn actually said that he understood the

2999    impact of these emissions and they could have health and safety impacts.      I mean, he did say that.

3000        But does it go beyond that?      I mean, in other words, you know, he is admitting that this took place

3001    and that there could be some health and safety impacts because of the increased emissions.      How does the

3002    EPA hold Volkswagen responsible for the environmental effects of their decision to evade emissions standards?

3003    In other words, does the EPA consider, is it possible that they could be held responsible for the impact on

3004    essentially dirtier air, not just fix the cars, but that there might be some damages or some kind of payment that

3005    would have to be made because the air was made dirtier or that people's health and safety were impacted?

3006        Mr. Brooks.      Thank you for that question.      The answer to that is yes.      While it may go by different

3007    names, we tend to talk about it in terms of mitigation, but the concept there is exactly what you articulated.

3008    We're looking for the opportunities, the ways in which the damage that has been done to the environment, and

3009    which consequently has impacts on public health, can be addressed.

3010        Obviously, we can't go back in time and take that pollution back out of the air, but many of our

3011    settlements look forward and ask the question, how is it that we can make air quality better than what the law

3012    minimally requires in any given instance?      And that additional reduction in pollution is what we refer to as

3013    mitigation, and we have many, many consent decrees that go about doing that in many different ways.

3014        Mr. Pallone.  So, for example, you could impose some

3015    penalties that might be used to mitigate air pollution in other

3016    ways possibly, not by VW, but, you know, that the EPA would use

3017    that money somehow to mitigate air pollution in some other way?

3018    Just give me an example, and then, I will stop asking, because

135

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3019     my time is almost up anyway.

3020         Mr. Brooks.  Okay.  A lot of the power plant cases we have

3021     had projects, for example, where the company has had to go out

3022     and find a third party to implement a wood stove changeout program,

3023     so that cleaner burning stoves, more efficient wood stoves are

3024     substituted for dirtier stoves.  And that has a direct impact on

3025     air quality in communities because there are lots of communities

3026     out there, as I'm sure you know, that rely very heavily on

3027     wood-burning devices.  So, that's one example.

3028         Mr. Pallone.  All right.  Thank you very much.

3029         Thank you, Mr. Chairman.

3030         Mr. Murphy.  The gentleman yields back.

3031         I recognize Dr. Burgess for 5 minutes.

3032         Mr. Burgess.  Thank you, Mr. Chairman, and I apologize for

3033     being out of the room for part of the hearing.  So, I am going

3034     to ask a couple of questions.  If they have been asked before,

3035     please bear with me and try to give an answer that is consistent

3036     with how you answered previously.

3037         First off, what is the budget for the EPA currently?

3038         Mr. Grundler.  I don't have the budget for the entire EPA.

3039     I can give you the budget for my organization.

3040         Mr. Burgess.  Sure, we will take that.

3041         Mr. Grundler.  So, it's roughly $100 million a year and 340

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3042    full-time people that work in my organization.

3043        Mr. Burgess.   The overall budget for the EPA -- and I am just

3044    relying on memory, which is dangerous -- but I think it is close

3045    to $15 billion.   So, the EPA has resources available.   It has

3046    funding available.

3047        Mr. Grundler.   I do want to correct that.   I think EPA's

3048    budget is around $7 billion and about 15,000 people, roughly.

3049        Mr. Burgess.   Nevertheless, West Virginia University had a

3050    budget for this research project, my understanding is, around $50,

3051    $60, $70 thousand, is that correct?

3052        Mr. Grundler.   We are extraordinarily grateful for the work

3053    that West Virginia University and the ICCT did.   And I am not going

3054    to blame our budget for the fact that we missed this cheating.

3055        I do think we do a very good job of setting priorities at

3056    EPA.   Once we learned of this excess emissions, we focused on it.

3057    We didn't ignore it.   And then, we have also immediately changed

3058    how we are doing our testing regime to be more unpredictable, so

3059    this doesn't happen again in the future.

