# EXHIBIT DD

## Waiver

I, Oliver Schmidt, born 1969 in the Federal Republic of Germany, German citizen, currently detained in Detroit, Michigan, United States of America,

- being fully aware of the circumstance that Art. 16 Para. 2 of the Basic law prohibits the extradition of German citizens to the United States of America, and

- in the event that I am able to return to the Federal Republic of Germany following my release from pretrial detention and the government of the United States requests my extradition from the [German] federal government,

irrevocably declare, that I consent to an extradition request that involves the crimes named in the indictment by the Grand Jury at the United States District Court of the Eastern District of Michigan / Southern Division, dated January 11, 2017 – No. 2:16cr-20394 – and that I waive any objection against the requested extradition.

The same applies if I were to be detained in a member state of the European Union, or any other country in the world, on the basis of an extradition request by the United States of America in the matter referenced above.