# EXHIBIT TT

(212) 637-2479  
Fax: (212) 637-0421  
Email: jason.cowley@usdoj.gov  
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth Paul**  
United States Attorney's Office, SDNY  
One Saint Andrew's Plaza  
New York, NY 10007  
(212) 637-2326  
Fax: (212) 637-2937  
Email: sarah.paul2@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2013 | 1 | INDICTMENT FILED as to Edgar Paltzer (1) count(s) 1, Stefan Buck (2) count(s) 1. (jm) (Entered: 04/18/2013) |
| 04/16/2013 | | Case Designated ECF as to Edgar Paltzer, Stefan Buck. (jm) (Entered: 04/18/2013) |
| 08/09/2013 | 4 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Thomas W. Ostrander, Esq. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8772420. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Edgar Paltzer as to Edgar Paltzer, Stefan Buck. (Attachments: # 1 Text of Proposed Order)(Ostrander, Thomas) Modified on 8/12/2013 (wb). (Entered: 08/09/2013) |
| 08/09/2013 | 5 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** AMENDED MOTION for Leave to Appear *CERTIFICATE OF GOOD STANDING ATTACHED* Document filed by Edgar Paltzer as to Edgar Paltzer, Stefan Buck. (Attachments: # 1 Exhibit CERTIFICATE OF GOOD STANDING)(Ostrander, Thomas) Modified on 8/12/2013 (wb). (Entered: 08/09/2013) |
| 08/12/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 4 MOTION for Thomas W. Ostrander, Esq. to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8772420. Motion and supporting papers to be reviewed by Clerk's Office staff.. The filing is deficient for the following reason(s): Expired Certificate of Good Standing. Re-file the document as a Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days.** (wb) (Entered: 08/12/2013) |
| 08/14/2013 | 7 | Arrest Warrant Returned Executed on 8/14/13 as to Edgar Paltzer. (jm) (Entered: 08/16/2013) |
| 08/14/2013 | | Arrest of Edgar Paltzer. (jm) (Entered: 08/16/2013) |
| 08/14/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Deft. present with attorney Tom Ostrander; AUSA Cowley also present. Deft. to be released on own signature with remaining conditions to be met by 9/1/13 with those conditions being as follows: $2,000,000 FRP; two FRPs by 9/1/13, secured by a painting owned by deft. and valued by an appraiser at $450,000 to $550,000 entitled La Gardeuse de Chevres and to be maintained in the office of defense counsel and turned over to the Gov't, if requested; the defendant execute a consent to extradition no later than 9/1/13 in a format approved by the U.S. Attorney. The government consents to deft. returning to Switzerland during the pendency of this case and does not request PSA supervision; travel is restrict to Europe |

| | | |
|---|---|---|
| | | and the SDNY/EDNY. Initial Appearance as to Edgar Paltzer held on 8/14/2013. (jm) (Entered: 08/16/2013) |
| 08/14/2013 | 8 | ORDER for admission pro hac vice as to Edgar Paltzer. (Signed by Magistrate Judge Ronald L. Ellis on 8/14/13)(jm) (Entered: 08/16/2013) |
| 08/14/2013 | | Attorney update in case as to Edgar Paltzer. (jm) (Entered: 08/16/2013) |
| 08/14/2013 | 14 | Appearance Bond Entered as to (13-Cr-282-01) Edgar Paltzer in amount of $2,000,000. $2,000,000 PRB to be co-signed by 2 financially responsible person; with co-signer signatures to be obtained no later than September 1, 2013; secured by a painting owned by Mr. Paltzer and valued by an appraiser as being worth between $450,000 & $500,000. The painting entitled La Gardeuse de Chevres, is to be maintained in the NYC office of counsel for Mr. Paltzer (Duane Morris), and turned over to the Government if requested; the Defendant execute a consent to extradition no later than September 1, 2013 in a format approved by the U.S. Attorney Office; Paltzer may return to Switzerland during the pendency of his case. No PTS supervision; the Defendant's travel be limited to Europe (including the United Kingdom) and the SDNY/EDNY in the U.S. [*** Advice of Penalties and Sanctions dated 8/14/2013 attached. Defendant Released. ](bw) (Entered: 08/27/2013) |
| 08/16/2013 | 6 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** NOTICE of Order (Redacted) as to Edgar Paltzer (Cowley, Jason) Modified on 8/19/2013 (ka). (Entered: 08/16/2013) |
| 08/16/2013 | 9 | (S1) SUPERSEDING INFORMATION (Felony) filed as to Edgar Paltzer (1) count(s) 1s. (jm) (Entered: 08/19/2013) |
| 08/16/2013 | 10 | WAIVER OF INDICTMENT by Edgar Paltzer. (jm) (Entered: 08/19/2013) |
| 08/16/2013 | 11 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTION by Edgar Paltzer. (jm) (Entered: 08/19/2013) |
| 08/16/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: Deft. present with attorney Ostrander; AUSA Cowley also present. Court Reporter Tom Murray also present. DEft. consents to proceed before a USMJ on a felony plea allocution. Arraignment as to Edgar Paltzer (1) Count 1s held on 8/16/2013., Plea entered by Edgar Paltzer (1) Count 1s Not Guilty. Plea entered by Edgar Paltzer (1) Guilty as to Count 1s. USMJ Ellis recommends acceptance of the plea. Sentence date set for 2/21/14 at 11:00 AM. Bail continued. (jm) (Entered: 08/19/2013) |
| 08/16/2013 | | Minute Entry for proceedings held before Magistrate Judge Ronald L. Ellis: As to Edgar Paltzer Sentencing set for 2/21/2014 at 11:00 AM before Judge Victor Marrero. (jm) (Entered: 08/19/2013) |
| 08/19/2013 | | **NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Jason Harris Cowley as to Edgar Paltzer: to RE-FILE Document 6 Notice (Other). Use the document type Redacted Document found under the document list Other Documents.** (ka) (Entered: 08/19/2013) |
| 08/19/2013 | 12 | SEALED DOCUMENT placed in vault. (nm) (Entered: 08/19/2013) |
| 08/22/2013 | 13 | REDACTION byUSA as toEdgar Paltzer (Cowley, Jason) (Entered: 08/22/2013) |
| 08/28/2013 | 15 | TRANSCRIPT of Proceedings as to Edgar Paltzer re: Plea held on 8/16/13 before Magistrate Judge Ronald L. Ellis. Court Reporter/Transcriber: Thomas Murray, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/23/2013. Redacted |