3060        Mr. Burgess.   Well, with all due respect, just looking at

3061    the situation, I think the American people ought to ask that we

3062    fire you and hire West Virginia University to do our work.   They

3063    certainly are much more cost-effective than this part of the

3064    federal agency.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3065          Let me ask you this:  I sit on another subcommittee.  We have

3066     jurisdiction over the National Highway Traffic Safety

3067     Administration.  So, I am familiar with safety recalls, but we

3068     heard Mr. Horn testify earlier today that this is not a safety

3069     issue with these cars as they are driven.  There are emissions

3070     issues, but there are not safety issues.  Is that correct?

3071          Mr. Grundler.  That's correct.

3072          Mr. Burgess.  So, does EPA do its own kind of recall that

3073     is separate and apart from the National Highway Traffic Safety

3074     Administration?

3075          Mr. Grundler.  We do.

3076          Mr. Burgess.  And would this be www.recalls.gov that is the

3077     website that consumers can go to, to find out information about

3078     the recall or the possible recall on their vehicle?

3079          Mr. Grundler.  We have not ordered a recall yet.  When we

3080     do, we will provide that information for sure.

3081          Mr. Burgess.  That information will be on your website?

3082          Mr. Grundler.  Yes.

3083          Mr. Burgess.  So, I went to the website.  In truthfulness,

3084     staff went to the website.  They printed it off for me.  I am very

3085     grateful for that.

3086          You can get information about pesticides, pesticide

3087     websites, EPA emissions recalls where I assume this would fall.

138

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3088    Is that correct?

3089         Mr. Grundler.  Yes.

3090         Mr. Burgess.  When you click on that link, you get a "Page

3091    not found.  Website improvements underway."  So, can you let

3092    consumers know when they are likely to be able to get that

3093    information off of your website?

3094         Mr. Grundler.  Again, sir, we have not ordered a recall.

3095    So, there is no recall information.  We have information on our

3096    website that talks about our Notice of Violation, what vehicles

3097    are covered, and what consumers need to know today, which is that

3098    they can drive these cars.  These cars are safe to drive.  They

3099    will not be held responsible for any repairs.  That would be the

3100    responsibility of the company.

3101         Mr. Burgess.  Let me ask you this because Mr. Pallone was

3102    asking you things about payment and damages, and because of the

3103    issue that the air was dirtier and health and safety have been

3104    impacted.  So, it is, in all likelihood, Volkswagen of America

3105    is going to face some significant fines and penalties by the

3106    Environmental Protection Agency, are they not?

3107         Mr. Grundler.  I think that's very likely.

3108         Mr. Burgess.  And you heard my admonition to the CEO of

3109    Volkswagen of America:  don't be dismissive.  Don't run from the

3110    fact that this has happened.  You need to be aggressively

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3111    compliant.  And I hope they will be.

3112         But I have got to tell you, this summer I went to Silverton,

3113    Colorado on my own dime and looked at what had happened to the

3114    Animas River, went to the Gold King Mine.  And that was entirely created

3115    and caused by the Environmental Protection Agency.

3116         So, I have had a lot of people ask me, that if a private company had done that and turned the Animas

3117    River yellow, they would be held -- the same thing we are talking about here -- there would be fines; there would

3118    be mitigation costs.    Does the EPA hold itself to the same standard to which it holds private corporations and,

3119    if not, why not?

3120         Mr. Grundler.  Are you asking me to testify about the Gold

3121    King Mine situation?

3122         Mr. Burgess.  Just in general.  The EPA causes a problem.

3123    Should they be held to the same standards?  And, no, I am not

3124    asking you to testify.

3125         In fact, Mr. Chairman, I think we should have a hearing on

3126    that as a separate issue.

3127         But just answer the question.  Should EPA be held to the same

3128    standards to which you are going to hold a private corporation?

3129         Mr. Grundler.  All I can say, sir, because I'm not familiar

3130    with all the details, is I certainly have seen and read that the

3131    Administrator has taken full responsibility for that situation

3132    and we're acting accordingly.

3133         Mr. Burgess.  It looked like a scene out of Ghostbusters.

140

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3134    I will just tell you that.

3135        Thank you, Mr. Chairman.  I will yield back.

3136        Mr. Murphy.  I do want to acknowledge that the gentleman from

3137    Virginia and the gentleman from Texas are both touting my

3138    neighboring state, West Virginia University, a rival of Pitt, but

3139    it is nice to see them get the accolades for doing such good work.

3140        I now recognize Ms. Castor for 5 minutes.

3141        Ms. Castor.  Thank you, Mr. Chairman.

3142        Gentlemen, on September 18th, the EPA issued a Notice of

3143    Violation against Volkswagen.  The notice alleges that certain

3144    Volkswagen and Audi diesel cars for model years 2009 to 2015

3145    include software that circumvents EPA emissions standards for

3146    certain air pollutants.  According to EPA, the software produced

3147    by Volkswagen is a defeat device, as defined by the Clean Air Act.

3148        Mr. Grundler, I understand that VW admitted in August to

3149    installing defeat devices on their vehicles.  That is correct?

3150    Correct?  It is accurate?

3151        Mr. Grundler.  I would describe it in mid-to-late August

3152    California and we got a heads-up that they had, in fact, installed

3153    a defeat device, and we were officially notified on September 3rd.

3154        Ms. Castor.  From Volkswagen?

3155        Mr. Grundler.  Correct.

3156        Ms. Castor.  And what specifically did VW tell EPA they had

141

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3157    done to the engines to circumvent emissions standards?

3158        Mr. Grundler.  We were informed that the vehicles had a

3159    dual-calibration strategy on their engine control units which

3160    allowed the vehicle to operate one way when it sensed it was being

3161    tested by the EPA and in a completely different way when the

3162    vehicle was on the road.

3163        Ms. Castor.  And has VW provided EPA with an engine map that

3164    shows specifically how the defeat device works for each model car

3165    in which it was installed?

3166        Mr. Grundler.  That is my understanding, but I would like

3167    to double-check that for you.

3168        Ms. Castor.  Okay.  I understand the affected vehicles fall

3169    into three generations based on the model and the year.  The

3170    defeat devices may work differently for each of these generations

3171    of vehicles.

3172        Mr. Grundler, at this point, does the EPA have a full

3173    understanding of how the defeat devices work in each of these

3174    generations of vehicles?

3175        Mr. Grundler.  We do not.  We still have many questions for

3176    Volkswagen to answer.

3177        Ms. Castor.  Okay.  So, what else do you need and has VW been

3178    helpful?  What else do they need to provide EPA to give you the

3179    information that you need?

142

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3180        Mr. Grundler.  The information that we're focused on now

3181    like a laser is what are they going to do to address these excess

3182    emissions and take this software off these vehicles, so that they

3183    comply.  We don't need to know specifically how they cheated with

3184    each line of code.  We have got some information on that, but I

3185    think the most important thing going forward is that those defeat

3186    devices are removed, that these vehicles are addressed in a way

3187    that will work for consumers and the environment.

3188        Ms. Castor.  But you have said you have learned some lessons

3189    here.

3190        Mr. Grundler.  We have.

3191        Ms. Castor.  Does EPA have the expertise right now in-house

3192    or do you hire consultants that --

3193        Mr. Grundler.  We do.  We don't need to unpack 100 million

3194    lines of code to find these defeat devices.  The bottom line is

3195    testing them in unpredictable ways, so that we activate these

3196    devices.  That's the bottom line, is what's coming out of the

3197    tailpipe and does it meet our standard?

3198        Ms. Castor.  Are you taking broader action now that you have

3199    learned these lessons about how software code can be deceptively

3200    used to avoid emissions standards?  Do you have the expertise now

3201    to go and look at other code in other automobiles and trucks?

3202        Mr. Grundler.  Yes, we do.

143

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3203        Ms. Castor.  Are you going to do that?

3204        Mr. Grundler.  We are.

3205        Ms. Castor.  Can you explain that a little bit further?

3206        Mr. Grundler.  Yes.  So, we have a number of different kinds

3207    of testing we do.  So, we test every new model of vehicle.  I'm

3208    sorry.  We require the manufacturers to test every new model of

3209    vehicle and submit that data to us, which we review along with

3210    design.  We audit a certain percentage of those by testing them

3211    in our laboratory on prescribed test cycles.  And we also audit

3212    by measuring real-world emissions using these mobile devices.

3213    And it is going to be, going forward, a combination of both

3214    laboratory testing, activity testing -- we know how to download

3215    this software -- as well as this real-world monitoring.

3216        Ms. Castor.  And back to VW, does EPA know yet whether VW

3217    can successfully fix the cars here in the U.S.?

3218        Mr. Grundler.  We don't know that yet.

3219        Ms. Castor.  Okay.  And VW has a number of ongoing internal

3220    and external investigations.  Has Volkswagen committed to

3221    sharing the results of those investigations with EPA?

3222        Mr. Grundler.  They have not.

3223        Ms. Castor.  Have you asked them --

3224        Mr. Grundler.  Let me defer to my colleague here to confirm

3225    that.

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3226          Ms. Castor.   Okay.   So, have you asked them for that

3227     information?

3228          Mr. Grundler.   They have not agreed at this time.

3229          Ms. Castor.   Don't you think that would be a good -- have

3230     you asked them whether or not they would share that information

3231     with EPA?

3232          Mr. Brooks.   We have outstanding official document

3233     requests, and we will be promulgating more of those.   Today we

3234     learned from this morning's session about one particular

3235     investigation, and that is certainly one that we --

3236          Ms. Castor.   Okay.   Will you let the committee know if VW

3237     does not provide the results of their internal investigation?

3238          Mr. Brooks.   Yes, we will.

3239          Ms. Castor.   Thanks.

3240          And to Representative DeGette and Representative --

3241          Mr. Murphy.   I'm sorry, we have a vote coming up, although

3242     if you have another question --

3243          Ms. Castor.   I just wanted to make one point here and submit

3244     this with unanimous consent.   Drew Kojak, the executive director

3245     from the International Council on Clean Transportation, the

3246     nonprofit that discovered the issue, said the easiest solution

3247     is to give EPA more resources, so it can perform the real-world

3248     testing, which may be more expensive, but he said you don't want

145

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3249    to rely on the happenstance investigation of a small NGO to trigger

3250    one of the largest global recalls around.  So, that is the last

3251    thing for all of us.

3252        Mr. Murphy.  Without objection.

3253        Mr. Murphy.  We have got three members who need to ask

3254    questions.  I have got eight minutes and 50 seconds.  Let's do

3255    it.  So, if you can shorten your questions out of respect for the

3256    other members, please do.  So, that takes us down to zero.

3257        How many votes do we have?

3258        Ms. DeGette.  Two votes.

3259        Mr. Murphy.  Two votes?

3260        All right.  Dr. Bucshon?

3261        Mr. Bucshon.  Yes, on September 25th, 2015, the agency

3262    announced that it would be conducting additional testing to

3263    evaluate use of defeat devices in all vehicles.  What is the

3264    current status of the testing?

3265        Mr. Grundler.  Thank you for that question.  Our first

3266    priority is to test all light-duty diesel vehicles.  We are in

3267    the midst of that testing.  We have teamed up with California and

3268    Environment Canada, both who have the capabilities, as we do.

3269        Mr. Bucshon.  And how many vehicles have you tested so far?

3270    Do you know?

3271        Mr. Grundler.  We are still testing the first batch of

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3272    vehicles.

3273        Mr. Bucshon.   Okay.   What are you seeing so far?

3274        Mr. Grundler.   I have not seen any data yet, sir.

3275        Mr. Bucshon.   Okay.   And what criteria are you using and

3276    what is the procedure for implementing the testing, this testing?

3277        Mr. Grundler.   We're being careful not to share with the

3278    automakers how we're going to do this new testing because we want

3279    to be unpredictable.   But it will be a combination of both these

3280    five cycles that we test on today, what we call off-cycle dyno

3281    testing as well as this real-world onboard monitoring.

3282        Mr. Bucshon.   And does this include all light-duty vehicles

3283    or just diesel technology?

3284        Mr. Grundler.   We're starting with diesels.

3285        Mr. Bucshon.   And then, would you be willing to commit to

3286    keeping the committee informed of your progress and provide us

3287    associated details regarding the testing procedures, data, and

3288    results?

3289        Mr. Grundler.   Yes.

3290        Mr. Bucshon.   And do you think that this is an isolated

3291    incident or do you have concerns with diesel technology in

3292    general?

3293        Mr. Grundler.   I don't have concerns with diesel technology

3294    in general.   I don't expect to find widespread problems, but we

147

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3295    are going to be taking a very close look.

3296         Mr. Bucshon.  Okay.  I yield back, Mr. Chairman.

3297         Mr. Murphy.  Ms. Schakowsky is next, yes.

3298         Ms. Schakowsky.  Thank you.

3299         Mr. Murphy.  And we had asked members if you don't have a

3300    lot of questions to ask because we only have six minutes to get

3301    to the Floor.

3302         Ms. Schakowsky.  Okay.

3303         Mr. Murphy.  Thank you.

3304         Ms. Schakowsky.  Mr. Grundler, whose job is it to make

3305    consumers whole?

3306         Mr. Grundler.  We are not the Consumer Protection Agency.

3307    There are other federal agencies and state agencies that have that

3308    responsibility.  But, as I testified earlier, the consumer is

3309    going to be central to how we are reviewing the options to address

3310    these excess emissions.

3311         Ms. Schakowsky.  So, let me ask you about the excess

3312    emissions now are violating the EPA standards, right?

3313         Mr. Grundler.  Correct.

3314         Ms. Schakowsky.  But we just heard testimony from

3315    Volkswagen, and I have a letter sent to owners that says you can

3316    still drive them.  So, under what authority, then, does the EPA

3317    say that these cars that are emitting 10 to 40 times the allowed

148

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3318    amount to continue to be on the road?

3319        Mr. Grundler.  Well, the responsibility and the liability

3320    for those excess emissions lies with Volkswagen, and that's why

3321    we're conducting this investigation and learning what the remedy

3322    is, and then, pursuing mitigation to address the environmental

3323    harm.

3324        Ms. Schakowsky.  But you already said that some states, if

3325    they were to bring their car in and for some reason that defeat

3326    device were not on, then the consumer actually could be

3327    responsible for the increased emissions.  Is that right?

3328        Mr. Grundler.  It's our understanding and belief that this

3329    defeat device will also defeat those state inspections.  So, we

3330    do not expect these vehicles, were they to be called in for an

3331    annual or biannual inspection, to fail.

3332        Ms. Schakowsky.  So, in the meantime, though, there are half

3333    a million cars running around that are emitting greater emissions.

3334        Mr. Grundler.  Yes.

3335        Ms. Schakowsky.  So, what, then, does the EPA do?  We heard

3336    it could be for a year, maybe more than a year, before there is

3337    any real fix.

3338        Mr. Grundler.  So, I don't know how long it is going to take

3339    to get the real fix, but the goal of our enforcement action will

3340    certainly be to make the environment whole.  That is our job.

149

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3341        Ms. Schakowsky.  Okay.  So, you know already that there are

3342    half a million cars --

3343        Mr. Grundler.  Yes.

3344        Ms. Schakowsky.  -- that consumers are told they can

3345    legally drive that are emitting more than your rules say?

3346        Mr. Grundler.  Right.

3347        Ms. Schakowsky.  So, what is happening now to hold them

3348    accountable for that?  You don't have to test them.  You know that

3349    they are already over the line.

3350        Mr. Grundler.  The owners of these vehicles are innocent in

3351    this matter.

3352        Ms. Schakowsky.  Right.

3353        Mr. Grundler.  And we are working intently with California

3354    and the company to identify how to make these vehicles compliant.

3355    Once we are confident that we have the right remedy, we will order

3356    those recalls, and it will be the company's responsibility to fix

3357    those vehicles.

3358        Ms. Schakowsky.  And in the meantime, will they be penalized

3359    for having these non-compliant cars?

3360        Mr. Grundler.  The consumers?

3361        Ms. Schakowsky.  No.

3362        Mr. Grundler.  The company?

3363        Ms. Schakowsky.  The company.

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3364       Mr. Grundler.  No.  No, that will be the result of our

3365    ongoing investigation.  That's what will be determined by the

3366    ongoing investigation.

3367       Ms. Schakowsky.  What part of this don't you know already?

3368    What part don't you know already?  You know that all those cars

3369    are exceeding your rules.  I don't get it.

3370       Mr. Grundler.  Well, there are many things we don't know.

3371    We don't know the why, the what, the where, who was responsible.

3372       Ms. Schakowsky.  No, you know the fact of it, though.

3373       Mr. Grundler.  But we know the fact.  The fact is that

3374    Volkswagen designed and installed illegal software on --

3375       Ms. Schakowsky.  And the consequence you know, that they are

3376    emitting all these extra emissions?

3377       Mr. Grundler.  We have not done that calculation yet, but

3378    we know that they can be anywhere from 10 to 40 times.

3379       Ms. Schakowsky.  Right.

3380       Mr. Grundler.  We have not done the math to figure out what

3381    those excess tons are and how we are going to mitigate them.

3382       Ms. Schakowsky.  I yield back.

3383       Mr. Murphy.  The gentlewoman yields.

3384       Right now, Ms. Clarke, you are recognized for 5 minutes.

3385       Ms. Clarke.  Thank you, Mr. Chairman.

3386       Gentlemen, I would like to pick up on the point just raised

**This is a preliminary, unedited transcript.   The statements within may be inaccurate, incomplete, or misattributed to the speaker.   A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3387    by my colleague Ms. Schakowsky with respect to the emissions

3388    testing.  New York State is one of those states that requires

3389    emissions testing.  And typically, if your vehicle fails an

3390    emissions test, you can be fined, right?  So, we know that,

3391    because of the defeat device, most likely those vehicles would

3392    not be detected?

3393         Mr. Grundler.  Correct.

3394         Ms. Clarke.  However, that doesn't change the fact that

3395    under normal circumstances these vehicles would not be permitted

3396    on the road.  So, to have your agency say, "Well, because it's

3397    not your fault, you can continue to drive," doesn't it sort of

3398    undermine the state's requirement for certain emissions levels

3399    to be contained?  For you to then undermine that with the ability

3400    for people, notwithstanding the fact that it is not their fault,

3401    most people, when their vehicle has an emissions problem don't

3402    recognize it and don't typically think it is their fault, either.

3403    However, we have to remedy it before we can take our vehicles on

3404    the road.  Otherwise, we are fined.  We receive stickers, and

3405    those stickers indicate whether our vehicles are in compliance.

3406         Here we have these stealth vehicles running around in certain

3407    jurisdictions that do fail that, that would fail that under normal

3408    circumstances.  How do you reconcile that?

3409         Mr. Grundler.  The fines are a matter of state law.

152

**This is a preliminary, unedited transcript. The statements within may be inaccurate, incomplete, or misattributed to the speaker. A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3410        Ms. Clarke.  Right.

3411        Mr. Grundler.  The way to reconcile that is to identify an

3412    effective remedy, and once that remedy is fixed, those vehicles

3413    will pass those state inspections and those owners will not be

3414    subject to fines.

3415        Ms. Clarke.  The challenge is the fact that this has been

3416    happening with vehicles since 2009.  We have no idea when this

3417    remedy is going to be cooked up.  We don't know whether the remedy

3418    is going to be hard and fast, something that we can rely on.  We

3419    are hoping, but there is going to be testing.  There is going to

3420    be concerns going forward because of the deception of how all of

3421    this occurred.  I mean, we are talking about software here, right?

3422        Mr. Grundler.  That's right.

3423        Ms. Clarke.  How do we reconcile that?  And let me ask, in

3424    addition to that, are we able to determine those states that do

3425    require -- we know California, for instance.  There are probably

3426    other states with emissions testing.  How many vehicles, how many

3427    of the 500,000 vehicles are resident within those states, and what

3428    the effect or the immediate impact would be to the environment

3429    of the people that reside in those states?  Have we been able to

3430    get a sense of that?

3431        Mr. Grundler.  That's all going to be determined as a result

3432    of our investigation.  It is knowable where these vehicles are

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3433    registered --

3434        Ms. Clarke.  Yes.

3435        Mr. Grundler.   -- and where they reside.  It is not

3436    knowable yet how it is going to be fixed.  We want to have the

3437    confidence that it will be effective, but that will require some

3438    time.

3439        Ms. Clarke.  Do you anticipate that you will be hearing from

3440    states' attorneys general and other concerned entities within

3441    these states, probably their own environmental protection

3442    organizations at the state level, to try to get a handle around

3443    this?  Because, you know, there are certain areas where this type

3444    of emission exacerbates already-troubled circumstances for

3445    individuals who have health compromised.  I mean, do we see a

3446    sense of urgency for really dealing with this?

3447        Mr. Grundler.  We've already heard from both state attorneys

3448    general and state environmental --

3449        Ms. Clarke.  I'm sure.

3450        Mr. Grundler.  I met with all the state environmental

3451    directors just this week in New Orleans.  The air directors, they

3452    are concerned.  They want to help and they are very anxious, as

3453    are we, to identify how these excess tons, this excess air

3454    pollution will be mitigated.  And that will all go into part of

3455    how we are going to resolve this once and for all.  We want to

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3456    get to the bottom of it.

3457    Ms. Clarke.  In closing, Mr. Chairman, when you have been

3458    able to complete your analysis, if you can get to this committee

3459    a breakdown by state, that would be very helpful.  We may have

3460    seen spikes in public health issues that have been exacerbated

3461    in some form or fashion based on clusters and where these cars

3462    reside.  And we would like to be able to attribute that in some

3463    form or fashion to maybe the changes that occurred in the

3464    atmosphere as a result of maybe a cluster of ownership in a

3465    particular jurisdiction.  I think that is going to be very

3466    important for us to know.

3467    Mr. Grundler.  I understand, and we will do whatever we can

3468    to serve the committee's work here.

3469    Ms. Clarke.  Very well.

3470    I yield back, Mr. Chairman.

3471    Mr. Murphy.  Thank you.

3472    I just want to add, on top of the questions Ms. Clarke just

3473    gave, if you gather information with regard to state rules, with

3474    regard to anti-tampering laws, fines, and also whether it is

3475    criminal penalties and other aspects along those lines, we would

3476    appreciate that, as you are gathering this information for us.

3477    This would be helpful for the committee.

3478    I want to say I ask unanimous consent that the contents of

**This is a preliminary, unedited transcript.  The statements within may be inaccurate, incomplete, or misattributed to the speaker.  A link to the final, official transcript will be posted on the Committee's website as soon as it is available.**

3479    the documents to be introduced into the record and authorize staff

3480    to make any appropriate redactions.  So, without objection, the

3481    documents will be entered into the record, and any redactions that

3482    staff determines are appropriate.

3483        Mr. Murphy.  And I want to thank the witnesses for coming

3484    today.  We appreciate your time and your attention in this

3485    difficult matter, but it is important to us.  And thank you for

3486    the testimony and to the members for their devotion to this hearing

3487    today.

3488        The committee rules provide that members have 10 days to

3489    submit additional questions to the record to the witnesses, and

3490    we hope you will respond promptly to that.

3491        With that, this hearing is adjourned.

3492        [Whereupon, at 2:32 p.m., the subcommittee was adjourned.]